<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
**GRCDALLASHOMES LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
4 6 – 5 7 3 8 8 1 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **13220 Beach Club Road** <br> Number  Street | Number  Street |
| | P.O. Box |
| **The Colony     TX    75056** <br> City     State    ZIP Code | City     State    ZIP Code |
| **Denton** <br> County | **Location of principal assets, if different from principal place of business** |
| | **Denton, Tarrant and Dallas Counties** <br> Number  Street |
| | City     State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **GRCDALLASHOMES LLC** _____  Case number (if known) _____

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11.   *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                MM / DD / YYYY

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor **GRCDALLASHOMES LLC** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____
  MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____
  MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number  Street
_____

_____  _____  _____
City  State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **GRCDALLASHOMES LLC**     Case number (if known) _____

| 14. Estimated number of creditors | |
|---|---|
| ☒ 1-49 | ☐ 1,000-5,000    ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000    ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000    ☐ More than 100,000 |
| ☐ 200-999 | |

| 15. Estimated assets | |
|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million    ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| 16. Estimated liabilities | |
|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million    ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million    ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/03/2019**
MM / DD / YYYY

X **/s/ Kazem Daneshmandi**     **Kazem Daneshmandi**
Signature of authorized representative of debtor     Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Joyce Lindauer**     Date **05/03/2019**
Signature of attorney for debtor     MM / DD / YYYY

**Joyce Lindauer**
Printed name

**Joyce W. Lindauer Attorney, PLLC**
Firm name

**12720 Hillcrest Road, Suite 625**
Number    Street

**Dallas**     **TX**     **75230**
City     State     ZIP Code

**(972) 503-4033**     **joyce@joycelindauer.com**
Contact phone     Email address

**21555700**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re **GRCDALLASHOMES LLC**  Case No. _____

  Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept.................................................................... | **$25,000.00** |
   | Prior to the filing of this statement I have received....................................................... | **$16,717.00** |
   | Balance Due.................................................................................................................... | **$8,283.00** |

2. The source of the compensation paid to me was:
   ☒ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor  ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| | CERTIFICATION | |
|---|---|---|
| \ I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. | | |
| **05/03/2019** | **/s/ Joyce Lindauer** | |
| *Date* | *Joyce Lindauer* | Bar No. 21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road, Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

  /s/ Kazem Daneshmandi

*Kazem Daneshmandi*
*Member*

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | **GRCDALLASHOMES LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bryan Wing Cheung Poon<br>c/o Kevin G. Herd<br>801 Cherry Street, Suite 1010<br>Fort Worth, TX 76102 | | Business Debt | Disputed | | | $340,000.00 |
| 2 | Robert Saldeen<br>4217 Malone Ave<br>The Colony, TX 75056 | | Investment loan | | | | $175,000.00 |
| 3 | Sophia Hiten<br>4437 Jenkins<br>Colony, TX 75056 | | Notice only | | | | $107,000.00 |
| 4 | Chase Credit Card<br>4895 State Highway 121<br>The Colony, TX 75056 | | Business Credit Card | | | | $73,610.44 |
| 5 | Julie Ann Pettit<br>2101 Cedar Springs Road<br>Suite 1540<br>Dallas, TX 75201 | | Attorney Fees | | | | $34,000.00 |

| Debtor | GRCDALLASHOMES LLC | | Case number (if known) | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Floor Expert  7525 Main #120  The Colony, TX 75056 | | Flooring | | | | $28,778.97 |
| 7 | Denton County Tax Assessor/Collector  1505 E. McKinney Street  Denton, TX 76209 | | Taxes | | | | $25,000.00 |
| 8 | Tarrant County Tax Assesor-Collector  100 E.Weatherford  Fort Worth, TX 76196 | | Taxes | | | | $11,000.00 |
| 9 | Dallas County Tax Assessor  John R. Ames, CTA  500 Elm Street  Dallas, TX 75202-3304 | | Taxes | | | | $7,000.00 |
| 10 | Reliant Title  6850 North Shiloh Rd  Garland, TX 75044 | | Notice only | | | | $0.00 |
| 11 | Khavari & Moghadassi  Attn: Rod B. Khavari  3000 Keller Springs Rd.  Suite 200  Carrollton, TX 75006 | | Attorney Fees | | | | $0.00 |
| 12 | John Caldwell  c/o Roger M. Yale  1417 E. McKinney Street  Suite 220  Denton, TX 76209 | | Business Debt | Disputed | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE: **GRCDALLASHOMES LLC**            CASE NO

                                                                 CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   5/3/2019                                    Signature   /s/ Kazem Daneshmandi
                                                                            *Kazem Daneshmandi*
                                                                            *Member*

Date                                           Signature

Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Bryan Wing Cheung Poon
c/o Kevin G. Herd
801 Cherry Street, Suite 1010
Fort Worth, TX 76102


Chase Credit Card
4895 State Highway 121
The Colony, TX 75056


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Dallas County Tax Assessor
John R. Ames, CTA
500 Elm Street
Dallas, TX 75202-3304


Denton County Tax Assessor/Collector
1505 E. McKinney Street
Denton, TX 76209


Floor Expert
7525 Main #120
The Colony,  TX 75056


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

John Caldwell  
c/o Roger M. Yale  
1417 E. McKinney Street  
Suite 220  
Denton, TX 76209  

Julie Ann Pettit  
2101 Cedar Springs Road  
Suite 1540  
Dallas, TX 75201  

Khavari & Moghadassi  
Attn: Rod B. Khavari  
3000 Keller Springs Rd.  
Suite 200  
Carrollton, TX 75006  

Linebarger Goggan Blair & Sampson  
2777 N. Stemmons Freeway  
Suite 1000  
Dallas, TX 75207  

Reliant Title  
6850 North Shiloh Rd  
Garland, TX  75044  

Robert Saldeen  
4217 Malone Ave  
The Colony, TX 75056  

Sophia Hiten  
4437 Jenkins  
Colony, TX  75056  

Statebridge  
5680 Greenwood Plaza Blvd., Suite 100 S  
Greenwood Village, CO 80111  

Tarrant County Tax Assesor-Collector  
100 E.Weatherford  
Fort Worth, TX 76196

Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Touba Daneshmandi
13220 Beach Club Rd
The Colony, TX 75056


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


Wells Fargo Mortgage
PO Box 10335
Des Moines, IA 50306