**Fill in this information to identify the case**

Debtor name **GRCDALLASHOMES LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-41186-btr**
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2.    **Cash on hand** _____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase Checking account** Balance on 5/3/2019 | **Checking account** | **9  7  3  7** | **$9,686.47** |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$9,686.47** |

## Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor    **GRCDALLASHOMES LLC**        Case number (if known)   **19-41186-btr**

Name

**Current value of debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.**   **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.          **$0.00**

## Part 3:   Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.**   **Accounts receivable**

11a.   90 days old or less:     **$0.00**   –   **$0.00**   =  ...............→     **$0.00**

           face amount         doubtful or uncollectible accounts

11b.   Over 90 days old:     **$0.00**   –   **$0.00**   =  ...............→     **$0.00**

           face amount         doubtful or uncollectible accounts

**12.**   **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$0.00**

## Part 4:   Investments

**13.**   **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

**Valuation method used for current value**

**Current value of debtor's interest**

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                % of ownership:

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17.**   **Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.          **$0.00**

## Part 5:   Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

Debtor    **GRCDALLASHOMES LLC**
_____    Case number (if known)    **19-41186-btr**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.  Raw materials**

**20.  Work in progress**

**21.  Finished goods, including goods held for resale**

**22.  Other inventory or supplies**

**23.  Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.  _____ **$0.00**

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops--either planted or harvested**

**29.  Farm animals**  _Examples:_ Livestock, poultry, farm-raised fish

**30.  Farm machinery and equipment**  (Other than titled motor vehicles)

**31.  Farm and fishing supplies, chemicals, and feed**

**32.  Other farming and fishing-related property not already listed in Part 6**

**33.  Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.  _____ **$0.00**

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| | |
|---|---|
| Debtor **GRCDALLASHOMES LLC** | Case number (if known) **19-41186-btr** |
| Name | |

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.  Office furniture**

**40.  Office fixtures**

**41.  Office equipment, including all computer equipment and communication systems equipment and software**

**42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2005 SmartCar** **Vehicle does not run and Debtor does not have the key.  Vehicle is parked at 13220 Beach Club Road, The Colony, TX 75056** | | | $2,000.00 |
| 47.2.  **2004 Mitsubishi Fuso Sign Truck** **Vehicle does not run and is parked at 13220 Beach Club Road, The Colony, Texas** | | | $5,000.00 |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$7,000.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor    **GRCDALLASHOMES LLC**

Name

Case number (if known)    **19-41186-btr**

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3405 Janlyn, Farmers Branch, TX** | **Real Property** | | | **$300,000.00** |
| 55.2. **2205 Oak Grove Parkway, Little Elm, TX** | **Real Property** | | | **$90,000.00** |
| 55.3. **4430 Chapman, The Colony, TX** | **Real Property** | | | **$130,000.00** |
| 55.4. **2029 Chatsworth, Carrollton, TX** | **Real Property** | | | **$235,000.00** |
| 55.5. **2408 Jewell Drive, Arlington, TX** | **Real Property** | | | **$180,000.00** |
| 55.6. **6012 Mayes, The Colony, Texas** | **Real Property** | | | **$185,000.00** |
| 55.7. **1005 Shady Lane, Keller, TX** | **Real Property** | | | **$200,000.00** |
| 55.8. **7629 Lakeview, The Colony, TX** | **Real Property** | | | **$90,000.00** |
| 55.9. **1418 Lakeshore, Oak Point, TX** | **Real Property** | | | **$160,000.00** |
| 55.10. **2046 Greenstone, Carrollton, TX** | **Real Property** | | | **$275,000.00** |
| 55.11. **203 Oak Street, Highland Village, TX** | **Real Property** | | | **$200,000.00** |
| 55.12. **4369 Sunset Circle, The Colony, TX** | **Real Property** | | | **$50,000.00** |
| 55.13. **6900 Elliott, The Colony, TX**<br>**Debtor has a 1/3 interest in the property**<br>**Current value of the property is estimated to be $150,000** | **Real Property** | | | **$50,000.00** |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$2,145,000.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

Debtor    **GRCDALLASHOMES LLC**                                    Case number (if known)  **19-41186-btr**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **www.grctexas.com** **Website is not accessible and is not running as hosting fees have not been paid** | | | **$0.00** |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.                                    **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 11:  All other assets**

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cause of action against Sarah Clark for breach of contract on purchase of property & repairs to same on 4208 Ireland, The Colony, TX**                                    **$7,500.00**

Nature of claim                      _____

Amount requested                  _____

**Cause of action for breach of contract against Tisha and William Stender regarding 5212 Kisor, The Colony, TX 75056**                                    **$100,000.00**

Nature of claim                      _____

Amount requested                  _____

| Debtor | **GRCDALLASHOMES LLC** | Case number (if known) | **19-41186-btr** |
|---|---|---|---|
| | Name | | |

| **Cause of action against Jose Garcia for failure to perform repairs on 6012 Mayes** | **$500.00** |
|---|---|
| Nature of claim | |
| Amount requested | |

| **Cause of action against Clay Stapp for non-performance of settlement** | **$300,000.00** |
|---|---|
| Nature of claim | |
| Amount requested | |

| **Cause of action against Tim Autry for breach of contract and fraud for monies loaned to him by Kaz Dashmandi. GRCDallasHomes has a 1/3 interest in the property located at 6900 Elliott.** | **$30,000.00** |
|---|---|
| Nature of claim | |
| Amount requested | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| **$438,000.00** |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **GRCDALLASHOMES LLC**                    Case number (if known) __19-41186-btr__

      Name

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $9,686.47 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $7,000.00 | |
| 88. **Real property.** Copy line 56, Part 9.............................→ | | $2,145,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $438,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $454,686.47 | + 91b. $2,145,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...........................................................................  **$2,599,686.47**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GRCDALLASHOMES LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-41186-btr** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Statebridge** | **Describe debtor's property that is subject to a lien**<br>**3405 Janlyn Lane Farmers Branch TX 75234** | $108,038.21 | $300,000.00 |
| **Creditor's mailing address**<br>**5680 Greenwood Plaza Blvd., Suite 100**<br><br>**Greenwood Village   CO   80111** | **Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

**1) Statebridge; 2) Touba Daneshmandi.**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.           $1,585,209.01

| Debtor | GRCDALLASHOMES LLC | | Case number (if known) **19-41186-btr** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**

Creditor's name
**Statebridge**

Creditor's mailing address
**5680 Greenwood Plaza Blvd., Suite 100**

**Greenwood Village   CO   80111**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number         ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?
  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Statebridge; 2) Touba Daneshmandi.**
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Foreclosure set for May 7, 2019**

Describe debtor's property that is subject to a lien
**6012 Mayes Place Colony, TX 75065**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $153,456.66 | $185,000.00 |

**2.3**

Creditor's name
**Statebridge**

Creditor's mailing address
**5680 Greenwood Plaza Blvd., Suite 100**

**Greenwood Village   CO   80111**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number         ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?
  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Statebridge; 2) Touba Daneshmandi.**
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Forclosure set for May 7, 2019**

Describe debtor's property that is subject to a lien
**1005 Shady Lane Keller, TX  76248**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $174,818.45 | $200,000.00 |

Debtor    **GRCDALLASHOMES LLC**                                    Case number (if known) **19-41186-btr**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

**2.4**  Creditor's name
**Statebridge**

Describe debtor's property that is
subject to a lien                                          $107,000.00              $190,000.00

**Home @4437 Jenkins, The Colony, TX**

Creditor's mailing address
**5680 Greenwood Plaza Blvd., Suite 100**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Greenwood Village    CO    80111**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number            ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Foreclosure set 5/7/2019**

| Debtor | **GRCDALLASHOMES LLC** | | Case number (if known) **19-41186-btr** |
|---|---|---|---|

| **Part 1:** | **Additional Page** | | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
**Touba Daneshmandi**

**Describe debtor's property that is subject to a lien**

**Home Inventory**

$900,000.00 | $2,145,000.00

**Creditor's mailing address**
**13220 Beach Club Rd**

**Describe the lien**

**Business loan**

**The Colony          TX    75056**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**         ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

**For 1005 Shady Lane, Keller, TX: See 2.3.  For 1418 Lakeshore, Oak Point, TX: 1) Touba Daneshmandi.  For 2029 Chatsworth, Carrollton, TX: 1) Touba Daneshmandi.  For 203 Oak Street, Highland Village, TX: 1) Touba Daneshmandi.  For 2046 Greenstone, Carrollton, TX: 1) Touba Daneshmandi; 2) Wells Fargo Mortgage.  For 2205 Oak Grove Parkway, Little Elm, TX: 1) Touba Daneshmandi.  For 2408 Jewell Drive, Arlington, TX: 1) Touba Daneshmandi.  For 3405 Janlyn, Farmers Branch, TX: See 2.1.  For 4369 Sunset Circle, The Colony, TX: 1) Touba Daneshmandi.  For 4430 Chapman, The Colony, TX: 1) Touba Daneshmandi.  For 6012 Mayes, The Colony, Texas: See 2.2.  For 6900 Elliott, The Colony, TX: 1) Touba Daneshmandi. For 7629 Lakeview, The Colony, TX: 1) Touba Daneshmandi.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

| Debtor | **GRCDALLASHOMES LLC** | Case number (if known) **19-41186-btr** |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.6**

**Creditor's name**
**Wells Fargo Mortgage**

**Describe debtor's property that is subject to a lien**
**2046 Greenstone, Carrollton, TX**

$141,895.69          $275,000.00

**Creditor's mailing address**
**PO Box 10335**

**Describe the lien**
**Mortgage**

Des Moines        IA      50306

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**          0    3    6    8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.5**

**Mortgage is not in the name of GRCDallasHomes**

Debtor    **GRCDALLASHOMES LLC**                                    Case number (if known) **19-41186-btr**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Laura Barker** | | Line **2.4** | ___ ___ ___ ___ |
| **Padgett Law Group** | | | |
| **6267 Old Water Oak Road** | | | |
| **Suite 203** | | | |
| **Tallahassee** | **FL**    **32312** | | |
| **Laura Barker** | | Line **2.3** | ___ ___ ___ ___ |
| **Padgett Law Group** | | | |
| **6267 Old Water Oak Road** | | | |
| **Suite 203** | | | |
| **Tallahassee** | **FL**    **32312** | | |
| **Laura Barker** | | Line **2.2** | ___ ___ ___ ___ |
| **Padgett Law Group** | | | |
| **6267 Old Water Oak Road** | | | |
| **Suite 203** | | | |
| **Tallahassee** | **FL**    **32312** | | |
| **Laura Barker** | | Line **2.1** | ___ ___ ___ ___ |
| **Padgett Law Group** | | | |
| **6267 Old Water Oak Road** | | | |
| **Suite 203** | | | |
| **Tallahassee** | **FL**    **32312** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **GRCDALLASHOMES LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-41186-btr** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Dallas County Tax Assessor**

**John R. Ames, CTA**

**500 Elm Street**

**Dallas**          **TX**     **75202-3304**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$7,000.00**    Priority amount: **$0.00**

**2.2**   Priority creditor's name and mailing address

**Denton County Tax Assessor/Collector**

**1505 E. McKinney Street**

**Denton**          **TX**     **76209**

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$25,000.00**    Priority amount: **$0.00**

Debtor      **GRCDALLASHOMES LLC**                                    Case number (if known)   **19-41186-btr**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  |  |  | Total claim | Priority amount |
|---|---|---|---|---|---|

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** | **$0.00** |
|---|---|---|---|---|

**Tarrant County Tax Assesor-Collector**

**100 E.Weatherford**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth                    TX      76196**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

Debtor    **GRCDALLASHOMES LLC**                                    Case number (if known)   **19-41186-btr**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$340,000.00** |
|---|---|---|---|

**Bryan Wing Cheung Poon**

**c/o Kevin G. Herd**

**801 Cherry Street, Suite 1010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Fort Worth**          **TX**      **76102**

Basis for the claim:  **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      **3   4   3   1**

---

| **3.2** | **Nonpriority creditor's name and mailing address** | | **$73,610.44** |
|---|---|---|---|

**Chase Credit Card**

**4895 State Highway 121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**The Colony**          **TX**      **75056**

Basis for the claim:  **Business Credit Card**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      **5   1   5   0**

---

| **3.3** | **Nonpriority creditor's name and mailing address** | | **$28,778.97** |
|---|---|---|---|

**Floor Expert**

**7525 Main #120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**The Colony**          **TX**      **75056**

Basis for the claim:  **Flooring**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      **7   1   1   5**

---

| **3.4** | **Nonpriority creditor's name and mailing address** | | **Unknown** |
|---|---|---|---|

**John Caldwell**

**c/o Roger M. Yale**

**1417 E. McKinney Street**

**Suite 220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Denton**          **TX**      **76209**

Basis for the claim:  **Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number      __  __  __  __

**law suit**

---

Debtor   **GRCDALLASHOMES LLC**                    Case number (if known)  **19-41186-btr**

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,000.00 |

**Julie Ann Pettit**

**2101 Cedar Springs Road**

**Suite 1540**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Dallas**          **TX**      **75201**

**Basis for the claim:**

**Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,375.75 |

**Khavari & Moghadassi**

**Attn: Rod B. Khavari**

**3000 Keller Springs Rd.**

**Suite 200**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carrollton**          **TX**      **75006**

**Basis for the claim:**

**Attorney Fees**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Special Counsel to Debtor**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,000.00 |

**Reliant Title**

**6850 North Shiloh Rd**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Garland**          **TX**      **75044**

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Re: 4437 Jenkins, The Colony, Texas**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175,000.00 |

**Robert Saldeen**

**4217 Malone Ave**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**The Colony**          **TX**      **75056**

**Basis for the claim:**

**Investment loan**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **GRCDALLASHOMES LLC** | Case number (if known) | **19-41186-btr** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$107,000.00

**Sophia Hiten**

**4437 Jenkins**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Colony**                    **TX**        **75056**

**Basis for the claim:**

**Business Debt**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __   __ __   __ __   __ __

☑ No
☐ Yes

| Debtor | **GRCDALLASHOMES LLC** | Case number (if known) | **19-41186-btr** |
|---|---|---|---|

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Molly Mitchell**
**Almanza Blackburn Dickie & Mitchell**
**230 S. Capital of Texas Highway**
**Bldg. H**
**Austin                TX        78746**

Line    **3.9**

☐ Not listed.  Explain:

__ __ __ __

**4.2**   **Roger M. Yale**
**1417 E. McKinney St.**
**Suite 220**

**Denton            TX        76209**

Line    **3.4**

☐ Not listed.  Explain:

__ __ __ __

Debtor    **GRCDALLASHOMES LLC**    Case number (if known)  **19-41186-btr**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | **$43,000.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$881,765.16** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$924,765.16** |

**Fill in this information to identify the case:**

Debtor name **GRCDALLASHOMES LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-41186-btr**                    Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract to purchase 3405 Janlyn Lane, Farmers Branch, TX Contract to be ASSUMED | **James Hearon** |
|---|---|---|---|
| | | | **c/o Rebecca Davis** |
| | State the term remaining | | **Fathom Realty, LLC** |
| | | | **6841 Virginia Pkwy #103-448** |
| | List the contract number of any government contract | | **McKinney        TX       75071** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contract to purchase 1418 Lakeshore Blvd., Little Elm, TX Contract to be ASSUMED | **North Forest Financial, LLC** |
| | | | **3699 McKinney Avenue** |
| | State the term remaining | | |
| | | | |
| | List the contract number of any government contract | | **Dallas        TX       75204** |

**Fill in this information to identify the case:**

Debtor name **GRCDALLASHOMES LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-41186-btr**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.1  Kazem Daneshmandi** | **13220 Beach Club Road**<br>Number    Street<br><br>**The Colony          TX    75056**<br>City          State    ZIP Code | **John Caldwell** | ☐ D<br>☒ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **GRCDALLASHOMES LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF TEXAS**

Case number (if known):    **19-41186-btr**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B........................................................................... | **$2,145,000.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B........................................................................ | **$454,686.47**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.......................................................................... | **$2,599,686.47**

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$1,585,209.01**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. | **$43,000.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................. | **+    $881,765.16**

4.  **Total liabilities**
    Lines 2 + 3a + 3b........................................................................................... | **$2,509,974.17**

**Fill in this information to identify the case and this filing:**

Debtor Name   **GRCDALLASHOMES LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **19-41186-btr**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/31/2019**          X **/s/ Kazem Daneshmandi** _____
              MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                              **Kazem Daneshmandi** _____
                                              Printed name
                                              **Member** _____
                                              Position or relationship to debtor