# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
GRCDallasHomes LLC
13220 Beach Club Road
The Colony, TX 75056
EIN: 46-5738815
Debtor

Case No. 19-41186 btr
Chapter: 11

## OBJECTION TO CLAIM HEARING

This Court has scheduled a hearing on **Tuesday, March 3, 2020 at 9:29 am on [150]Objection to Claim (With Objection Language) 16 of Touba Daneshmandi in the amount of $ 1,187,863.00 Filed by John Caldwell.**

In order to expeditiously handle the docket of this Court, it is hereby ORDERED:

1. The attorneys for each party and each unrepresented party shall confer prior to the date of the hearing on the objection in order to stipulate to matters not in dispute and to simplify the issues remaining to be heard. At the conference, the attorneys for each party and each unrepresented party shall also discuss the time they estimate will be required for the hearing.
2. The hearing scheduled for **Tuesday, March 3, 2020 at 9:29 am in the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074,** shall be treated as a scheduling conference unless the objecting party and the creditor agree in writing, at least 3 days before the hearing, that the hearing on the objection will require less than 1 hour, in which event the Court will consider the claim objection at the hearing.
3. Any legal briefs to be considered by the Court at the hearing on the objection must be filed **at least** five (5) working days prior to the hearing.

Signed on 1/29/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE