IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDALLASHOMES, LLC | § | Case No. 19-41186 |
| | § | |
| | § | |
| Debtor. | § | |

**AMENDED ORDER ON MOTION OF JOHN CALDWELL FOR SANCTIONS AGAINST GRCDALLASHOMES, LLC**

On this day came on to be considered the Motion of John Caldwell to Alter or Amend Order filed on April 25, 2022. The Motion to Alter or Amend pertains to this court's Order on Motion of John Caldwell for Sanctions Against GRCDallasHomes, LLC entered on April 20, 2022 [Doc. 333]. The Court finds that the Motion to Alter or Amend has been properly served on all parties in interest and that no responses have been timely filed.

Upon consideration of the Motion to Alter or Amend the Court is of the opinion that it should be granted. This Order amends and replaces this Court's Order on Motion of John Caldwell for Sanctions Against GRCDallasHomes, LLC entered on April 20, 2022 [Doc. 333].

Following the receipt of all evidence and hearing the argument of counsel on John Caldwell's Motion for Sanctions [Doc. 287] the Court makes the following findings:

a. On April 16, 2021, John Caldwell properly served his First Request for Production of Documents on counsel for the Debtor concerning the Plan Agent's Motion For Authority To Make Certain Payments and To Make An Interim Distribution To Unsecured Creditors;

b. Based on an agreed extension of time responses to the Request for Productions were due by May 24, 2021;

c. The Debtor did not timely respond to the Request for Production or file any objections;

    d. John Caldwell incurred reasonable and necessary attorneys fees of $1,487.50 in filing and prosecuting the motion for sanctions.

It is therefore ORDERED that John Caldwell recover $1,487.50 in sanctions from the Debtor.

It is further ORDERED that all other relief requested in the motion for sanctions is DENIED.

Signed on 4/28/2022

*Brenda T. Rhoades*    YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Submitted by:

/s/ *Robert M. Nicoud, Jr.*
Robert M. Nicoud, Jr.
SBN 15017900
Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, Texas 75231
(214) 540-7542
(214) 265-6501 fax
rmnicoud@dallas-law.com