United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDallasHomes LLC | § | Case No. 19-41186 |
| 13220 Beach Club Road | § | |
| The Colony, TX 75056 | § | Chapter 11 |
| | § | |
| | § | **HEARING:  May 24 @ 1:30 p.m.** |
| Debtor | § | |
| | § | Hearing on Motion to Convert (Docket #338) |
| | § | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS *WITH PREJUDICE* (DOCKET #338)**

.

**Witnesses:**

1. Aamer Javed, Analyst with Office of the United States Trustee.
2. Kazem Daneshmandi, representative of Debtor.
3. Ryan Rouz, Attorney
4. Chris Moser, Plan Agent.
5. John Caldwell -Judgment Creditor.
6. Greg Mullen -Potential Buyer of Property.
7. Nick Darayani -Potential Buyer of Property.
8. *Any witness designated or called by the Debtor, or any other party*.

| **Exhibit Identification** | **Exhibit** | Offer | Admit |
|---|---|---|---|
| Docket Sheet | UST-1 | | |
| Schedules (Docket #26) | UST-2 | | |
| Statement of Financial Affairs (Docket #27) | UST-3 | | |

| Exhibit Identification | Exhibit | Offer | Admit |
|---|---|---|---|
| Disclosure Statement (Docket #105) | UST-4 | | |
| Second Amended Plan of Reorganization (Docket #140) | UST-5 | | |
| Order Confirming Second Amended Plan of Reorganization (Docket #142) | UST-6 | | |
| Order Authorizing Plan Agent to Make Interim Distribution (Docket #302) | UST-7 | | |
| Caldwell Judgement Court of Appeals | UST-8 | | |
| Caldwell Judgement as Affirmed by Texas Supreme Court -dated 7-23-21 | UST-9 | | |
| Email from Debtor's Counsel (Khavari) to Plan Agent -dated 7-29-21 | UST-10 | | |
| Order on Motion for Sanctions (Docket #333) dated 4-20-22 | UST-11 | | |
| Debtor's Motion to Sell (Docket #334) dated 4-22-22 | UST-12 | | |
| Tax Statement re: Chapman Property | UST-13 | | |
| Tax Statement re: Lakeview Property | UST-14 | | |
| Tax Statement re: Post Oak Property | UST-15 | | |
| Tax Statement re: Shady Lane Property | UST-16 | | |
| Tax Statement re: Sunset Property (in name of Nancy Smith) | UST-17 | | |

| Exhibit Identification | Exhibit | Offer | Admit |
|---|---|---|---|
| Objection to Sale by Lewisville ISD (Docket #351) | UST-18 | | |
| Objection to Sale by Denton County (Docket #352) | UST-19 | | |
| Form 2 prepared by Chris Moser -Plan Agent | UST-20 | | |
| Transaction List prepared by Chris Moser | UST-21 | | |
| Greg Mullen Response to Motion to Sell (Docket #354) | UST-22 | | |
| Deed from Debtor to attorney Ryan Rouz filed 4/21/22 | UST-23 | | |
| Request for Notice filed by Ryan Rouz (Docket #310) | UST-24 | | |
| *Any Exhibit designated by any other party* | | | |

Respectfully submitted,

William T. Neary
United States Trustee

/s/ *John Vardeman*
John Vardeman
Trial Attorney
Texas Bar 20496260
300 Plaza Tower
110 N. College
Tyler, Texas   75702
(903) 590-1450 Ext. 218

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than May 19, 2022.

/s/ John Vardeman

**Debtor**

GRCDallasHomes LLC
13220 Beach Club Road
The Colony, TX 75056

**Debtor's Attorney:**
Joyce W. Lindauer
12720 Hillcrest Road
Suite 625
Dallas, TX 75230

Gregory W. Mitchell
Freeman Law, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202

**Plan Agent**
Christopher J. Moser
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201

**Notice of Appearance**
Carrollton-Farmers Branch ISD,
Arlington ISD, City of Highland Village
c/o EBONEY COBB
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, Texas 76010

Linebarger, Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway
Suite 1000
Dallas, TX 75207

Nicoud Law
Robert M. Nicoud, Jr.
10440 N. Central Expressway
Suite 800
Dallas, Texas 75231


MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
c/o Tara LeDay, Attorneys for Denton County
P. O. Box 1269
Round Rock, TX 78680-1269

Kevin G Herd
Goodrich Postnikoff & Associates, LLP
801 Cherry St
Suite 1010, Unit 15
Ft Worth, TX 76102

Megan F. Clontz
Albertelli Law
2201 W. Royal Ln., Ste. 155
Irving, TX 75063

Robert Saldeen
2420 Morning Dew Dr
Little Elm, TX 75068

Statebridge Company LLC
Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312

Cheyenne Zokaie, Esq.
THE PADGETT LAW GROUP
5501 East LBJ Frwy., Suite 925
Dallas, TX 75240

Nicole Bartee
Lakia' S. McCline
Rachael A. Stokas
Brenda Likavec
Peter C. Bastianen
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060

Ryan Rouz
Rouz Law, P.C.
1111 S. Akard St. #405
Dallas, TX 75215