IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDALLASHOMES, LLC, | § | CASE NO. 19-41186 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER AUTHORIZING PLAN AGENT TO MAKE CERTAIN PAYMENTS AND TO MAKE AN INTERIM DISTRIBUTION TO UNSECURED CREDITORS

On the 3rd day of June, 2021, came on for hearing the Motion for Authority to Make Certain Payments and to Make an Interim Distribution to Unsecured Creditors ("*Motion*") filed by Christopher J. Moser, Plan Agent (the "*Plan Agent*"). Counsel for GRCDALLASHOMES, LLC ("*Debtor*"), counsel for John Caldwell ("*Mr. Caldwell*") and the Plan Agent appeared at the hearing, presented evidence and made arguments regarding the Motion. The Court, after considering the pleadings, the evidence and the arguments of the Plan Agent, grants the Motion on the terms set forth below. **IT IS THEREFORE,**

**ORDERED** that the Plan Agent is authorized to make an interim pro-rata distribution of $250,000.00 to unsecured creditors holding Allowed unsubordinated Claims or Disputed Claims in accordance with Section 4.10 of the confirmed plan. **IT IS FURTHER,**

**ORDERED** that the Plan Agent is authorized to make the following payments:

a. $6,507.50 to the Mitchell Law Firm;
b. $8,000.00 to Chad Ruback, Attorney;
c. $4,210.59 to Khavari & Moghadassi, Attorneys at Law;
d. $13,635.00 to Rouz & Associates, PLLC;
e. $5,550.05 to U.S. Legal Support;
f. $22,500.00 to Kaz Daneshmandi for management services for the months of January, February and March, 2021; and
g. $7,500.00 to the Plan Agent.

Signed on 6/7/2021

*Brenda T. Rhoades*  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Page **1** of **1**

**UST - 7**