FILE COPY

RE: Case No. 21-0214          DATE: 7/23/2021
COA #: 02-19-00406-CV          TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. JENNIFER K. YATES
YALE LAW GROUP
1417 E. MCKINNEY STREET, SUITE 220
DENTON, TX  76209
* DELIVERED VIA E-MAIL *

UST - 9

FILE COPY

RE: Case No. 21-0214          DATE: 7/23/2021
COA #: 02-19-00406-CV         TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

               MS. DEBRA  SPISAK
               CLERK, SECOND COURT OF APPEALS
               401 WEST BELKNAP, SUITE 9000
               FORT WORTH, TX  76196
               * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0214                     DATE: 7/23/2021
COA #: 02-19-00406-CV                    TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

    Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.

 

MR. BENJAMIN  PALATIERE

12700 HILLCREST RD STE 125
DALLAS, TX  75230-2009
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0214                    DATE: 7/23/2021
    COA #: 02-19-00406-CV                TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

    Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.

 

                 MR. ROGER M. YALE
                 YALE LAW GROUP
                 1417 E. MCKINNEY STREET, SUITE 220
                 DENTON, TX  76209
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0214                    DATE: 7/23/2021
COA #: 02-19-00406-CV                    TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

    Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.

MR. CHAD M. RUBACK
THE RUBACK LAW FIRM
8117 PRESTON ROAD, SUITE 300
DALLAS, TX  75225
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0214       DATE: 7/23/2021
COA #: 02-19-00406-CV       TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

      Today the Supreme Court of Texas denied the petition
for review in the above-referenced case.


                 DISTRICT CLERK   DENTON COUNTY
                 DENTON COUNTY COURTS BUILDING
                 P.O. BOX 2146
                 DENTON, TX   76202
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 21-0214        DATE: 7/23/2021
COA #: 02-19-00406-CV        TC#: 17-10604-442
STYLE: GRCDALLASHOMES LLC v. CALDWELL

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. BRITTANY A. WEAVER
YALE LAW GROUP
1417 E. MCKINNEY STREET, SUITE 220
DENTON, TX  76209
* DELIVERED VIA E-MAIL *