| | |
|---|---|
| **From:** | Rod Khavari |
| **To:** | Christopher Moser |
| **Cc:** | Farid Moghadassi |
| **Subject:** | RE: Loan # ▓▓▓▓ GRC Dallas Homes LLC - Statebridge; Estate Bank Balance = $5,937.66 |
| **Date:** | Thursday, July 29, 2021 11:09:21 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Chris:

I have reviewed the correspondence below and I am disappointed to see that GRC's confidential information ( *e.g.* account status/balance) has been released to Robert Nicoud without authorization by GRC. Mr. Nicoud has channels through which he can properly obtain that information (*e.g.* discovery, subpoenas, etc.). Mr. Nicoud also knew that he is not necessarily entitled to that information, as suggested by his own email below inquiring about whether Padgett has authorization to release the information to Mr. Nicoud. As Plan Agent, your role is clearly defined by the Plan and assisting the Creditors in gathering information that can be used against the Debtor is not one of those authorities.

That said, unless authorized by the Plan or by order of the bankruptcy judge, you are <u>not authorized</u> to release any information to other parties without GRC's consent.

Finally, during the TRO hearing, you had indicated that you spoke to a realtor regarding pricing on the homes that remain in the Estate. Please share that information with GRC, as well.

Please let me know if you have any questions or would like to discuss this matter further.

Thank you,

**Rod B. Khavari**
*Attorney and Counselor at Law*

**Khavari & Moghadassi, Attorneys at Law, P.C.**

16818 Dallas Parkway
Dallas, Texas 75248
Tel: 972.225.4444
Fax: 972.225.4445
E-Mail:  rodk@dfwlawgroup.com

Visit our website:  http://www.dfwlawgroup.com

**\*\* Please take note of our new address \*\***

Connect With Us:  Facebook | Twitter | Google+ | LinkedIn

IMPORTANT/CONFIDENTIAL: This message from the law firm of KHAVARI & MOGHADASSI, ATTORNEYS AT LAW, P.C., is intended only for the use of the addressees shown above. It contains information that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are hereby notified that the copying, use or distribution of any information or materials transmitted in or with this message is strictly prohibited. If you received

this message by mistake, please immediately call us at 972.225.4444 and destroy the original message. Thank you.

NOTICE: Pursuant to the PATRIOT Act, all electronic transmissions are subject to government scrutiny without a court order.

**From:** Kimberly Hill <kimhill@qslwm.com>
**Sent:** Thursday, July 29, 2021 10:50 AM
**To:** Christopher Moser <cmoser@qslwm.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>; Rod Khavari <rodk@dfwlawgroup.com>
**Subject:** RE: Loan #▇▇▇▇ GRC Dallas Homes LLC - Statebridge; Estate Bank Balance = $5,937.66
**Importance:** High

==The estate bank balance is $5,937.66.== See attached Form 2

Kimberly Hill
Paralegal to Chapter 7 Trustee, Christopher Moser
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street Suite 1800
Dallas, TX 75201
214-871-2100 (main)
214-880-1817 (direct)
214-871-2111 (fax)

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Thursday, July 29, 2021 10:48 AM
**To:** kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>; Rod Khavari <rodk@dfwlawgroup.com>
**Cc:** Kimberly Hill <kimhill@qslwm.com>
**Subject:** FW: [EXTERNAL] - RE: Loan #▇▇▇▇ GRC Dallas Homes LLC - Statebridge

Do you want me to pay Statebridge?

Chris

**Christopher J. Moser** | Chapter 7 Trustee | Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.** | 2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com

**From:** Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>
**Sent:** Wednesday, July 28, 2021 4:12 PM
**To:** Christopher Moser <cmoser@qslwm.com>; Robert Nicoud <rmnicoud@dallas-law.com>
**Cc:** Cheyenne Zokaie <Cheyenne.Zokaie@padgettlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>; Kimberly Hill <kimhill@qslwm.com>; Rod

Khavari <rodk@dfwlawgroup.com>
**Subject:** RE: [EXTERNAL] - RE: Loan #▇▇▇▇ GRC Dallas Homes LLC - Statebridge

Herein the amounts owed:

June payment: $1021.67
July payment: $1021.67
*Potentially* August payment: $1021.67
Suspense ($206.72)
Escrow installment
June: $162.11
July: $162.11
*Potentially* August $162.11

Thank you Trustee Moser! Please let me know when they are issued and sent, so I can inform my client!
Regards,
Carlos Rafael



**Carlos R. Hernandez-Vivoni***
**Bankruptcy Attorney - Texas**
5501 East LBJ Frwy, Ste. 925
Dallas, TX 75240
850.422.2520 x 7144 (Phone)
850.422.2567 (Fax)
866.480.9372 (Toll Free)
Carlos.Hernandez@Padgettlawgroup.com
www.padgettlawgroup.com
*Licensed in Texas & Puerto Rico

Escalation Contact: Cheyenne M. Zokaie, Supervising Attorney-Texas,
Cheyenne.Zokaie@padgettlawgroup.com

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Wednesday, July 28, 2021 2:52 PM
**To:** Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>; Robert Nicoud <rmnicoud@dallas-law.com>
**Cc:** Cheyenne Zokaie <Cheyenne.Zokaie@padgettlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>; Kimberly Hill <kimhill@qslwm.com>; Rod

Khavari <rodk@dfwlawgroup.com>
**Subject:** RE: [EXTERNAL] - RE: Loan #▮▮▮▮ GRC Dallas Homes LLC - Statebridge

**What do you show as past due? I'll get it paid.**

**Chris**

*Christopher J. Moser* | Chapter 7 Trustee | Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.** | 2001 Bryan Street, Suite 1800, Dallas TX 75201
**Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com**

---

**From:** Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>
**Sent:** Wednesday, July 28, 2021 12:15 PM
**To:** Christopher Moser <cmoser@qslwm.com>; Robert Nicoud <rmnicoud@dallas-law.com>
**Cc:** Cheyenne Zokaie <Cheyenne.Zokaie@padgettlawgroup.com>
**Subject:** RE: [EXTERNAL] - RE: Loan ▮▮▮▮ GRC Dallas Homes LLC - Statebridge

Good afternoon Trustee Moser:
My client wants to move with a Notice of Default under the plan, as the mortgage is currently due for 6/1/2021.
Just wondering if those payments are in transit, or are to be paid soon, in order to avoid unnecessary efforts.
Please let me know!
Best Regards,
Carlos Rafael



**Carlos R. Hernandez-Vivoni***
**Bankruptcy Attorney - Texas**
5501 East LBJ Frwy, Ste. 925
Dallas, TX 75240
850.422.2520 x 7144 (Phone)
850.422.2567 (Fax)
866.480.9372 (Toll Free)
Carlos.Hernandez@Padgettlawgroup.com
www.padgettlawgroup.com
*Licensed in Texas & Puerto Rico

Escalation Contact: Cheyenne M. Zokaie, Supervising Attorney-Texas, Cheyenne.Zokaie@padgettlawgroup.com

---

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Thursday, May 20, 2021 9:52 AM
**To:** Robert Nicoud <rmnicoud@dallas-law.com>; Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>
**Subject:** RE: [EXTERNAL] - RE: Loan # ▓▓▓▓ GRC Dallas Homes LLC - Statebridge

Carlos,

Please give Mr. Nicoud and me the unpaid balance of the loan.

**Chris**

*Christopher J. Moser* | Chapter 7 Trustee | Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.** | 2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com

---

**From:** Robert Nicoud <rmnicoud@dallas-law.com>
**Sent:** Thursday, May 20, 2021 9:44 AM
**To:** Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>
**Cc:** Christopher Moser <cmoser@qslwm.com>
**Subject:** [EXTERNAL] - RE: Loan ▓▓▓▓ GRC Dallas Homes LLC - Statebridge

Carlos:

Do you have permission to tell me the current balance. I am including Chris Moser in this email as he is the post-confirmation plan agent who is handling payments for GRC.

Thanks for your assistance.

*Robert M. Nicoud, Jr.*
(214) 540-7542

---

**From:** Carlos Hernandez <Carlos.Hernandez@padgettlawgroup.com>
**Sent:** Wednesday, May 12, 2021 11:10 AM

**To:** Robert Nicoud <rmnicoud@dallas-law.com>
**Subject:** Loan # ▮▮▮▮▮ GRC Dallas Homes LLC - Statebridge

Hello brother counsel Nicoud:
Herewith my contact information to open the channels of communication on this matter .
Regards,
Carlos Rafael
P.S.
I'm sharing here with you the Deed of Trust, as this one is public information.



**Carlos R. Hernandez-Vivoni***
**Bankruptcy Attorney - Texas**
5501 East LBJ Frwy, Ste. 925
Dallas, TX 75240
850.422.2520 x 7144 (Phone)
850.422.2567 (Fax)
866.480.9372 (Toll Free)
Carlos.Hernandez@Padgettlawgroup.com
www.padgettlawgroup.com
*Licensed in Texas & Puerto Rico

Escalation Contact: Cheyenne M. Zokaie, Supervising Attorney-Texas,
Cheyenne.Zokaie@padgettlawgroup.com

ATTENTION: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message and is legally privileged pursuant to the Federal Electronic Communication Privacy Act 18 U.S.C. §§ 2510-2521. This email message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this email message, or responsible for delivery of this message to such person, any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. If you received this message in error, please immediately notify the sender by responding to this e-mail message and immediately delete this e-mail message and all copies of it from your system and destroy any hard copies of it. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THE PURPOSE OF COLLECTING A DEBT. This is in no way an attempt to collect a debt from you if your personal liability for said debt has been modified or extinguished by a discharge in bankruptcy. Thank you for your time and attention to this matter.
ATTENTION: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message and is legally privileged pursuant to the Federal Electronic Communication Privacy Act 18 U.S.C. §§ 2510-2521. This email message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this email message, or responsible for delivery of this message to such person, any

dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. If you received this message in error, please immediately notify the sender by responding to this e-mail message and immediately delete this e-mail message and all copies of it from your system and destroy any hard copies of it. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THE PURPOSE OF COLLECTING A DEBT. This is in no way an attempt to collect a debt from you if your personal liability for said debt has been modified or extinguished by a discharge in bankruptcy. Thank you for your time and attention to this matter.

ATTENTION: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message and is legally privileged pursuant to the Federal Electronic Communication Privacy Act 18 U.S.C. §§ 2510-2521. This email message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this email message, or responsible for delivery of this message to such person, any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. If you received this message in error, please immediately notify the sender by responding to this e-mail message and immediately delete this e-mail message and all copies of it from your system and destroy any hard copies of it. THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THE PURPOSE OF COLLECTING A DEBT. This is in no way an attempt to collect a debt from you if your personal liability for said debt has been modified or extinguished by a discharge in bankruptcy. Thank you for your time and attention to this matter.