IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDALLASHOMES, LLC | § | Case No. 19-41186 |
| | § | |
| Debtor. | § | |

**ORDER ON MOTION OF JOHN CALDWELL FOR SANCTIONS AGAINST GRCDALLASHOMES, LLC**

On this day came on for hearing the Motion of John Caldwell for Sanctions Against GRCDallasHomes, LLC. The Court finds that notice of the hearing has been properly served on all parties in interest.

Following the receipt of all evidence and hearing the argument of counsel the Court makes the following findings:

a. On April 16, 2021, John Caldwell properly served his First Request for Production of Documents on counsel for the Debtor concerning the Plan Agent's Motion For Authority To Make Certain Payments and To Make An Interim Distribution To Unsecured Creditors;

b. Based on an agreed extension of time responses to the Request for Productions were due by May 24, 2021;

c. The Debtor did not timely respond to the Request for Production or file any objections;

d. The hearing on the Plan Agent's Motion was scheduled for June 3, 2021;

e. A rescheduling of the Plan Agent Motion would adversely affect the rights of John Caldwell and other parties in interest;

f. Even if the Debtor produced the requested documents it would not allow sufficient time for Caldwell's attorneys to adequately review them in time for the June 3 hearing;

**ORDER ON MOTION OF JOHN CALDWELL FOR SANCTIONS**  Page 1 of 2
**UST - 11**

g. Therefore, the remedies in Fed. R. Civ. Pro. 37 are not adequate to this matter;

h. This Court has the inherent authority to fashion a remedy to the failure of the Debtor to comply with discovery requirements.

It is therefore ORDERED that it is deemed:

a. That the Debtor has failed to maintain appropriate records to account for property which was held for the benefit of creditors; and
b. That such finding is an additional ground to be considered in appointing a trustee or converting this case to Chapter 7.

Signed on 4/20/2022

*Brenda T. Rhoades* YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Slip Listing

No. 19-41186; GRCDallasHomes, LLC
Caldwell attorney fee slip listing
for Motion for Sanctions heard June 3, 2021

| Transaction Date | Client | Description | Time Spent | Rate Value | Slip Value |
|---|---|---|---|---|---|
| 5/25/2021 | Caldwell.John | Draft of motion for sanctions re: request for production concerning plan agent motion for interim distribution (adapted from motion to compel in claim objection) | 1.00 | $350.00 | $350.00 |
| 5/25/2021 | Caldwell.John | Research: available remedies for failure to respond to discovery when rescheduling hearing is not requested: Use of court's inherent authority | 2.70 | $200.00 | $540.00 |
| 5/25/2021 | Caldwell.John | Draft of Motion for Expedited Consideration of Motion for Sanctions and proposed order | 0.70 | $300.00 | $210.00 |
| 5/25/2021 | Caldwell.John | Finalize motions (sanctions and expedited hearing), mark exhibits; Upload motions; Email court re: expedited hearing request. | 1.00 | $100.00 | $100.00 |
| 6/3/2021 | Caldwell.John | Appearance at sanctions hearing on interim distribution motion | 0.50 | $350.00 | $175.00 |
| 6/4/2020 | Caldwell.John | Preparation of sanctions time slip listing | 0.25 | $100.00 | $25.00 |
| anticipated | Caldwell.John | Preparation of sanctions order | 0.25 | $350.00 | $87.50 |
|  |  |  | 6.40 |  | $1,487.50 |