Gregory W. Mitchell
FREEMAN LAW, PLLC
1412 Main Street, Suite 500
Dallas, Texas   75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID:   00791285

ATTORNEY FOR DEBTOR GRCDALLASHOMES, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **GRCDALLAS HOMES, LLC** | § § | Case No. 19-41186 |
| *Debtor* | § | Chapter 11 |

## DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(b) AND MOTION TO DISBURSE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

COMES NOW, GRCDALLASHOMES, LLC ("**Debtor**"), Debtor in the above-styled and numbered bankruptcy proceeding, and files this its *Motion to Sell Property Free and Clear of Liens, Claims and Encumbrances* (the "**Motion**") and in support thereof respectfully represents:

## I. JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

3. The Debtor originally filed this case under Chapter 11 of the Bankruptcy Code on May 3, 2019.

4. The Debtor owns properties in need of rehabilitation to maximize their value. The Debtor has received offers on three of its properties, offers the Debtor believes to be favorable and which will provide Debtor funds to manage and maintain the remainder of its properties, as well as fund the Debtor's plan of reorganization.

5. The Debtor owns residential real property located at the following addresses: (1) 2505 Oak Grove Parkway, Little Elm, TX 75068 (the "**Oak Grove Property**"); and (2) 4369 Sunset Circle, The Colony, Texas 75056 (the "**Sunset Property**") and (3) 4430 Chapman St. The Colony, TX 75056 (the "**Chapman Property**") (the Oak Grove Property, the Sunset Property and the Chapman Property collectively the "**Properties**").

6. The Debtor is seeking this Motion to Sell to quickly and effectively liquidate some of GRC's assets, while protecting itself from incessant objections from a certain creditor. John Caldwell has continuously filed objections for the purpose of harassment and delay. To date, Mr. Caldwell has filed over 10 objections in this case. This dilatory tactics and scorched earth litigation is costing the Debtor and creditors precious time and money. Out of approximately 20 creditors, Mr. Caldwell is the only creditor who has objected to virtually every move made by the Debtor at the expense of the creditor pool. Mr. Caldwell's scorched earth

litigation forced Debtor to seek a Temporary Restraining Order against Mr. Caldwell, which the Court granted.

7. The GRC bank account is currently overdrawn. As such, Debtor is using what remains of his personal funds to operate GRC. This includes gas to check on properties, company vehicle repairs, utilities for the properties, Property maintenance and upkeep, amongst other expenses. The Plan Agent only has approximately $500.00 of the Debtor's money in his account. Mr. Daneshmandi has not been paid his salary / wages / commissions since June, 2021. GRC has multiple lawsuits that Mr. Caldwell insisted be included in the Plan. Debtor's attorneys have not been paid since June, 2021. As such, Debtor's legal bills continue to mount.

### III. MOTION TO SELL

8. The Debtor seeks to sell the **Oak Grove Property** for the total sales price of $25,000.00. A true and correct copy of the "Offer to Purchase Real Estate" with respect to the Oak Grove Property is attached hereto as ***Debtor's Exhibit A.*** and incorporated herein by reference as if fully set forth. Oak Grove has been listed on the Multiple Listing Service for 712 days. During this time, the list price was reduced multiple times because no one expressed any interest. This dilapidated mobile home is hazardous – making showings impossible. This mobile home has mold, no electrical wiring, no plumbing connections, and no flooring. The mobile home needs to be torn down. To make matters worse, this mobile home faces a highway. The neighboring resident is a mechanic who makes a lot of noise. This property is a health hazard and a liability. The value in this property is in the land only. However, the purchaser will need to spend approximately $15,000 to demolish or move the mobile home away. For this reason, the property is worth less than the raw land value.

9. The Debtor seeks to sell the **Sunset Property** for the total sales price of $30,000.00. A true and correct copy of the "Offer to Purchase Real Estate" with respect to the Sunset Property is attached hereto as ***Debtor's Exhibit B.*** and incorporated herein by reference as if fully set forth. This dilapidated mobile home is hazardous – making showings impossible. This property has mold, is gutted to the studs, has a backed-up sewer. Because this mobile home is not habitable, it needs to be torn down. This property is a health hazard and a liability. The value in this property is in the land only. However, the purchaser will need to spend approximately $15,000 to demolish or move the mobile home away. For this reason, the property is worth less than the raw land value.

10. The Debtor seeks to sell the **Chapman Property** for the total sales price of $150,000.00. A true and correct copy of the "Offer to Purchase Real Estate" with respect to the Chapman Property is attached hereto as ***Debtor's Exhibit C.*** and incorporated herein by reference as if fully set forth. The property needs approximately $50,000.00 in rehabilitation. The property needs foundation, flooring, paint, bathrooms, cabinets, electric, plumbing, HVAC, and granite.

11. The Buyer has no agent, which will save commissions of 6% of the overall sales price. This will save the estate $12,300 in agent fees. Additionally, the Buyer, has waived surveys and home warranties for a combined savings to the estate of $5,700. This results in a total savings of $18,000 for the Estate.

12. Debtor is unable to show the Properties due to hazardous condition of the Properties. Debtor has marketed the Properties to wholesalers. Oak Grove was listed for 712 days without any offers. Two separate real estate agents recently told Debtor that both mobile homes cannot be listed due to their hazardous condition and the target sales price would be the

county's appraised value at best. The Chapman Property has had comparable sales of $150,000 - $160,000 with 6% agency commissions and 2% closing cost to be taken off the sales price. This means the net would be at best $147,200 if listed. See attached comparable sale **Debtor's Exhibit D**.

13. The sales of the Properties shall be free and clear of all liens, claims and encumbrances, and such liens, claims and encumbrances, if any, shall attach to the sales proceeds.

14. The reasonable and necessary closing costs associated with the sales shall be paid at the time of closing.

15. The Debtor is unrelated to the purchaser of the Properties.

16. The Debtor requests that the fourteen (14) day period following the entry of an Order allowing the sale be waived.

## IV. <u>DISTRIBUTION OF ANTICIPATED PROCEEDS</u>

17. Of the approximate $205,000.00 that GRC will generate from the aforementioned sale, GRC proposes to distribute the funds as described below.

18. GRC proposes to pay its lawyers (Rod Khavari, Ryan Rouz, and Gregory Mitchell) each a partial payment of $15,000.00 each. Said lawyers will be paid the remaining balance of their legal fees after 7629 Lakeview is sold.

19. Furthermore, GRC proposes to make a partial payment of $45,000 to Mr. Daneshmandi for salary/wages/commissions. Mr. Daneshmandi will be paid the remaining balance after 7629 Lakeview sells.

20. Next, GRC proposes to disburse $7,000 to its operating account for operating expenses.

21. Next, GRC proposes to disburse $1,000 to Plan Agent.

22. Next, GRC proposes $7,000 to be held by the Plan Agent for Trustee's fees and accounting.

23. Finally, GRC proposes a disbursement of $100,000 to its unsecured creditors.

24. As referenced above, for the Court's reference, GRC has engaged Fix, Hold & Flip Construction, LLC. (hereinafter "FHFC"), a general contractor to repair and complete 7629 Lakeview. FHFC agreed to a fee of $114,000.00 and to commence work for no money down and to be paid at completion or closing, with a lien against the Property. Engaging FHFC to rehabilitate 7629 Lakeview will allow GRC to sell this property for maximum value. GRC believes the sale will generate approximately $320,000. FHFC has 151 five-star reviews on Google. They are listed on Google as a top 1% contractor. They carry liability insurance and are willing to accept 100% upon completion. A copy of the executed contract is affixed as ***Debtor's Exhibit E.***

## V. REQUEST FOR RELIEF

A. Approval of Sale Pursuant to Section 363(b)

25. "The [Debtor], after notice and a hearing, may use, sell, or lease other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1)." The [Debtor] must provide some sound business justification for the proposed sale." *In re Continental Air Lines, Inc.*, 780 F.2d 1223 (5th Cir. 1986). The Debtor has adequately marketed the Properties. Considering the present market, and condition of the Properties, the Debtor asserts that the proposed sales price for each of the Properties is fair and reasonable. Delay may result in loss of the buyer, or further reduction in value received. Delay will result in additional ongoing expenses to the Debtor and the estate. In exercise of its business judgment, the Debtor asserts that the

proposed sales are in the best interest of the estate. *Id.*; *see also, In re the Bombay Company, Inc.*, 2007 Bankr. LEXIS 3218 (Bankr.N.D. Tex. 2007).

**WHEREFORE**, Debtor requests the Court enter an Order approving the sale of the Oak Grove Property, the Sunset Property, and the Chapman Property pursuant to the Contracts attached as Exhibits A and B, and C respectively, and for such other and further relief to which Debtor may show itself justly entitled.

**DATED this 22nd day of April, 2022.**

Respectfully submitted,

FREEMAN LAW, PLLC

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
1412 Main Street, Suite 500
Dallas, Texas   75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID:   00791285
E-mail:   gmitchell@freemanlaw.com

ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on or before April 22, 2022, a true and correct copy of the foregoing will be served via U.S. Mail and/or ECF to all parties on the attached master mailing matrix.

FREEMAN LAW, PLLC

/s/   **Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Debtor

```
Label Matrix for local noticing          Arlington ISD                                    Arlington ISD
0540-4                                    c/o Perdue Brandon Fielder et al                 c/o Perdue Brandon Fielder et al
Case 19-41186                             500 E. Border Street, Suite 640                  500 East Border Street, Suite 640
Eastern District of Texas                 Arlington, TX 76010-7457                         Arlington, TX 76010-7457
Sherman
Tue Sep 14 15:03:54 CDT 2021

Attorney General of Texas                 Bayview Loan Servicing, LLC                      (c)BRYAN WING CHEUNG POON
Bankruptcy Division                       c/o Codilis & Moody, P.C.                        C/O KEVIN G. HERD
PO Box 12548                              400 N. Sam Houston Pkwy E, Suite 900A            801 CHERRY ST UNIT 8
Austin, TX 78711-2548                     Houston, TX 77060-3548                           FORT WORTH TX  76102-6881


John Caldwell                             Carrollton-Farmers Branch ISD                    Carrollton-Farmers Branch ISD
c/o Roger M. Yale                         c/o Perdue Brandon Fielder et al                 c/o Perdue Brandon Fielder et al
1417 E. McKinney Street                   500 E Border St, Suite 640                       500 East Border Street, Suite 640
Suite 220                                 Arlington, TX 76010-7457                         Arlington, TX 76010-7457
Denton, TX 76209-2504


(p)JPMORGAN CHASE BANK  N A               City of Carrollton                               City of Highland Village
BANKRUPTCY MAIL INTAKE TEAM                Linebarger, Goggan, Blair & Sampson, LLC         % Perdue Brandon Fielder Et Al
700 KANSAS LANE FLOOR 01                  c/o Laurie A. Spindler                           500 E. Border Street
MONROE LA 71203-4774                      2777 N. Stemmons Freeway Suite 1000              Suite 640
                                          Dallas, TX 75207-2328                            Arlington, TX 76010-7457


City of Highland Village                  Megan F Clontz                                   Eboney Cobb
c/o Perdue Brandon Fielder et al          Spencer Fane LLP                                 Perdue Brandon Fielder Collins & Mott
500 East Border Street, Suite 640         5700 Granite Parkway                             500 E. Border Street, Suite 640
Arlington, TX 76010-7457                  Suite 650                                        Arlington, TX 76010-7457
                                          Plano, TX 75024-6812


(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS   Sarah M. Cox                                     Dallas County
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION Spector & Cox, PLLC                            Linebarger, Goggan, Blair & Sampson, LLC
PO BOX 13528                              12770 Coit Rd., Ste. 850                         c/o Laurie A. Spindler
AUSTIN TX 78711-3528                      Dallas, TX 75251-1364                            2777 N. Stemmons Freeway Suite 1000
                                                                                           Dallas, TX 75207-2328


Dallas County Tax Assessor                c/o Laurie Spindler Dallas County, Tarrant C     Denton County
John R. Ames, CTA                         Linebarger, Goggan, Blair & Sampson, LLP         c/o Tara LeDay
500 Elm Street                            2777 N Stemmons Frwy, #1000                      P. O. Box 1269
Dallas, TX 75202-3304                     Dallas, TX 75207-2328                            Round Rock, TX 78680-1269


Denton County Tax Assessor Collector      Floor Expert                                     Floors Expert Inc.
1505 E. McKinney Street                   7525 Main #120                                   Art Lopez
Denton, TX 76209-4525                     The Colony, TX 75056-5900                        7525 Main St. #120
                                                                                           The Colony, TX 75056-5900


GRCDallasHomes LLC                        (c)KEVIN G. HERD                                 Sophia Hiten
13220 Beach Club Road                     GOODRICH, POSTNIKOFF & ASSOCIATES, LLP           4437 Jenkins
The Colony, TX 75056-4147                 801 CHERRY ST UNIT 8                             The Colony, TX 75056-3167
                                          FORT WORTH TX  76102-6881


Internal Revenue Service                  Internal Revenue Service                         John D. Caldwell
Centralized Insolvency                    Mail Code DAL-5020                               c/o Nicoud Law
PO Box 7346                               1100 Commerce Street                             10440 N. Central Expressway
Philadelphia, PA  19101-7346              Dallas, Texas 75242-1100                         Suite 800
                                                                                           Dallas, TX 75231-2264
```

| | | |
|---|---|---|
| Julie Ann Pettit<br>2101 Cedar Springs Road<br>Suite 1540<br>Dallas, TX 75201-2164 | Rod B. Khavari<br>Khavari & Moghadassi, Attorneys at Law<br>3000 Keller Springs Rd., Ste. 200<br>Carrollton, TX 75006-4881 | Khavari & Moghadassi<br>Attn: Road B. Khavari<br>3000 Keller Springs Rd.<br>Suite 200<br>Carrollton, TX 75006-4881 |
| Khavari & Moghadassi<br>Attn: Rod B. Khavari<br>3000 Keller Springs Rd.<br>Suite 200<br>Carrollton, TX 75006-4881 | Khavari & Moghadassi, Attorneys at Law, P.C<br>Attn: Rod Khavari<br>3000 Keller Springs Road<br>Suite 200<br>Carrollton, TX 75006-4881 | Laura Barker<br>Padgett Law Group<br>6267 Old Water Oak Road<br>Suite 203<br>Tallahassee, FL 32312-3858 |
| Tara LeDay<br>MVBA Law Firm<br>P O Box 1269<br>Round Rock, TX 78680-1269 | Lewisville ISD<br>Linebarger, Goggan, Blair & Sampson, LLC<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 | Joyce W. Lindauer<br>Joyce Lindauer, Attorney<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Lakia' S. McCline<br>400 N. Sam Houston Pkwy E. Suite 900A<br>Houston, TX 77060-3548 | Gregory W. Mitchell<br>Freeman Law, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Molly Mitchell<br>Almanza Blackburn Dickie & Mitchell<br>230 S. Capital of Texas Highway<br>Bldg. H<br>Austin, TX 78746 | Christopher J. Moser<br>Quilling Selander Lownds Winslett Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 | Christopher J. Moser<br>Quilling, Selander, Lownds, et al<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3071 |
| Candace M. Murphy<br>Sissac Legal Group<br>130 N. Preston Road,<br>Ste. 100-420<br>75078, Ste St. 107, PMB 292<br>Prosper, TX 75078 | Robert M. Nicoud Jr.<br>Nicoud Law<br>10440 N. Central Expwy<br>Suite 800<br>Dallas, TX 75231-2264 | (c)BRYAN WING CHEUNG POON<br>C/O KEVIN G. HERD<br>GOODRICH POSTNIKOFF & ASSOCIATES, LLP<br>801 CHERRY ST UNIT 8<br>FORT WORTH TX  76102-6881 |
| Reliant Title<br>6850 North Shiloh Road<br>Garland, TX 75044-2918 | Robert Saldeen<br>2420 Morning Dew Drive<br>Little Elm, TX 75068-7629 | Roger M. Yale<br>1417 E. McKinney St.<br>Suite 220<br>Denton, TX 76209-2504 |
| Ryan Rouz<br>1111 S Akard St<br>Dallas, TX 75215-1020 | Chad M. Ruback<br>8117 Preston Rd., Suite 300<br>Dallas, TX 75225-6347 | Robert Saldeen<br>4217 Malone Ave.<br>The Colony, TX 75056-3031 |
| Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Sophia Hiten<br>4437 Jenkins<br>Colony, TX 75056-3167 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| Statebridge<br>5680 Greenwood Plaza Blvd., Suite 100 S<br>Greenwood Village, CO 80111-2404 | Statebridge Company, LLC as servicer for DB<br>Padgett Law Group<br>c/o Julian Cotton<br>6267 Old Water Oak Rd., Ste 203<br>Tallahassee, FL 32312-3858 | John Machir Stull<br>Cantey Hanger LLP<br>1999 Bryan Street<br>Suite 3300<br>Dallas, TX 75201-6822 |

```
Tarrant County                              Tarrant County Tax Assesor-Collector    Tarrant County Tax Assessor Collector
Linebarger, Goggan, Blair & Sampson, LLC    100 E.Weatherford                       100 E. Weatherford St.
c/o Laurie A. Spindler                      Fort Worth, TX 76196-0206               Fort Worth, TX 76196-0206
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328


Texas Workforce Commission                  Touba Daneshmandi                       Philip S. Traynor
101 East 15th Street                        13220 Beach Club Rd                     Albertelli Law
Austin, TX 78778-0001                       The Colony, TX 75056-4147               2201 Royal Lane
                                                                                    Suite 155
                                                                                    Irving, TX 75063-3200


U. S. Attorney                              U. S. Trustee's Office                  U.S. Attorney General
110 N. College Ave.                         110 N. College Street                   Department of Justice
Suite 700                                   Suite 300                               Main Justice Building
Tyler, TX 75702-0204                        Tyler, TX 75702-7231                    10th & Constitution Ave., NW
                                                                                    Washington, DC 20530-0001


US Trustee                                  John M. Vardeman                        Wells Fargo Bank, N.A.
Office of the U.S. Trustee                  UST Office                              Attn: Default Document Processing
110 N. College Ave.                         110 N. College St., Suite 300           MAC# N9286-01Y, 1000 Blue Gentian Road
Suite 300                                   Tyler, TX 75702-7231                    Eagan, MN  55121-7700
Tyler, TX 75702-7231


Wells Fargo Mortgage                        Cheyenne M. Zokaie
PO Box 10335                                The Padgett Law Group
Des Moines, IA 50306-0335                   5501 LBJ Freeway
                                            Suite 925
                                            Dallas, TX 75240-6220
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Credit Card                           (d)Chase Credit Card                    Comptroller of Public Accts
4895 State Highway 121                      4895 State Highway 121                  Rev Acctg Div/Bankruptcy Dept
The Colony, TX 75056                        The Colony, TX 75056                    PO BOX 13528
                                                                                    Austin, TX 78711
```

             Addresses marked (c) above for the following entity/entities were corrected
                  as required by the USPS Locatable Address Conversion System (LACS).

```
Bryan Wing Cheung Poon                      Kevin G. Herd                           (d)Bryan Wing Cheung Poon
c/o Kevin G. Herd                           Goodrich, Postnikoff & Associates, LLP  c/o Kevin G. Herd
801 Cherry Street, Suite 1010               801 Cherry Street, Suite 1010           801 Cherry Street
Fort Worth, TX 76102                        Fort Worth, TX 76102                    Suite 1010
                                                                                    Forth Worth, TX 76102


Bryan Wing Cheung Poon
c/o Kevin G. Herd
Goodrich Postnikoff & Associates, LLP
801 Cherry Street, Suite 1010, Unit 15
Fort Worth, TX 76102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC<br>c/o Codilis & Moody, P.C.<br>400 N. Sam Houston Pkwy E, Suite 900A<br>Houston77060 | (u)Comptroller | (d)Dallas County Tax Assessor<br>John R. Ames, CTA<br>500 Elm Street<br>Dallas, TX 75202-3304 |
| (u)Kazem Daneshmandi | (u)Touba Daneshmandi | (d)Denton County<br>c/o Tara LeDay<br>P. O. Box 1269<br>Round Rock, TX 78680-1269 |
| (d)Denton County Tax Assessor/Collector<br>1505 E. McKinney Street<br>Denton, TX 76209-4525 | (d)Floor Expert<br>7525 Main #120<br>The Colony, TX 75056-5900 | (d)John Caldwell<br>c/o Roger M. Yale<br>1417 E. McKinney Street<br>Suite 220<br>Denton, TX 76209-2504 |
| (d)Julie Ann Pettit<br>2101 Cedar Springs Road<br>Suite 1540<br>Dallas, TX 75201-2164 | (d)Reliant Title<br>6850 North Shiloh Rd<br>Garland, TX 75044-2918 | (u)WELLS FARGO BANK, N.A. |

End of Label Matrix
Mailable recipients    73
Bypassed recipients    12
Total                  85