

| MICHELLE FRENCH | 2021+ Tax Statement |
|---|---|
| DENTON COUNTY TAX ASSESSOR/COLLECTOR<br>P O BOX 90223<br>DENTON, TX 76202<br>(940) 349-3500 | **Property Account Number:**<br>**686DEN** |

| | | | |
|---|---|---|---|
| **Statement Date:** | 05/04/2022 | **Property Location:** | 0004430 CHAPMAN ST |
| **Owner:** | GRC DALLAS HOMES LLC | **Acres:** | 0.0757 |
| **Mailing Address:** | 13220 BEACH CLUB RD<br>THE COLONY TX 75056-4147 | **Legal Description:** | COLONY NO 25 BLK 201 LOT 30(E1/2) |

**Exemptions:**

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 123,807 | 32,835 | 0 | 0 | 0 | 0 | 0 | 156,642 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| CITY OF THE COLONY | 0 | 156,642 | 0.650000 | 1018.17 |
| LEWISVILLE ISD | 0 | 156,642 | 1.308500 | 2049.66 |
| DENTON COUNTY | 0 | 156,642 | 0.233086 | 365.11 |
| | | | **TOTAL BASE TAX** | **3,432.94** |
| | | | PENALTY & INTEREST | 446.29 |
| | | | **Total Amount Due** | **3,879.23** |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE DENTON COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE DENTON COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

⬇ **Detach** ⬇

Return With Payment

  

Visit our website for online credit card payments.

686     061

2021 +Tax Statement
05/04/2022

| Property Account Number |
|---|
| 686DEN |

| Total Amount Due | $3,879.23 |
|---|---|

| IF PAID IN | AMOUNT DUE |
|---|---|
| JUN | 3,947.89 |
| JUL | 4,861.05 |
| AUG | 4,902.24 |
| SEP | 4,943.43 |
| OCT | 4,984.64 |
| | 5,025.83 |

**Please Make Checks Payable To:**

**Michelle French, Tax A/C**

GRC DALLAS HOMES LLC
13220 BEACH CLUB RD
THE COLONY TX 75056-4147

0000387923 0000394789 0000486105 0000000000 C 00 0000 00000067261 4

**UST - 13**