

| MICHELLE FRENCH<br>DENTON COUNTY TAX ASSESSOR/COLLECTOR<br>P O BOX 90223<br>DENTON, TX 76202<br>(940) 349-3500 | 2021+ Tax Statement<br><br>**Property Account Number:**<br>**8961DEN** |
|---|---|

| | |
|---|---|
| **Statement Date:** 05/04/2022<br>**Owner:** GRC DALLAS HOMES LLC<br>**Mailing Address:** 13220 BEACH CLUB RD<br>THE COLONY TX 75056-4147 | **Property Location:** 0007629 LAKEVIEW DR<br>**Acres:** 0.1147<br>**Legal Description:** GARZA LAKE ESTATES BLK 13 LOT 13 |

**Exemptions:**

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 85,750 | 37,250 | 0 | 0 | 0 | 0 | 0 | 123,000 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| CITY OF THE COLONY | 0 | 123,000 | 0.650000 | 799.50 |
| LEWISVILLE ISD | 0 | 123,000 | 1.308500 | 1609.46 |
| DENTON COUNTY | 0 | 123,000 | 0.233086 | 286.70 |
| | | | **TOTAL BASE TAX** | **2,695.66** |
| | | | PENALTY & INTEREST | 350.44 |
| | | | **Total Amount Due** | **3,046.10** |

**IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE DENTON COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE DENTON COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.**

⬇ Detach ⬇

Return With Payment

 

Visit our website for online credit card payments.

8961    061

2021 +Tax Statement
05/04/2022

| Property Account Number<br>8961DEN | |
|---|---|
| **Total Amount Due** | **$3,046.10** |

| IF PAID IN | AMOUNT DUE |
|---|---|
| JUN | 3,100.02 |
| JUL | 3,817.05 |
| AUG | 3,849.40 |
| SEP | 3,881.76 |
| OCT | 3,914.10 |
| | 3,946.45 |

**Please Make Checks Payable To:**

**Michelle French, Tax A/C**

GRC DALLAS HOMES LLC
13220 BEACH CLUB RD
THE COLONY TX 75056-4147

0000304610  0000310002  0000381705  0000000000  C  00  0000  00000131952  4

**UST - 14**