

| MICHELLE FRENCH | 2021+ Tax Statement |
| --- | --- |
| DENTON COUNTY TAX ASSESSOR/COLLECTOR<br>P O BOX 90223<br>DENTON, TX 76202<br>(940) 349-3500 | **Property Account Number:**<br>**47228DEN** |

| | |
| --- | --- |
| **Statement Date:** 05/04/2022 | **Property Location:** 0002505 POST OAK LN |
| **Owner:** GRC DALLAS HOMES LLC | **Acres:** 0.1515 |
| **Mailing Address:** 13220 BEACH CLUB RD<br>THE COLONY TX 75056-4147 | **Legal Description:** HILLTOWN 2 LOT 53 |

**Exemptions:**

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3,281 | 23,100 | 0 | 23,100 | 0 | 0 | 0 | 26,381 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
| --- | --- | --- | --- | --- |
| TOWN OF LITTLE ELM | 0 | 26,381 | 0.643948 | 169.88 |
| LITTLE ELM ISD | 0 | 26,381 | 1.430300 | 377.33 |
| DENTON COUNTY | 0 | 26,381 | 0.233086 | 61.49 |
| | | | **TOTAL BASE TAX** | **608.70** |
| | | | PENALTY & INTEREST | 79.13 |
| | | | **Total Amount Due** | **687.83** |

**IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE DENTON COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE DENTON COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.**

↓ Detach ↓

Return With Payment



Visit our website for online credit card payments.

47228   061

2021 +Tax Statement
05/04/2022

| Property Account Number<br>47228DEN | |
| --- | --- |
| **Total Amount Due** | **$687.83** |

| IF PAID IN | AMOUNT DUE |
| --- | --- |
| JUN | 700.00 |
| JUL | 861.92 |
| AUG | 869.21 |
| SEP | 876.54 |
| OCT | 883.83 |
| | 891.14 |

**Please Make Checks Payable To:**

**Michelle French, Tax A/C**

GRC DALLAS HOMES LLC
13220 BEACH CLUB RD
THE COLONY TX 75056-4147

0000068783 0000070000 0000086192 0000000000 C 00 0000 00000118635 1

**UST - 15**