
**WENDY BURGESS**
TARRANT COUNTY
TAX ASSESSOR-COLLECTOR


@TarrantCoTax
Facebook.com/TarrantCountyTAC

100 E. Weatherford, Fort Worth, TX 76196
(817) 884-1100
e-mail:taxoffice@tarrantcounty.com
web:www.tarrantcounty.com

V1.10

**DATE:** 05/04/2022

## 2021 TAX STATEMENT

**IN GOD WE TRUST**

**ACCOUNT:** 00000359378

**LEGAL:** BUCHANAN SUBDIVISION BLOCK 2 LOT 13

**e-STATEMENT**

**OWNER:** GRC DALLAS HOMES LLC
**PARCEL ADDRESS:** 0001005 SHADY LN N
**EXEMPTIONS:**

Visit our website for online credit card and eCheck payments
Pay by phone at 817-884-1110

| LAND VALUE 108,606 | IMPROVEMENT VAL 91,394 | APPRAISED VAL 200,000 | | | | |
|---|---|---|---|---|---|---|
| TAXING ENTITIES | APPRAISED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAX RATE PER $100 | BASE TAX | TAXES DUE CURRENTLY |
| KELLER CITY | 200,000 | 0 | 200,000 | 0.395000 | 790.00 | 790.00 |
| TARRANT COUNTY | 200,000 | 0 | 200,000 | 0.229000 | 458.00 | 458.00 |
| T C HOSPITAL | 200,000 | 0 | 200,000 | 0.224429 | 448.86 | 448.86 |
| T C COLLEGE | 200,000 | 0 | 200,000 | 0.130170 | 260.34 | 260.34 |
| KELLER ISD | 200,000 | 0 | 200,000 | 1.344000 | 2688.00 | 2688.00 |
| | | | | TOTAL TAXES | 4,645.20 | 4,645.20 |

PENALTY & INTEREST 603.87
**TOTAL AMOUNT DUE** **14,095.21**
INCLUDES PAYMENTS RECEIVED

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

**IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE TARRANT COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE TARRANT COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.**

**\*\*YOUR CHECK WILL BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER\*\***

------------------------------------------------------------------------------------------------
GRC DALLAS HOMES LLC

**RETURN WITH PAYMENT**

NOTE: TOTAL SHOWS CURRENT AND PRIOR YEAR TAXES DUE.

\*00000359378\*
\*00000359378\*

| **PAY THIS AMOUNT** | |
|---|---|
| Delinquent after: 1/31/2022 | **$14,095.21** |

00000359378  2021
\*86897175\*
\*86897175\*

| IF PAID IN | AMOUNT DUE |
|---|---|
| JUN | 14,258.33 |
| JUL | 15,564.16 |

GRC DALLAS HOMES LLC
13220 BEACH CLUB RD
THE COLONY, TX 75056

Make checks payable to:
WENDY BURGESS. TAX-ASSESSOR-COLLECTOR
PO BOX 961018
FORT WORTH TX 76161-0018

00000359378    0001409521    0001425833    0001556416    0504202200000

**UST - 16**