

| MICHELLE FRENCH | 2021+ Tax Statement |
| --- | --- |
| DENTON COUNTY TAX ASSESSOR/COLLECTOR<br>P O BOX 90223<br>DENTON, TX 76202<br>(940) 349-3500 | **Property Account Number:**<br>**90789DEN** |

| | |
| --- | --- |
| **Statement Date:** 05/04/2022 | **Property Location:** 0004369 SUNSET CIR |
| **Owner:** SMITH NANCY | **Acres:** 0.1963 |
| **Mailing Address:** 4369 SUNSET CIR<br>THE COLONY TX 75056-3478 | **Legal Description:** HAVEN HILLS MOBILE HOME ESTATES LOT 18 |

**Exemptions:**

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5,642 | 21,375 | 0 | 0 | 0 | 0 | 0 | 27,017 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
| --- | --- | --- | --- | --- |
| CITY OF THE COLONY | 0 | 27,017 | 0.650000 | 175.61 |
| LEWISVILLE ISD | 0 | 27,017 | 1.308500 | 353.52 |
| DENTON COUNTY | 0 | 27,017 | 0.233086 | 62.97 |

LAWSUIT: 21-7031-431/CO

| | |
| --- | --- |
| **TOTAL BASE TAX** | **592.10** |
| PENALTY & INTEREST | 76.97 |
| COLLECTION FEE | 40.43 |
| **PRIOR YEARS** | **1,097.70** |
| **Total Amount Due** | **1,807.20** |

IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE DENTON COUNTY TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE DENTON COUNTY TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*LAWSUIT HAS BEEN FILED ON DELINQUENT TAXES. CALL 940-349-3500 FOR ADDITIONAL AMOUNT DUE.

↓ Detach ↓
Return With Payment

 

Visit our website for online credit card payments.

NOTE: LAWSUIT FILED AGAINST DELINQUENT TAXES. CALL **940-349-3500**.

90789    061

2021 +Tax Statement
05/04/2022

| Property Account Number |
| --- |
| 90789DEN |

| Total Amount Due | $1,807.20 |
| --- | --- |

| IF PAID IN | AMOUNT DUE |
| --- | --- |
| JUN | 1,828.23 |
| JUL | 1,938.96 |
| AUG | 1,954.40 |
| SEP | 1,969.88 |
| OCT | 1,985.29 |
| | 2,000.74 |

**Please Make Checks Payable To:**
**Michelle French, Tax A/C**

SMITH NANCY
4369 SUNSET CIR
THE COLONY TX 75056-3478

0000180720 0000182823 0000193896 0000000000 C 00 0000 00000345519 7

**UST - 17**