# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/06/2020 | | Chase - Cashier's Check | Transfer of Funds held by Chase Bank to Chris Moser, Trustee | 1121-000 | $77,748.02 | | $77,748.02 |
| 02/11/2020 | 3001 | Joyce W. Lindauer | Attorney's Fees | 3701-000 | | $10,000.00 | $67,748.02 |
| 02/11/2020 | 3002 | Kazem Daneshmandi | | 3991-000 | | $7,500.00 | $60,248.02 |
| 02/11/2020 | 3003 | Julio Lopez | Payee was unable to cash check due to high dollar amount. Kaz Deneshmandi requested this check to be replaced with two checks for $2,500.00. | 3991-003 | | $5,000.00 | $55,248.02 |
| 02/11/2020 | 3004 | Julio Lopez | Payee was unable to cash check due to high dollar amount. Kaz Deneshmandi requested this check to be replaced with two checks for $2,500.00. | 3991-003 | | $5,000.00 | $50,248.02 |
| 02/11/2020 | 3005 | Julio Lopez | Payee was unable to cash check due to high dollar amount. Kaz Deneshmandi requested this check to be replaced with two checks for $2,500.00. | 3991-003 | | $5,000.00 | $45,248.02 |
| 02/11/2020 | 3006 | Julio Lopez | | 3991-000 | | $2,230.00 | $43,018.02 |
| 02/11/2020 | 3007 | Wells Fargo Bank NA | 2046 Greenstone Trail, Carrollton, TX 75010; x0368 | 2990-000 | | $730.71 | $42,287.31 |
| 02/11/2020 | 3008 | Wells Fargo Bank NA | 2046 Greenstone Trail, Carrollton, TX 75010; x0368 | 2990-000 | | $730.71 | $41,556.60 |
| 02/11/2020 | 3009 | Statebridge | 6012 Mayes Place, The Colony, TX | 2990-000 | | $709.74 | $40,846.86 |
| 02/11/2020 | 3010 | Statebridge | 6012 Mayes Place, The Colony, TX | 2990-000 | | $709.74 | $40,137.12 |
| 02/11/2020 | 3011 | Statebridge | 1005 Shady Lane, Keller, TX | 2990-000 | | $851.68 | $39,285.44 |
| 02/11/2020 | 3012 | Statebridge | 1005 Shady Lane, Keller, TX | 2990-000 | | $851.68 | $38,433.76 |
| 02/11/2020 | 3013 | GRCDALLASHOMES LLC | | 2990-000 | | $5,000.00 | $33,433.76 |
| 02/11/2020 | 3014 | Handyman Services | 2029 Chatsworth, Carrollton | 3991-000 | | $5,000.00 | $28,433.76 |
| 02/11/2020 | 3015 | Dallas County | # 24056500050140000; VOID- Laurie Spindler (Attny for Dallas Co.) sent check back to Trustee as acct has been paid in Full | 5800-003 | | $7,544.21 | $20,889.55 |
| 02/11/2020 | 3016 | Tarrant County | #01521675 and #00359378 | 5800-000 | | $8,391.54 | $12,498.01 |
| 02/11/2020 | 3017 | Vtd Foundation Dallas | 2029 Chatsworth, Carrollton | 2990-000 | | $3,800.00 | $8,698.01 |
| 03/03/2020 | 3003 | VOID: Julio Lopez | STALE DATED CHECK - STOP PAYMT; Kaz never gave check to J. Vargas | 3991-003 | | ($5,000.00) | $13,698.01 |
| | | | | SUBTOTALS | $77,748.02 | $64,050.01 | |

**UST - 20**

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/03/2020 | 3004 | VOID: Julio Lopez | | 3991-003 | | ($5,000.00) | $18,698.01 |
| 03/03/2020 | 3005 | VOID: Julio Lopez | | 3991-003 | | ($5,000.00) | $23,698.01 |
| 03/03/2020 | 3018 | U.S. Trustee | Acct 4041941186; Chap 11 - 4th Qtr Fees | 2950-000 | | $975.00 | $22,723.01 |
| 03/03/2020 | 3019 | Julio Lopez | | 3991-000 | | $2,500.00 | $20,223.01 |
| 03/03/2020 | 3020 | Julio Lopez | | 3991-000 | | $2,500.00 | $17,723.01 |
| 03/03/2020 | 3021 | Julio Lopez | | 3991-000 | | $2,500.00 | $15,223.01 |
| 03/03/2020 | 3022 | Julio Lopez | | 3991-000 | | $2,500.00 | $12,723.01 |
| 03/03/2020 | 3023 | Julio Lopez | | 3991-000 | | $2,500.00 | $10,223.01 |
| 03/03/2020 | 3024 | Julio Lopez | | 3991-000 | | $2,500.00 | $7,723.01 |
| 03/04/2020 | | Trinity Title - 2046 Greenstone Trail, Carrollton | Sale Proceeds | 1110-000 | $143,382.10 | | $151,105.11 |
| 03/04/2020 | | Trinity Title - 2046 Greenstone Trail, Carrollton | DUPLICATE POSTING | 1110-000 | $143,382.10 | | $294,487.21 |
| 03/04/2020 | | DEP REVERSE: Trinity Title - 2046 Greenstone Trail, Carrollton | DUPLICATE POSTING | 1110-000 | ($143,382.10) | | $151,105.11 |
| 03/05/2020 | 3025 | Dallas County | # 24056500050140000  March interest | 5800-000 | | $150.88 | $150,954.23 |
| 03/05/2020 | 3025 | VOID: Dallas County | VOID- Laurie Spindler (Attny for Dallas Co.) sent check back to Trustee as acct has been paid in Full | 5800-003 | | ($150.88) | $151,105.11 |
| 03/05/2020 | 3026 | Tarrant County | #01521675 and #00359378  March Interest | 5800-000 | | $167.83 | $150,937.28 |
| 03/05/2020 | 3026 | VOID: Tarrant County | Void - Trustee was told the interest was already paid. | 5800-003 | | ($167.83) | $151,105.11 |
| 03/05/2020 | 3027 | Joyce W. Lindauer | Attorney's Fees - Final Payment -  STOP PAYMENT; Ms. Lindauer moved offices and check was Not received. | 3701-003 | | $12,525.67 | $138,579.44 |
| 03/09/2020 | 3028 | Floors Expert | Inv. 4589 for 2408 Jewell Dr., Arlington, TX | 3991-000 | | $1,061.22 | $137,518.22 |
| 03/09/2020 | 3029 | Julio Lopez | 6012 Mayes, The Colony, Plano | 3991-000 | | $2,320.00 | $135,198.22 |
| 03/09/2020 | 3030 | Fransisco Rios | 6012 Mayes, The Colony, TX | 3991-000 | | $1,200.00 | $133,998.22 |
| 03/09/2020 | 3031 | Handyman Services | 6012 Mayes, The Colony, TX - STOP PAYMENT REQUESTED ON 3/18/2020 | 3991-003 | | $3,000.00 | $130,998.22 |
| 03/09/2020 | 3032 | Kazem Daneshmandi | | 3991-000 | | $7,500.00 | $123,498.22 |

| | | | | SUBTOTALS | $143,382.10 | $33,581.89 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/09/2020 | 3033 | CHRIS MOSER | Plan Agent | 3991-000 | | $2,500.00 | $120,998.22 |
| 03/11/2020 | 3015 | VOID: Dallas County | | 5800-003 | | ($7,544.21) | $128,542.43 |
| 03/11/2020 | 3034 | Statebridge | 1005 Shady Lane, Keller, TX | 2990-000 | | $851.68 | $127,690.75 |
| 03/11/2020 | 3035 | Arlington Independent School District | GEO: 01521675; Taxpayer ID = 160194; 2019 Taxes | 5800-000 | | $1,520.60 | $126,170.15 |
| 03/11/2020 | 3036 | Department of Treasury - Internal Revenue Service | EIN 46-5738815; Check held for the filing of tax returns; STALE DATED CHECK - STOP PAYMENT | 5800-003 | | $1,070.00 | $125,100.15 |
| 03/11/2020 | 3037 | Statebridge | 6012 Mayes Place, The Colony, TX | 2990-000 | | $709.74 | $124,390.41 |
| 03/11/2020 | 3038 | The County of Denton, Texas | 2019 Taxes | 5800-000 | | $11,333.84 | $113,056.57 |
| 03/17/2020 | 3039 | Carrollton-Farmers Branch ISD | GEO Code: 000056233 | 5800-000 | | $2,432.41 | $110,624.16 |
| 03/17/2020 | 3040 | City of Highland Village | GEO Code: 4712DEN | 5800-000 | | $1,273.67 | $109,350.49 |
| 03/17/2020 | 3041 | Lewisville ISD | POC 8-3 Ad Valorem Taxes | 5800-000 | | $16,428.92 | $92,921.57 |
| 03/17/2020 | 3042 | City of Carrollton | POC 7-3; 56233 DEN | 5800-000 | | $1,002.95 | $91,918.62 |
| 03/18/2020 | 3031 | STOP PAYMENT: Handyman Services | 6012 Mayes, The Colony, TX - - STOP PAYMENT REQUESTED ON 3/18/2020 | 3991-004 | | ($3,000.00) | $94,918.62 |
| 03/18/2020 | 3027 | STOP PAYMENT: Joyce W. Lindauer | Attorney's Fees - Final Payment; STOP PAYMENT; Ms. Lindauer moved offices and check was Not received. | 3701-004 | | ($12,525.67) | $107,444.29 |
| 03/18/2020 | 3043 | Handyman Services | 6012 Mayes, The Colony, TX | 3991-000 | | $5,000.00 | $102,444.29 |
| 03/18/2020 | 3044 | Khavari & Moghadassi, Attorneys at Law, P.C. | Invoice # 15097 | 3991-000 | | $10,000.00 | $92,444.29 |
| 03/18/2020 | 3045 | Joyce W. Lindauer | Attorney's Fees - Final Payment | 3701-000 | | $12,525.67 | $79,918.62 |
| 04/01/2020 | 3046 | City of Carrollton | POC 7-3; 109376 DEN; 2019 Taxes; VOID - Taxes Paid at real estate closing; | 5800-003 | | $1,445.43 | $78,473.19 |
| 04/01/2020 | 3047 | Lewisville ISD | VOID; Laurie Spindler, Esq confirmed tax is no longer due (paid by another party); POC 8-3 Ad Valorem Taxes; | 5800-000 | | $1,503.48 | $76,969.71 |
| 04/01/2020 | 3048 | The County of Denton, Texas | 2018 Taxes | 5800-000 | | $675.95 | $76,293.76 |
| 04/01/2020 | 3049 | Carrollton-Farmers Branch ISD | GEO Code: 000056233; 2017 & 2018 taxes | 5800-000 | | $5,877.70 | $70,416.06 |
| | | | | SUBTOTALS | $0.00 | $53,082.16 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2020 | 3050 | City of Highland Village | GEO Code: 4712DEN; 2018 Taxes; VOID: 4/08/2020 Letter from Perdue Brandon et al, attnys for City of Highland Village stating 2018 pre-petition taxes have been paid in full. | 5800-003 | | $1,308.40 | $69,107.66 |
| 04/01/2020 | 3051 | Arlington Independent School District | GEO: 01521675; Taxpayer ID = 160194; 2018 Taxes; VOID: 4/08/2020 Letter from Perdue Brandon et al, attnys for Arlington ISD stating 2018 pre-petition taxes have been paid in full. | 5800-003 | | $1,562.07 | $67,545.59 |
| 04/02/2020 | 3052 | Kazem Daneshmandi | | 3991-000 | | $7,500.00 | $60,045.59 |
| 04/02/2020 | 3053 | Statebridge | 1005 Shady Lane, Keller, TX | 2990-000 | | $851.68 | $59,193.91 |
| 04/02/2020 | 3054 | Statebridge | 6012 Mayes Place, The Colony, TX | 2990-000 | | $709.74 | $58,484.17 |
| 04/06/2020 | 3046 | VOID: City of Carrollton | POC 7-3; 109376 DEN; 2019 Taxes; VOID - Taxes Paid at real estate closing; | 5800-003 | | ($1,445.43) | $59,929.60 |
| 04/06/2020 | 3055 | City of Carrollton | POC 7-3; Interest Due | 5800-000 | | $30.10 | $59,899.50 |
| 04/07/2020 | 3056 | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | 2990-000 | | $5,000.00 | $54,899.50 |
| 04/07/2020 | 3057 | Buzz Kill Exterminators | 4430 Chapman, The Colony | 2990-000 | | $600.00 | $54,299.50 |
| 04/07/2020 | 3058 | Rock Solid HVAC | 7629 Lakeview, The Colony - VOID requested by Kaz Daneshmandi | 2990-003 | | $5,000.00 | $49,299.50 |
| 04/07/2020 | 3059 | Ecovolt | 7629 Lakeview, The Colony | 2990-000 | | $800.00 | $48,499.50 |
| 04/07/2020 | 3060 | Handyman Services | 7629 Lakeview, The Colony | 3991-000 | | $2,000.00 | $46,499.50 |
| 04/07/2020 | 3061 | Jose Armando Varges | 203 Oak St, Highland Village | 2990-000 | | $900.00 | $45,599.50 |
| 04/07/2020 | 3062 | Jose Armando Varges | 203 Oak St, Highland Village | 2990-000 | | $900.00 | $44,699.50 |
| 04/07/2020 | 3063 | Jose Armando Varges | 1005 N. Shady Ln, Keller - VOID requested by Kaz Daneshmandi | 2990-003 | | $2,000.00 | $42,699.50 |
| 04/07/2020 | 3064 | Julio Lopez | 7629 Lakeview, The Colony | 3991-000 | | $2,500.00 | $40,199.50 |
| 04/07/2020 | 3065 | Julio Lopez | 7629 Lakeview, The Colony | 3991-000 | | $2,500.00 | $37,699.50 |
| 04/07/2020 | 3066 | Granite Works | 6012 Mayes, The Colony | 2990-000 | | $7,300.00 | $30,399.50 |
| 04/07/2020 | 3067 | Julio Lopez | Lawn care, trash, maintenance -Feb, Mar, April | 3991-000 | | $2,500.00 | $27,899.50 |
| 04/07/2020 | 3068 | Julio Lopez | Lawn care, trash, maintenance -Feb, Mar, April | 3991-000 | | $500.00 | $27,399.50 |
| | | | SUBTOTALS | | $0.00 | $43,016.56 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |
|---|---|
| **Case No.** | 19-41186-BTR |
| **Case Name:** | GRCDALLASHOMES LLC |
| **Primary Taxpayer ID #:** | **-***8815 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/3/2019 |
| **For Period Ending:** | 5/5/2021 |

| | |
|---|---|
| **Trustee Name:** | Christopher J. Moser |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1186 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/07/2020 | 3069 | Julio Lopez | 7629 Lakeview, The Colony | 3991-000 | | $2,500.00 | $24,899.50 |
| 04/07/2020 | 3070 | Julio Lopez | 7629 Lakeview, The Colony | 3991-000 | | $1,560.00 | $23,339.50 |
| 04/15/2020 | 3071 | CHRIS MOSER | Plan Agent | 3991-000 | | $1,500.00 | $21,839.50 |
| 04/15/2020 | 3072 | M S International, Inc. | TXDA-GRTWorks #0014991155-SO; 6012 Mayes, The Colony | 2990-000 | | $2,380.31 | $19,459.19 |
| 04/15/2020 | 3073 | Academy Garage Doors | Door at: 7629 Lakeview, The Colony | 2990-000 | | $1,600.00 | $17,859.19 |
| 04/15/2020 | 3074 | Jose Armando Varges | 7629 Lakeview; STALE DATED CHECK - STOP PAYMT; Kaz never gave check to J. Vargas | 2990-003 | | $1,000.00 | $16,859.19 |
| 04/23/2020 | 3050 | VOID: City of Highland Village | VOID: 4/08/2020 Letter from Perdue Brandon et al, attnys for City of Highland Village stating 2018 pre-petition taxes have been paid in full. | 5800-003 | | ($1,308.40) | $18,167.59 |
| 04/23/2020 | 3051 | VOID: Arlington Independent School District | VOID: 4/08/2020 Letter from Perdue Brandon et al, attnys for Arlington ISD stating 2018 pre-petition taxes have been paid in full. | 5800-003 | | ($1,562.07) | $19,729.66 |
| 04/23/2020 | 3075 | Kazem Daneshmandi | May 2020 | 3991-000 | | $7,500.00 | $12,229.66 |
| 04/30/2020 | 3076 | U.S. Trustee | Acct 4041941186; Chap 11 - 1st Qtr Fees | 2950-000 | | $975.00 | $11,254.66 |
| 05/05/2020 | 3077 | Julio Lopez | 7629 Lakeview, The Colony | 3991-000 | | $2,030.00 | $9,224.66 |
| 05/05/2020 | 3078 | Julio Lopez | May property upkeep | 3991-000 | | $1,000.00 | $8,224.66 |
| 05/09/2020 | 3079 | Fransisco Rios | 2029 Chatsworth | 3991-000 | | $800.00 | $7,424.66 |
| 05/09/2020 | 3080 | Ecovolt | 2029 Chatsworth | 2990-000 | | $1,000.00 | $6,424.66 |
| 05/20/2020 | 3058 | VOID: Rock Solid HVAC | VOID requested by Kaz Daneshmandi | 2990-003 | | ($5,000.00) | $11,424.66 |
| 05/20/2020 | 3063 | VOID: Jose Armando Varges | VOID requested by Kaz Daneshmandi | 2990-003 | | ($2,000.00) | $13,424.66 |
| 05/20/2020 | 3081 | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | 2990-000 | | $5,000.00 | $8,424.66 |
| 05/20/2020 | 3082 | Kazem Daneshmandi | June 2020 | 3991-000 | | $7,500.00 | $924.66 |
| 05/27/2020 | 3047 | VOID: Lewisville ISD | VOID; Laurie Spindler, Esq confirmed tax is no longer due (paid by another party); POC 8-3 Ad Valorem Taxes; | 5800-003 | | ($1,503.48) | $2,428.14 |
| 06/04/2020 | | Wire Deposit | Sale Proceeds - Chatsworth | 1110-000 | $247,971.03 | | $250,399.17 |
| 06/10/2020 | 3083 | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | 2990-000 | | $5,000.00 | $245,399.17 |
| | | | | **SUBTOTALS** | **$247,971.03** | **$29,971.36** | |

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2020 | 3084 | Handyman Services | 6012 Mayes, The Colony, TX | 3991-000 | | $7,200.00 | $238,199.17 |
| 06/10/2020 | 3085 | Handyman Services | 6012 Mayes, The Colony, TX | 3991-000 | | $3,000.00 | $235,199.17 |
| 06/10/2020 | 3086 | Handyman Services | 6012 Mayes, The Colony, TX | 3991-000 | | $2,000.00 | $233,199.17 |
| 06/10/2020 | 3087 | Julio Lopez | 2029 Chatsworth | 3991-000 | | $2,500.00 | $230,699.17 |
| 06/10/2020 | 3088 | Julio Lopez | 2029 Chatsworth | 3991-000 | | $2,500.00 | $228,199.17 |
| 06/10/2020 | 3089 | Julio Lopez | June property upkeep | 3991-000 | | $1,000.00 | $227,199.17 |
| 06/10/2020 | 3090 | Julio Lopez | Property Work | 3991-000 | | $2,500.00 | $224,699.17 |
| 06/10/2020 | 3091 | Floors Expert | 6012 Mayes | 3991-000 | | $5,000.00 | $219,699.17 |
| 06/10/2020 | 3092 | Fransisco Rios | 6012 Mayes | 3991-000 | | $1,500.00 | $218,199.17 |
| 06/10/2020 | 3093 | Statebridge | 6012 Mayes Place, The Colony, TX - May 2020 | 2990-000 | | $709.74 | $217,489.43 |
| 06/10/2020 | 3094 | Statebridge | 6012 Mayes Place, The Colony, TX - June 2020 | 2990-000 | | $709.74 | $216,779.69 |
| 06/10/2020 | 3095 | Statebridge | 1005 Shady Lane, Keller, TX;  May 2020 | 2990-000 | | $851.68 | $215,928.01 |
| 06/10/2020 | 3096 | Statebridge | 1005 Shady Lane, Keller, TX;  June 2020 | 2990-000 | | $851.68 | $215,076.33 |
| 06/10/2020 | 3097 | CHRIS MOSER | Plan Agent | 3991-000 | | $4,000.00 | $211,076.33 |
| 06/15/2020 | 3098 | Ecovolt | 6012 Mayes; 6012 Mayes;  Stop Payment on Stale Dated Check per Kaz's email 9.29.2020 | 2990-003 | | $1,000.00 | $210,076.33 |
| 06/15/2020 | 3099 | Julio Lopez | 7629 Lakeview | 3991-000 | | $2,500.00 | $207,576.33 |
| 06/15/2020 | 3100 | Julio Lopez | 6012  Mayes | 3991-000 | | $2,500.00 | $205,076.33 |
| 06/15/2020 | 3101 | Kazem Daneshmandi | 2029  Chatsworth | 3991-000 | | $7,500.00 | $197,576.33 |
| 06/15/2020 | 3102 | Kazem Daneshmandi | 2029  Chatsworth | 3991-000 | | $9,000.00 | $188,576.33 |
| 06/15/2020 | 3103 | Ecovolt | 4369 Sunset Circle | 2990-000 | | $1,000.00 | $187,576.33 |
| 06/16/2020 | | Denton County Tax Assessor/Collector | 2046 Greenstone - Overpymt due to 3rd party paid taxes. | 1121-000 | $5,238.86 | | $192,815.19 |
| 06/16/2020 | | Denton County Tax Assessor/Collector | 2046 Greenstone Trl - Overpymt due to 3rd party paid taxes. | 1121-000 | $551.93 | | $193,367.12 |
| 06/16/2020 | | Denton County Tax Assessor/Collector | 6900 Elliot Ct -  Overpymt due to 3rd party paid taxes. | 1121-000 | $2,020.22 | | $195,387.34 |
| 06/16/2020 | | Denton County | 13220 Beach Club - Overpymt due to 3rd party paid taxes. | 1121-000 | $1,126.39 | | $196,513.73 |
| | | | | SUBTOTALS | $8,937.40 | $57,822.84 | |

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/22/2020 | 3104 | Joyce W. Lindauer | Attorney's Fees - Invoice 31990 | 3701-000 | | $5,000.00 | $191,513.73 |
| 06/22/2020 | 3105 | Kazem Daneshmandi | Monthly Upkeep on Properties for July | 3991-000 | | $1,000.00 | $190,513.73 |
| 06/22/2020 | 3106 | Kazem Daneshmandi | July 2020 | 3991-000 | | $7,500.00 | $183,013.73 |
| 06/22/2020 | 3107 | Construction Consultants | 6012 Mayes St., The Colony, TX - STOP PAYMENT | 3991-003 | | $25,000.00 | $158,013.73 |
| 06/22/2020 | 3108 | Construction Consultants | 6012 Mayes St., The Colony, TX - STOP PAYMENT | 3991-003 | | $25,000.00 | $133,013.73 |
| 06/22/2020 | 3109 | Construction Consultants | 203 Oak St., Highland Village, TX | 3991-000 | | $25,000.00 | $108,013.73 |
| 06/22/2020 | 3110 | Construction Consultants | 203 Oak St., Highland Village, TX - STOP PAYMENT | 3991-003 | | $25,000.00 | $83,013.73 |
| 06/22/2020 | 3111 | Construction Consultants | 1005 N. Shady LN, Keller, TX | 3991-000 | | $25,000.00 | $58,013.73 |
| 06/22/2020 | 3112 | Construction Consultants | 7629 Lakeview St., The Colony, TX - STOP PAYMENT | 3991-003 | | $25,000.00 | $33,013.73 |
| 06/22/2020 | 3113 | Statebridge | 6012 Mayes Place, The Colony, TX - July 2020 | 2990-000 | | $709.74 | $32,303.99 |
| 06/22/2020 | 3114 | Statebridge | 1005 Shady Lane, Keller, TX; July 2020 | 2990-000 | | $851.68 | $31,452.31 |
| 06/23/2020 | 3036 | STOP PAYMENT: Department of Treasury - Internal Revenue Service | EIN 46-5738815; Check held for the filing of tax returns; STALE DATED CHECK - STOP PAYMENT | 5800-004 | | ($1,070.00) | $32,522.31 |
| 06/23/2020 | 3115 | Jeff Wright Consulting Services | Qtrly Operating Rpt - 3.31.20 | 3410-000 | | $300.00 | $32,222.31 |
| 06/24/2020 | 3116 | Ben Palatiere | Attny re: GRC vs Tim Autry | 3210-000 | | $500.00 | $31,722.31 |
| 06/24/2020 | 3117 | Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYMENT per Kaz D. on 8/11/2020 | 3210-003 | | $500.00 | $31,222.31 |
| 06/24/2020 | 3118 | Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYMENT per Kaz D. on 8/11/2020 | 3210-003 | | $500.00 | $30,722.31 |
| 07/09/2020 | | Wendy Burgess, Tax Assessor Collector | Refund of Tarrant County Taxes for 2408 Jewell Dr. | 1121-000 | $344.05 | | $31,066.36 |
| 07/16/2020 | 3119 | Jeff Wright Consulting Services | Qtrly Operating Rpt - 6.30.20 | 3410-000 | | $300.00 | $30,766.36 |
| 07/20/2020 | 3120 | Statebridge | 6012 Mayes Place, The Colony, TX - Correct Deficiency | 2990-000 | | $2,383.36 | $28,383.00 |
| 07/20/2020 | 3121 | Statebridge | 1005 Shady Lane, Keller, TX; - Correct Deficiency | 2990-000 | | $2,418.32 | $25,964.68 |
| 07/20/2020 | 3122 | Statebridge | VOID - Check Not Mailed | 2990-003 | | $709.74 | $25,254.94 |
| 07/20/2020 | 3122 | VOID: Statebridge | VOID - Check Not Mailed | 2990-003 | | ($709.74) | $25,964.68 |
| 07/20/2020 | 3123 | Statebridge | 6012 Mayes Place, The Colony, TX - Aug 2020 | 2990-000 | | $897.01 | $25,067.67 |
| 07/20/2020 | 3124 | Statebridge | 1005 Shady Lane, Keller, TX; August 2020 | 2990-000 | | $1,021.67 | $24,046.00 |
| | | | | SUBTOTALS | $344.05 | $172,811.78 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/28/2020 | | Stewart Title Co -Wire Deposit | Sale Proceeds - 2408 Jewell | 1110-000 | $197,072.26 | | $221,118.26 |
| 07/29/2020 | 3107 | STOP PAYMENT: Construction Consultants | 6012 Mayes St., The Colony, TX - STOP PAYMENT | 3991-004 | | ($25,000.00) | $246,118.26 |
| 07/29/2020 | 3108 | STOP PAYMENT: Construction Consultants | 6012 Mayes St., The Colony, TX - STOP PAYMENT | 3991-004 | | ($25,000.00) | $271,118.26 |
| 07/29/2020 | 3110 | STOP PAYMENT: Construction Consultants | 203 Oak St., Highland Village, TX - STOP PAYMENT | 3991-004 | | ($25,000.00) | $296,118.26 |
| 07/29/2020 | 3112 | STOP PAYMENT: Construction Consultants | 7629 Lakeview St., The Colony, TX - STOP PAYMENT | 3991-004 | | ($25,000.00) | $321,118.26 |
| 07/29/2020 | 3125 | U.S. Trustee | Acct 4041941186; Chap 11 - 2nd Qtr Fees | 2950-000 | | $5,527.71 | $315,590.55 |
| 08/03/2020 | 3074 | STOP PAYMENT: Jose Armando Varges | 7629 Lakeview | 2990-004 | | ($1,000.00) | $316,590.55 |
| 08/03/2020 | 3126 | Kazem Daneshmandi | August 2020 | 3991-000 | | $7,500.00 | $309,090.55 |
| 08/03/2020 | 3127 | Kazem Daneshmandi | Monthly Upkeep on Properties for August | 3991-000 | | $1,000.00 | $308,090.55 |
| 08/03/2020 | 3128 | Academy Garage Doors | Door at: 6012 Mayes Place | 2990-000 | | $2,000.00 | $306,090.55 |
| 08/04/2020 | 3129 | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oak, Shady, Mayes and Sunset; 1 of 3 paymts | 3991-000 | | $8,000.00 | $298,090.55 |
| 08/04/2020 | 3130 | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oak, Shady, Mayes and Sunset; 2 of 3 paymts | 3991-000 | | $8,000.00 | $290,090.55 |
| 08/04/2020 | 3131 | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oak, Shady, Mayes and Sunset; 3 of 3 paymts | 3991-000 | | $8,000.00 | $282,090.55 |
| 08/04/2020 | 3132 | CHRIS MOSER | Plan Agent | 3991-000 | | $2,000.00 | $280,090.55 |
| 08/11/2020 | 3117 | STOP PAYMENT: Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYMENT per Kaz D. on 8/11/2020 | 3210-004 | | ($500.00) | $280,590.55 |
| 08/11/2020 | 3118 | STOP PAYMENT: Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYMENT per Kaz D. on 8/11/2020 | 3210-004 | | ($500.00) | $281,090.55 |
| 08/11/2020 | 3133 | Khavari & Moghadassi, Attorneys at Law, P.C. | Invoice # 15379 | 3991-000 | | $15,000.00 | $266,090.55 |
| 08/11/2020 | 3134 | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | 3991-000 | | $8,333.33 | $257,757.22 |
| 08/11/2020 | 3135 | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | 3991-000 | | $8,333.33 | $249,423.89 |

SUBTOTALS  $197,072.26  ($28,305.63)

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/11/2020 | 3136 | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | 3991-000 | | $8,333.34 | $241,090.55 |
| 08/11/2020 | 3137 | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | 2990-000 | | $7,000.00 | $234,090.55 |
| 08/11/2020 | 3138 | Granite Works | Highland Village | 2990-000 | | $2,000.00 | $232,090.55 |
| 08/11/2020 | 3139 | Kazem Daneshmandi | Work Done at 6012 Mayes Place | 3991-000 | | $8,333.33 | $223,757.22 |
| 08/12/2020 | 3140 | Kristina Akerman | Assistant - Aug. 2020 | 3991-000 | | $2,500.00 | $221,257.22 |
| 08/19/2020 | 3141 | The Mitchell Law Firm, L.P. | Stmt #200854501 GRC | 3991-000 | | $2,000.00 | $219,257.22 |
| 08/19/2020 | 3142 | Statebridge | 6012 Mayes Place, The Colony, TX - Sept 2020 | 2990-000 | | $897.01 | $218,360.21 |
| 08/19/2020 | 3143 | Statebridge | 1005 Shady Lane, Keller, TX; Sept 2020 | 2990-000 | | $1,021.67 | $217,338.54 |
| 08/19/2020 | 3144 | Statebridge | 6012 Mayes Place, The Colony, TX - Aug 2020 INSURANCE | 2990-000 | | $142.28 | $217,196.26 |
| 08/19/2020 | 3145 | Statebridge | 1005 Shady Lane, Keller, TX; August 2020 INSURANCE | 2990-000 | | $162.11 | $217,034.15 |
| 08/25/2020 | 3146 | Kazem Daneshmandi | Sept 2020 | 3991-000 | | $7,500.00 | $209,534.15 |
| 08/25/2020 | 3147 | Kazem Daneshmandi | Monthly Upkeep on Properties for Sept | 3991-000 | | $1,000.00 | $208,534.15 |
| 08/26/2020 | 3099 | STOP PAYMENT: Julio Lopez | 7629 Lakeview | 3991-004 | | ($2,500.00) | $211,034.15 |
| 08/26/2020 | 3100 | STOP PAYMENT: Julio Lopez | 6012 Mayes | 3991-004 | | ($2,500.00) | $213,534.15 |
| 08/26/2020 | 3148 | Kristina Akerman | Assistant - Sept 2020 | 3991-000 | | $2,500.00 | $211,034.15 |
| 08/26/2020 | 3149 | Kazem Daneshmandi | 7629 Lakeview and 6012 Mayes | 3991-000 | | $5,000.00 | $206,034.15 |
| 08/26/2020 | 3150 | Kazem Daneshmandi | 6012 Mayes Place - concrete | 3991-000 | | $8,333.33 | $197,700.82 |
| 08/26/2020 | 3151 | Kazem Daneshmandi | 6012 Mayes Place - paint | 3991-000 | | $8,333.33 | $189,367.49 |
| 08/26/2020 | 3152 | Kazem Daneshmandi | 6012 Mayes Place - cabinets | 3991-000 | | $8,333.33 | $181,034.16 |
| 08/26/2020 | 3153 | Kazem Daneshmandi | 6012 Mayes Place - bathroom remodel | 3991-000 | | $8,333.33 | $172,700.83 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $438.40 | $172,262.43 |
| 09/14/2020 | 3154 | Statebridge | 6012 Mayes Place, The Colony, TX - Sept 2020 INSURANCE | 2990-000 | | $142.28 | $172,120.15 |
| 09/14/2020 | 3155 | Statebridge | 1005 Shady Lane, Keller, TX; Sept 2020 INSURANCE | 2990-000 | | $162.11 | $171,958.04 |
| 09/18/2020 | 3156 | CHRIS MOSER | Plan Agent | 3991-000 | | $2,000.00 | $169,958.04 |
| | | | | SUBTOTALS | $0.00 | $79,465.85 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/21/2020 | 3157 | Statebridge | 6012 Mayes Place, The Colony, TX - Oct 2020 INSURANCE | 2990-000 | | $142.28 | $169,815.76 |
| 09/21/2020 | 3158 | Statebridge | 1005 Shady Lane, Keller, TX; Oct 2020 INSURANCE | 2990-000 | | $162.11 | $169,653.65 |
| 09/21/2020 | 3159 | Statebridge | 6012 Mayes Place, The Colony, TX - Oct 2020 | 2990-000 | | $897.01 | $168,756.64 |
| 09/21/2020 | 3160 | Statebridge | 1005 Shady Lane, Keller, TX; Oct 2020 | 2990-000 | | $1,021.67 | $167,734.97 |
| 09/21/2020 | 3161 | Kazem Daneshmandi | Oct 2020 | 3991-000 | | $7,500.00 | $160,234.97 |
| 09/29/2020 | 3098 | STOP PAYMENT: Ecovolt | 6012 Mayes; Stop Payment on Stale Dated Check per Kaz's email 9.29.2020 | 2990-004 | | ($1,000.00) | $161,234.97 |
| 09/29/2020 | 3162 | Kazem Daneshmandi | Nov 2020 | 3991-000 | | $7,500.00 | $153,734.97 |
| 09/29/2020 | 3163 | Kazem Daneshmandi | Monthly Upkeep on Properties for Oct 2020 | 3991-000 | | $1,000.00 | $152,734.97 |
| 09/29/2020 | 3164 | Kazem Daneshmandi | Monthly Upkeep on Properties for Nov 2020 | 3991-000 | | $1,000.00 | $151,734.97 |
| 09/29/2020 | 3165 | Kazem Daneshmandi | 6012 Mayes Place - Final draft for trim, touchups, finish outs, appliances, etc | 3991-000 | | $8,333.00 | $143,401.97 |
| 09/29/2020 | 3166 | Kazem Daneshmandi | 7629 Lakeview: Siding, decking, extra framing, demo, trash, moving of walls, cornice, facia, fence, erosion and pest control | 3991-000 | | $25,000.00 | $118,401.97 |
| 09/29/2020 | 3167 | Kazem Daneshmandi | 1005 N. Shady Ln: compacting dirt, framing, install of beams, sliders, removal of windows, install of bricks, gas line repair, clean up, trees, trash, remortar, concrete hole repair. | 3991-000 | | $25,000.00 | $93,401.97 |
| 09/29/2020 | 3168 | Clarks Contacts LLC | 7629 Lakeview - rough in | 3991-000 | | $2,000.00 | $91,401.97 |
| 09/29/2020 | 3169 | Clarks Contacts LLC | 7629 Lakeview - final | 3991-000 | | $4,700.00 | $86,701.97 |
| 09/29/2020 | 3170 | Clarks Contacts LLC | 1005 Shady Ln- rough in; STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-000 | | $6,000.00 | $80,701.97 |
| 09/29/2020 | 3171 | Handyman Services | 7629 Lakeview - exterior paint | 3991-000 | | $3,400.00 | $77,301.97 |
| 09/29/2020 | 3172 | Vtd Foundation Dallas | 1005 Shady Lane STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 2990-000 | | $4,000.00 | $73,301.97 |
| 09/29/2020 | 3173 | Kristina Akerman | Assistant - Oct. 2020 | 3991-000 | | $2,500.00 | $70,801.97 |
| 09/29/2020 | 3174 | Kristina Akerman | Assistant - Nov. 2020 | 3991-000 | | $2,500.00 | $68,301.97 |
| | | | | SUBTOTALS | $0.00 | $101,656.07 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2020 | 3175 | Kazem Daneshmandi | 6012 Mayes Place | 3991-000 | | $1,000.00 | $67,301.97 |
| 09/29/2020 | 3176 | Destines Remodeling | 1005 Shady Ln - material roof  STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-000 | | $3,655.00 | $63,646.97 |
| 09/29/2020 | 3177 | Destines Remodeling | 1005 Shady Ln - labor roof | 3991-000 | | $5,130.00 | $58,516.97 |
| 09/29/2020 | 3178 | Destines Remodeling | 7629 Lakeview- material roof;  STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-000 | | $2,565.00 | $55,951.97 |
| 09/29/2020 | 3179 | Destines Remodeling | 7629 Lakeview- labor roof | 3991-000 | | $4,050.00 | $51,901.97 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $316.40 | $51,585.57 |
| 10/12/2020 | 3180 | Rock Solid HVAC | | 2990-000 | | $6,000.00 | $45,585.57 |
| 10/12/2020 | 3181 | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for all jobs | 2990-000 | | $5,000.00 | $40,585.57 |
| 10/18/2020 | 3182 | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - Nov 2020 INSURANCE | 2990-000 | | $142.28 | $40,443.29 |
| 10/18/2020 | 3183 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  Nov 2020 INSURANCE | 2990-000 | | $162.11 | $40,281.18 |
| 10/18/2020 | 3184 | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - Nov 2020 | 2990-000 | | $897.01 | $39,384.17 |
| 10/18/2020 | 3185 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX;  Nov 2020 | 2990-000 | | $1,021.67 | $38,362.50 |
| 10/19/2020 | 3186 | CHRIS MOSER | Plan Agent | 3991-000 | | $3,500.00 | $34,862.50 |
| 10/21/2020 | 3187 | Jeff Wright Consulting Services | Qtrly Operating Rpt - 9.30.2020 | 3410-000 | | $300.00 | $34,562.50 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $148.84 | $34,413.66 |
| 11/02/2020 | 3188 | U.S. Trustee | Acct 4041941186; Chap 11 - 3rd Qtr Fees | 2950-000 | | $1,625.00 | $32,788.66 |
| 11/10/2020 | 3189 | Kazem Daneshmandi | Dec 2020 | 3991-000 | | $7,500.00 | $25,288.66 |
| 11/16/2020 | 3190 | Rouz & Associates, PLLC | | 3210-000 | | $5,000.00 | $20,288.66 |
| 11/17/2020 | 3191 | Kristina Akerman | Assistant - Dec. 2020 | 3991-000 | | $2,500.00 | $17,788.66 |
| 11/20/2020 | 3170 | STOP PAYMENT: Clarks Contacts LLC | 1005 Shady Ln- rough in;  STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-004 | | ($6,000.00) | $23,788.66 |
| 11/20/2020 | 3172 | STOP PAYMENT: Vtd Foundation Dallas | 1005 Shady Lane STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 2990-004 | | ($4,000.00) | $27,788.66 |
| 11/20/2020 | 3176 | STOP PAYMENT: Destines Remodeling | 1005 Shady Ln - material roof  STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-004 | | ($3,655.00) | $31,443.66 |
| | | | | SUBTOTALS | $0.00 | $36,858.31 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 12

| Case No. | 19-41186-BTR | Trustee Name: | Christopher J. Moser |
|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/3/2019 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2020 | 3178 | STOP PAYMENT: Destines Remodeling | 7629 Lakeview- material roof; STOP PAYMENT - Kaz D. completed the work so reissue to Kaz D. | 3991-004 | | ($2,565.00) | $34,008.66 |
| 11/23/2020 | 3192 | Kazem Daneshmandi | Ford -Work Truck | 3991-000 | | $6,000.00 | $28,008.66 |
| 11/23/2020 | 3193 | Kazem Daneshmandi | Ford -Work Truck | 3991-000 | | $6,000.00 | $22,008.66 |
| 11/23/2020 | 3194 | Kazem Daneshmandi | 1005 Shady Ln. | 3991-000 | | $6,000.00 | $16,008.66 |
| 11/23/2020 | 3195 | Kazem Daneshmandi | 1005 Shady Ln. | 3991-000 | | $4,000.00 | $12,008.66 |
| 11/23/2020 | 3196 | Kazem Daneshmandi | 1005 Shady Ln. | 3991-000 | | $3,655.00 | $8,353.66 |
| 11/23/2020 | 3197 | Kazem Daneshmandi | 7629 Lakeview | 3991-000 | | $2,565.00 | $5,788.66 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $60.03 | $5,728.63 |
| 12/01/2020 | | Title Company - Sale Proceeds | Sale Proceeds from 203 Oak St., Highland Village | 1110-000 | $313,177.98 | | $318,906.61 |
| 12/03/2020 | 3198 | Handyman Services | 7629 Lakeview | 3991-000 | | $4,000.00 | $314,906.61 |
| 12/03/2020 | 3199 | Handyman Services | | 3991-000 | | $4,000.00 | $310,906.61 |
| 12/03/2020 | 3200 | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for all jobs | 2990-000 | | $5,000.00 | $305,906.61 |
| 12/03/2020 | 3201 | Academy Garage Doors | Highland Village/Lakeview | 2990-000 | | $2,000.00 | $303,906.61 |
| 12/03/2020 | 3202 | Vtd Foundation Dallas | 2505 Oak Grove Parkway | 2990-000 | | $2,800.00 | $301,106.61 |
| 12/03/2020 | 3203 | Vtd Foundation Dallas | 2505 Oak Grove Parkway | 2990-000 | | $5,250.00 | $295,856.61 |
| 12/03/2020 | 3204 | Vtd Foundation Dallas | 2505 Oak Grove Parkway | 2990-000 | | $1,800.00 | $294,056.61 |
| 12/03/2020 | 3205 | The Mitchell Law Firm, L.P. | GRCDallas Homes LLC | 3991-000 | | $2,822.00 | $291,234.61 |
| 12/03/2020 | 3205 | VOID: The Mitchell Law Firm, L.P. | | 3991-003 | | ($2,822.00) | $294,056.61 |
| 12/03/2020 | 3206 | Chad Ruback | GRC Dallas Homes LLC | 3110-000 | | $4,410.00 | $289,646.61 |
| 12/03/2020 | 3206 | VOID: Chad Ruback | | 3110-003 | | ($4,410.00) | $294,056.61 |
| 12/03/2020 | 3207 | The Mitchell Law Firm, L.P. | GRCDallas Homes LLC | 3991-000 | | $2,862.00 | $291,194.61 |
| 12/03/2020 | 3208 | Chad Ruback | GRC Dallas Homes LLC | 3110-000 | | $19,953.71 | $271,240.90 |
| 12/03/2020 | 3209 | Khavari & Moghadassi, Attorneys at Law, P.C. | Invoice 15379 | 3991-000 | | $5,897.41 | $265,343.49 |
| 12/07/2020 | 3210 | The Mitchell Law Firm, L.P. | Adversary Against Caldwell- Flat Fee + Filing Fee | 3991-000 | | $2,350.00 | $262,993.49 |
| 12/14/2020 | 3211 | CHRIS MOSER | Plan Agent | 3991-000 | | $2,500.00 | $260,493.49 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $434.45 | $260,059.04 |
| | | | | SUBTOTALS | $313,177.98 | $84,562.60 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 19-41186-BTR |
| **Case Name:** | GRCDALLASHOMES LLC |
| **Primary Taxpayer ID #:** | **-***8815 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 5/3/2019 |
| **For Period Ending:** | 5/5/2021 |

| | |
|---|---|
| **Trustee Name:** | Christopher J. Moser |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******1186 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/18/2021 | 3212 | Chad Ruback | GRC Dallas Homes LLC | 3110-000 | | $10,000.00 | $250,059.04 |
| 01/18/2021 | 3213 | Rouz & Associates, PLLC | | 3210-000 | | $11,557.00 | $238,502.04 |
| 01/18/2021 | 3214 | Khavari & Moghadassi, Attorneys at Law, P.C. | Invoice 15760 - partial pymt | 3991-000 | | $10,000.00 | $228,502.04 |
| 01/18/2021 | 3215 | Khavari & Moghadassi, Attorneys at Law, P.C. | Invoice 15760 | 3991-000 | | $7,164.45 | $221,337.59 |
| 01/18/2021 | 3216 | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for all jobs | 2990-000 | | $10,000.00 | $211,337.59 |
| 01/18/2021 | 3217 | Michelle French, Tax A/C | 15521DEN - 6021 Mayes Dr.; 2020 Tax | 2820-000 | | $5,145.32 | $206,192.27 |
| 01/18/2021 | 3218 | Michelle French, Tax A/C | 8961DEN - 7629 Lakeview Dr; 2020 Tax | 2820-000 | | $2,739.56 | $203,452.71 |
| 01/18/2021 | 3219 | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - Dec 2020 | 2990-000 | | $897.01 | $202,555.70 |
| 01/18/2021 | 3220 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Dec 2020 | 2990-000 | | $1,021.67 | $201,534.03 |
| 01/18/2021 | 3221 | Michelle French, Tax A/C | 90789DEN,4369 Sunset Cir; 2020 Tax | 2820-000 | | $601.74 | $200,932.29 |
| 01/18/2021 | 3222 | CHRIS MOSER | Plan Agent | 3991-000 | | $2,500.00 | $198,432.29 |
| 01/18/2021 | 3223 | Clarks Contacts LLC | Reverse Check - in Error | 3991-000 | | $9,500.00 | $188,932.29 |
| 01/18/2021 | 3223 | VOID: Clarks Contacts LLC | | 3991-003 | | ($9,500.00) | $198,432.29 |
| 01/18/2021 | 3224 | Michelle French, Tax A/C | 686DEN,4430 Chapman St; 2020 Tax | 2820-000 | | $3,222.56 | $195,209.73 |
| 01/18/2021 | 3225 | Michelle French, Tax A/C | 47228DEN, 2505 Post Oak Ln; 2020 Tax | 2820-000 | | $573.50 | $194,636.23 |
| 01/18/2021 | 3226 | Richard Clark | 4369 Sunset - Clean up, trash removal, dig up clean outs, plumbing issues, cover septic, empty storage, tree trimming, add storage door, electrical trouble shooting | 7100-000 | | $9,500.00 | $185,136.23 |
| 01/19/2021 | 3227 | Jeff Wright Consulting Services | Qtrly Operating Rpt - 12.31.2020 | 3410-000 | | $300.00 | $184,836.23 |
| 01/27/2021 | 3228 | U.S. Trustee | Acct 4041941186; Chap 11 - 4th Qtr Fees | 2950-000 | | $975.00 | $183,861.23 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $399.47 | $183,461.76 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $343.50 | $183,118.26 |
| 03/08/2021 | | Wire Deposit | Sale Proceeds from Mayes Place | 1121-000 | $167,021.23 | | $350,139.49 |
| 03/08/2021 | | Wire Deposit | ERROR -REVERSE DEPOSIT -double posting | 1121-000 | $167,021.23 | | $517,160.72 |
| 03/08/2021 | | DEP REVERSE: Wire Deposit | | 1121-000 | ($167,021.23) | | $350,139.49 |
| 03/23/2021 | 3191 | STOP PAYMENT: Kristina Akerman | Assistant - Dec. 2020; STOP PYMT - STALE DATED | 3991-004 | | ($2,500.00) | $352,639.49 |
| | | | | **SUBTOTALS** | $167,021.23 | $74,440.78 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-41186-BTR | | Trustee Name: | Christopher J. Moser |
|---|---|---|---|---|
| Case Name: | GRCDALLASHOMES LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8815 | | Checking Acct #: | ******1186 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/3/2019 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 5/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2021 | 3202 | STOP PAYMENT: Vtd Foundation Dallas | 2505 Oak Grove Parkway; STOP PYMT - STALE DATED | 2990-004 | | ($2,800.00) | $355,439.49 |
| 03/23/2021 | 3203 | STOP PAYMENT: Vtd Foundation Dallas | 2505 Oak Grove Parkway; STOP PYMT - STALE DATED | 2990-004 | | ($5,250.00) | $360,689.49 |
| 03/23/2021 | 3204 | STOP PAYMENT: Vtd Foundation Dallas | 2505 Oak Grove Parkway; STOP PYMT - STALE DATED | 2990-004 | | ($1,800.00) | $362,489.49 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $513.61 | $361,975.88 |
| 04/19/2021 | 3229 | Jeff Wright Consulting Services | Qtrly Operating Rpt - March 31,2021 | 3410-000 | | $300.00 | $361,675.88 |
| 04/19/2021 | 3230 | U.S. Trustee | Acct 4041941186; Chap 11 - 1st Qtr 2021 Fees | 2950-000 | | $650.00 | $361,025.88 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $532.14 | $360,493.74 |
| 05/04/2021 | 3231 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Jan 2021 | 2990-000 | | $1,021.67 | $359,472.07 |
| 05/04/2021 | 3232 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Feb 2021 | 2990-000 | | $1,021.67 | $358,450.40 |
| 05/04/2021 | 3233 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; March 2021 | 2990-000 | | $1,021.67 | $357,428.73 |
| 05/04/2021 | 3234 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; April 2021 | 2990-000 | | $1,021.67 | $356,407.06 |
| 05/04/2021 | 3235 | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; May 2021 | 2990-000 | | $1,021.67 | $355,385.39 |
| 05/04/2021 | 3236 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; Dec 2020 Insurance | 2990-000 | | $162.11 | $355,223.28 |
| 05/04/2021 | 3237 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; Jan 2021 Insurance | 2990-000 | | $162.11 | $355,061.17 |
| 05/04/2021 | 3238 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; Feb 2021 Insurance | 2990-000 | | $162.11 | $354,899.06 |
| 05/04/2021 | 3239 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; March 2021 Insurance | 2990-000 | | $162.11 | $354,736.95 |
| 05/04/2021 | 3240 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; April 2021 Insurance | 2990-000 | | $162.11 | $354,574.84 |
| 05/04/2021 | 3241 | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; May 2021 Insurance | 2990-000 | | $162.11 | $354,412.73 |

SUBTOTALS $0.00 ($1,773.24)

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 19-41186-BTR | | **Trustee Name:** | Christopher J. Moser |
| **Case Name:** | GRCDALLASHOMES LLC | | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***8815 | | **Checking Acct #:** | ******1186 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 5/3/2019 | | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 5/5/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,155,654.07 | $801,241.34 | $354,412.73 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,155,654.07 | $801,241.34 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,155,654.07 | $801,241.34 | |

**For the period of 5/3/2019 to 5/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,155,654.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,155,654.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $801,241.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $801,241.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/06/2020 to 5/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $1,155,654.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,155,654.07 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $801,241.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $801,241.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 19-41186-BTR | **Trustee Name:** | Christopher J. Moser |
| **Case Name:** | GRCDALLASHOMES LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***8815 | **Checking Acct #:** | ******1186 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 5/3/2019 | **Blanket bond (per case limit):** | $300,000.00 |
| **For Period Ending:** | 5/5/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,155,654.07 | $801,241.34 | $354,412.73 |

| **For the period of 5/3/2019 to 5/5/2021** | | **For the entire history of the case between 05/03/2019 to 5/5/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,155,654.07 | Total Compensable Receipts: | $1,155,654.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,155,654.07 | Total Comp/Non Comp Receipts: | $1,155,654.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $801,241.34 | Total Compensable Disbursements: | $801,241.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $801,241.34 | Total Comp/Non Comp Disbursements: | $801,241.34 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHRISTOPHER J. MOSER

CHRISTOPHER J. MOSER