**19-41186 GRCDallasHomes LLC - Disbursements**

| Date | check # | Type | C/P | Paid To/From | Description | Disbursement |
|---|---|---|---|---|---|---|
| **PROFESSIONALS** | | | | | | |
| 3/9/2020 | 3033 | Check | Y/Y | CHRIS MOSER | Plan Agent | $2,500.00 |
| 4/15/2020 | 3071 | Check | Y/Y | CHRIS MOSER | Plan Agent | $1,500.00 |
| 6/10/2020 | 3097 | Check | Y/Y | CHRIS MOSER | Plan Agent | $4,000.00 |
| 8/4/2020 | 3132 | Check | Y/Y | CHRIS MOSER | Plan Agent | $2,000.00 |
| 9/18/2020 | 3156 | Check | Y/Y | CHRIS MOSER | Plan Agent | $2,000.00 |
| 10/19/2020 | 3186 | Check | Y/Y | CHRIS MOSER | Plan Agent | $3,500.00 |
| 12/14/2020 | 3211 | Check | Y/Y | CHRIS MOSER | Plan Agent | $2,500.00 |
| 1/18/2021 | 3222 | Check | Y/Y | CHRIS MOSER | Plan Agent | $2,500.00 |
| 6/7/2021 | 3247 | Check | Y/Y | CHRIS MOSER | 6/7/21 Order - Plan Agent | $7,500.00 |
| 2/11/2020 | 3001 | Check | Y/Y | Joyce W. Lindauer | Attorney's Fees | $10,000.00 |
| 3/18/2020 | 3045 | Check | Y/Y | Joyce W. Lindauer | Attorney's Fees - Final Payment | $12,525.67 |
| 6/22/2020 | 3104 | Check | Y/Y | Joyce W. Lindauer | Attorney's Fees - Invoice 31990 | $5,000.00 |
| 8/19/2020 | 3141 | Check | Y/Y | The Mitchell Law Firm, L.P. | Stmt #200854501 GRC | $2,000.00 |
| 12/3/2020 | 3207 | Check | Y/Y | The Mitchell Law Firm, L.P. | GRCDallas Homes LLC | $2,862.00 |
| 12/7/2020 | 3210 | Check | Y/Y | The Mitchell Law Firm, L.P. | Adversary Against Caldwell- Flat Fee + | $2,350.00 |
| 6/7/2021 | 3243 | Check | Y/Y | The Mitchell Law Firm, L.P. | 6 /07/21 Order - attorney's fees | $6,507.50 |
| 3/3/2020 | 3018 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 4th Qtr Fe | $975.00 |
| 4/30/2020 | 3076 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 1st Qtr Fe | $975.00 |
| 7/29/2020 | 3125 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 2nd Qtr Fe | $5,527.71 |
| 11/2/2020 | 3188 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 3rd Qtr Fe | $1,625.00 |
| 1/27/2021 | 3228 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 4th Qtr Fe | $975.00 |
| 4/19/2021 | 3230 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 1st Qtr 20 | $650.00 |
| 7/24/2021 | 3257 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 2nd Qtr 2( | $1,389.00 |
| 10/27/2021 | 3263 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 3rd Qtr 2( | $250.00 |
| 2/1/2022 | 3266 | Check | Y/Y | U.S. Trustee | Acct 4041941186; Chap 11 - 4th Qtr 2( | $250.00 |
| 12/3/2020 | 3208 | Check | Y/Y | Chad Ruback | GRC Dallas Homes LLC | $19,953.71 |
| 1/18/2021 | 3212 | Check | Y/Y | Chad Ruback | GRC Dallas Homes LLC | $10,000.00 |
| 6/7/2021 | 3244 | Check | Y/Y | Chad Ruback | 6/7/21 Order - attorney's fees | $8,000.00 |
| 6/23/2020 | 3115 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - 3.31.20 | $300.00 |

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 7/16/2020 | 3119 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - 6.30.20 | $300.00 |
| 10/21/2020 | 3187 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - 9.30.2020 | $300.00 |
| 1/19/2021 | 3227 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - 12.31.2020 | $300.00 |
| 4/19/2021 | 3229 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - March 31,2021 | $300.00 |
| 8/3/2021 | 3258 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - June 30,2021 | $550.00 |
| 10/26/2021 | 3262 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - Sept 30,2021 | $300.00 |
| 1/19/2022 | 3265 | Check | Y/Y | Jeff Wright Consulting Services | Qtrly Operating Rpt - Dec 31,2021 | $300.00 |
| 11/16/2020 | 3190 | Check | Y/Y | Rouz & Associates, PLLC | | $5,000.00 |
| 1/18/2021 | 3213 | Check | Y/Y | Rouz & Associates, PLLC | | $11,557.00 |
| 6/7/2021 | 3245 | Check | Y/Y | Rouz & Associates, PLLC | 6/7/21 Order- Attorney's Fees | $13,635.00 |
| 3/18/2020 | 3044 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | Invoice # 15097 | $10,000.00 |
| 8/11/2020 | 3133 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | Invoice # 15379 | $15,000.00 |
| 12/3/2020 | 3209 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | Invoice 15379 | $5,897.41 |
| 1/18/2021 | 3214 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | Invoice 15760 - partial pymt | $10,000.00 |
| 1/18/2021 | 3215 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | Invoice 15760 | $7,164.45 |
| 6/7/2021 | 3248 | Check | Y/Y | Khavari & Moghadassi, Attorneys a | 6/07/21 Order - Attorney's Fees | $4,210.59 |
| 8/31/2020 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $438.40 |
| 9/30/2020 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $316.40 |
| 10/30/2020 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $148.84 |
| 11/30/2020 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $60.03 |
| 12/31/2020 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $434.45 |
| 1/29/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $399.47 |
| 2/26/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $343.50 |
| 3/31/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $513.61 |
| 4/30/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $532.14 |
| 5/28/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $521.80 |
| 6/30/2021 | | Bank Debit | Y/N | Independent Bank | Account Analysis Charge | $314.23 |
| 6/7/2021 | 3246 | Check | Y/Y | U.S. Legal Support | 6/7/2021 Order | $5,550.05 |

**TOTAL PROFESSIONALS:** **$214,502.96**

**PAYMENTS TO KAZEM DANESHMANDI**

| Date | Check # | Type | Y/Y | Payee | Amount |
|---|---|---|---|---|---|
| 2/11/2020 | 3002 | Check | Y/Y | Kazem Daneshmandi | $7,500.00 |
| 3/9/2020 | 3032 | Check | Y/Y | Kazem Daneshmandi | $7,500.00 |
| 4/2/2020 | 3052 | Check | Y/Y | Kazem Daneshmandi | $7,500.00 |

| Date | Check # | Type | Y/Y | Payee | Memo | Amount |
|---|---|---|---|---|---|---|
| 4/23/2020 | 3075 | Check | Y/Y | Kazem Daneshmandi | May-20 | $7,500.00 |
| 5/20/2020 | 3082 | Check | Y/Y | Kazem Daneshmandi | Jun-20 | $7,500.00 |
| 6/15/2020 | 3101 | Check | Y/Y | Kazem Daneshmandi | 2029 Chatsworth | $7,500.00 |
| 6/15/2020 | 3102 | Check | Y/Y | Kazem Daneshmandi | 2029 Chatsworth | $9,000.00 |
| 6/22/2020 | 3105 | Check | Y/Y | Kazem Daneshmandi | Monthly Upkeep on Properties for July | $1,000.00 |
| 6/22/2020 | 3106 | Check | Y/Y | Kazem Daneshmandi | Jul-20 | $7,500.00 |
| 8/3/2020 | 3126 | Check | Y/Y | Kazem Daneshmandi | Aug-20 | $7,500.00 |
| 8/3/2020 | 3127 | Check | Y/Y | Kazem Daneshmandi | Monthly Upkeep on Properties for Aug | $1,000.00 |
| 8/4/2020 | 3129 | Check | Y/Y | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oa | $8,000.00 |
| 8/4/2020 | 3130 | Check | Y/Y | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oa | $8,000.00 |
| 8/4/2020 | 3131 | Check | Y/Y | Kazem Daneshmandi | Invoice #3216: work done at Jewell, Oa | $8,000.00 |
| 8/11/2020 | 3134 | Check | Y/Y | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | $8,333.33 |
| 8/11/2020 | 3135 | Check | Y/Y | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | $8,333.33 |
| 8/11/2020 | 3136 | Check | Y/Y | Kazem Daneshmandi | Work Done at 1005 N. Shady Ln. | $8,333.34 |
| 8/11/2020 | 3139 | Check | Y/Y | Kazem Daneshmandi | Work Done at 6012 Mayes Place | $8,333.33 |
| 8/25/2020 | 3146 | Check | Y/Y | Kazem Daneshmandi | Sep-20 | $7,500.00 |
| 8/25/2020 | 3147 | Check | Y/Y | Kazem Daneshmandi | Monthly Upkeep on Properties for Sep | $1,000.00 |
| 8/26/2020 | 3149 | Check | Y/Y | Kazem Daneshmandi | 7629 Lakeview and 6012 Mayes | $5,000.00 |
| 8/26/2020 | 3150 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place - concrete | $8,333.33 |
| 8/26/2020 | 3151 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place - paint | $8,333.33 |
| 8/26/2020 | 3152 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place - cabinets | $8,333.33 |
| 8/26/2020 | 3153 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place - bathroom remode | $8,333.33 |
| 9/21/2020 | 3161 | Check | Y/Y | Kazem Daneshmandi | Oct-20 | $7,500.00 |
| 9/29/2020 | 3162 | Check | Y/Y | Kazem Daneshmandi | Nov-20 | $7,500.00 |
| 9/29/2020 | 3163 | Check | Y/Y | Kazem Daneshmandi | Monthly Upkeep on Properties for Oct | $1,000.00 |
| 9/29/2020 | 3164 | Check | Y/Y | Kazem Daneshmandi | Monthly Upkeep on Properties for Nov | $1,000.00 |
| 9/29/2020 | 3165 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place - Final draft for trim | $8,333.00 |
| 9/29/2020 | 3166 | Check | Y/Y | Kazem Daneshmandi | 7629 Lakeview: Siding, decking, extra | $25,000.00 |
| 9/29/2020 | 3167 | Check | Y/Y | Kazem Daneshmandi | 1005 N. Shady Ln: compacting dirt, fra | $25,000.00 |
| 9/29/2020 | 3175 | Check | Y/Y | Kazem Daneshmandi | 6012 Mayes Place | $1,000.00 |
| 11/10/2020 | 3189 | Check | Y/Y | Kazem Daneshmandi | Dec-20 | $7,500.00 |
| 11/23/2020 | 3192 | Check | Y/Y | Kazem Daneshmandi | Ford -Work Truck | $6,000.00 |
| 11/23/2020 | 3193 | Check | Y/Y | Kazem Daneshmandi | Ford -Work Truck | $6,000.00 |
| 11/23/2020 | 3194 | Check | Y/Y | Kazem Daneshmandi | 1005 Shady Ln. | $6,000.00 |

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 11/23/2020 | 3195 | Check | Y/Y | Kazem Daneshmandi | 1005 Shady Ln. | $4,000.00 |
| 11/23/2020 | 3196 | Check | Y/Y | Kazem Daneshmandi | 1005 Shady Ln. | $3,655.00 |
| 11/23/2020 | 3197 | Check | Y/Y | Kazem Daneshmandi | 7629 Lakeview | $2,565.00 |
| 6/7/2021 | 3242 | Check | Y/Y | Kazem Daneshmandi | 6/7/21 Order - Jan, Feb March 2021 | $22,500.00 |
| 11/29/2021 | 3264 | Check | Y/Y | Kazem Daneshmandi | Utilities | $1,222.65 |
| | | | | | **TOTAL KAZ DANESHMANDI** | **$310,942.30** |

**VENDORS:**

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 4/15/2020 | 3073 | Check | Y/Y | Academy Garage Doors | Door at: 7629 Lakeview, The Colony | $1,600.00 |
| 8/3/2020 | 3128 | Check | Y/Y | Academy Garage Doors | Door at: 6012 Mayes Place | $2,000.00 |
| 12/3/2020 | 3201 | Check | Y/Y | Academy Garage Doors | Highland Village/Lakeview | $2,000.00 |
| 2/11/2020 | 3017 | Check | Y/Y | Vtd Foundation Dallas | 2029 Chatsworth, Carrollton | $3,800.00 |
| 6/24/2020 | 3116 | Check | Y/Y | Ben Palatiere | Attny re: GRC vs Tim Autry | $500.00 |
| 4/7/2020 | 3057 | Check | Y/Y | Buzz Kill Exterminators | 4430 Chapman, The Colony | $600.00 |
| 9/29/2020 | 3168 | Check | Y/Y | Clarks Contacts LLC | 7629 Lakeview - rough in | $2,000.00 |
| 9/29/2020 | 3169 | Check | Y/Y | Clarks Contacts LLC | 7629 Lakeview - final | $4,700.00 |
| 6/22/2020 | 3109 | Check | Y/Y | Construction Consultants | 203 Oak St., Highland Village, TX | $25,000.00 |
| 6/22/2020 | 3111 | Check | Y/Y | Construction Consultants | 1005 N. Shady LN, Keller, TX | $25,000.00 |
| 9/29/2020 | 3177 | Check | Y/Y | Destines Remodeling | 1005 Shady Ln - labor roof | $5,130.00 |
| 9/29/2020 | 3179 | Check | Y/Y | Destines Remodeling | 7629 Lakeview- labor roof | $4,050.00 |
| 4/7/2020 | 3059 | Check | Y/Y | Ecovolt | 7629 Lakeview, The Colony | $800.00 |
| 5/9/2020 | 3080 | Check | Y/Y | Ecovolt | 2029 Chatsworth | $1,000.00 |
| 6/15/2020 | 3103 | Check | Y/Y | Ecovolt | 4369 Sunset Circle | $1,000.00 |
| 3/9/2020 | 3028 | Check | Y/Y | Floors Expert | Inv. 4589 for 2408 Jewell Dr., Arlington | $1,061.22 |
| 6/10/2020 | 3091 | Check | Y/Y | Floors Expert | 6012 Mayes | $5,000.00 |
| 6/7/2021 | 3251 | Check | Y/Y | Floors Expert Inc. | 6/7/21 Order - Interim Distribution | $5,151.57 |
| 3/9/2020 | 3030 | Check | Y/Y | Fransisco Rios | 6012 Mayes, The Colony, TX | $1,200.00 |
| 5/9/2020 | 3079 | Check | Y/Y | Fransisco Rios | 2029 Chatsworth | $800.00 |
| 6/10/2020 | 3092 | Check | Y/Y | Fransisco Rios | 6012 Mayes | $1,500.00 |
| 4/7/2020 | 3066 | Check | Y/Y | Granite Works | 6012 Mayes, The Colony | $7,300.00 |
| 8/11/2020 | 3138 | Check | Y/Y | Granite Works | Highland Village | $2,000.00 |
| 2/11/2020 | 3014 | Check | Y/Y | Handyman Services | 2029 Chatsworth, Carrollton | $5,000.00 |
| 3/18/2020 | 3043 | Check | Y/Y | Handyman Services | 6012 Mayes, The Colony, TX | $5,000.00 |
| 4/7/2020 | 3060 | Check | Y/Y | Handyman Services | 7629 Lakeview, The Colony | $2,000.00 |

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 6/10/2020 | 3084 | Check | Y/Y | Handyman Services | 6012 Mayes, The Colony, TX | $7,200.00 |
| 6/10/2020 | 3085 | Check | Y/Y | Handyman Services | 6012 Mayes, The Colony, TX | $3,000.00 |
| 6/10/2020 | 3086 | Check | Y/Y | Handyman Services | 6012 Mayes, The Colony, TX | $2,000.00 |
| 9/29/2020 | 3171 | Check | Y/Y | Handyman Services | 7629 Lakeview - exterior paint | $3,400.00 |
| 12/3/2020 | 3198 | Check | Y/Y | Handyman Services | 7629 Lakeview | $4,000.00 |
| 12/3/2020 | 3199 | Check | Y/Y | Handyman Services | | $4,000.00 |
| 2/11/2020 | 3006 | Check | Y/Y | Julio Lopez | | $2,230.00 |
| 3/3/2020 | 3019 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/3/2020 | 3020 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/3/2020 | 3021 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/3/2020 | 3022 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/3/2020 | 3023 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/3/2020 | 3024 | Check | Y/Y | Julio Lopez | | $2,500.00 |
| 3/9/2020 | 3029 | Check | Y/Y | Julio Lopez | 6012 Mayes, The Colony, Plano | $2,320.00 |
| 4/7/2020 | 3064 | Check | Y/Y | Julio Lopez | 7629 Lakeview, The Colony | $2,500.00 |
| 4/7/2020 | 3065 | Check | Y/Y | Julio Lopez | 7629 Lakeview, The Colony | $2,500.00 |
| 4/7/2020 | 3067 | Check | Y/Y | Julio Lopez | Lawn care, trash, maintenance -Feb, M | $2,500.00 |
| 4/7/2020 | 3068 | Check | Y/Y | Julio Lopez | Lawn care, trash, maintenance -Feb, M | $500.00 |
| 4/7/2020 | 3069 | Check | Y/Y | Julio Lopez | 7629 Lakeview, The Colony | $2,500.00 |
| 4/7/2020 | 3070 | Check | Y/Y | Julio Lopez | 7629 Lakeview, The Colony | $1,560.00 |
| 5/5/2020 | 3077 | Check | Y/Y | Julio Lopez | 7629 Lakeview, The Colony | $2,030.00 |
| 5/5/2020 | 3078 | Check | Y/Y | Julio Lopez | May property upkeep | $1,000.00 |
| 6/10/2020 | 3087 | Check | Y/Y | Julio Lopez | 2029 Chatsworth | $2,500.00 |
| 6/10/2020 | 3088 | Check | Y/Y | Julio Lopez | 2029 Chatsworth | $2,500.00 |
| 6/10/2020 | 3089 | Check | Y/Y | Julio Lopez | June property upkeep | $1,000.00 |
| 6/10/2020 | 3090 | Check | Y/Y | Julio Lopez | Property Work | $2,500.00 |
| 8/12/2020 | 3140 | Check | Y/Y | Kristina Akerman | Assistant - Aug. 2020 | $2,500.00 |
| 8/26/2020 | 3148 | Check | Y/Y | Kristina Akerman | Assistant - Sept 2020 | $2,500.00 |
| 9/29/2020 | 3173 | Check | Y/Y | Kristina Akerman | Assistant - Oct. 2020 | $2,500.00 |
| 9/29/2020 | 3174 | Check | Y/Y | Kristina Akerman | Assistant - Nov. 2020 | $2,500.00 |
| 4/15/2020 | 3072 | Check | Y/Y | M S International, Inc. | TXDA-GRTWorks #0014991155-SO; 60 | $2,380.31 |
| 1/18/2021 | 3217 | Check | Y/Y | Michelle French, Tax A/C | 15521DEN - 6021 Mayes Dr.; 2020 Tax | $5,145.32 |
| 1/18/2021 | 3218 | Check | Y/Y | Michelle French, Tax A/C | 8961DEN - 7629 Lakeview Dr; 2020 Ta | $2,739.56 |
| 1/18/2021 | 3221 | Check | Y/Y | Michelle French, Tax A/C | 90789DEN,4369 Sunset Cir; 2020 Tax | $601.74 |

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 1/18/2021 | 3224 | Check | Y/Y | Michelle French, Tax A/C | 686DEN, 4430 Chapman St; 2020 Tax | $3,222.56 |
| 1/18/2021 | 3225 | Check | Y/Y | Michelle French, Tax A/C | 47228DEN, 2505 Post Oak Ln; 2020 Ta | $573.50 |
| 4/7/2020 | 3061 | Check | Y/Y | Jose Armando Varges | 203 Oak St, Highland Village | $900.00 |
| 4/7/2020 | 3062 | Check | Y/Y | Jose Armando Varges | 203 Oak St, Highland Village | $900.00 |
| 10/12/2020 | 3180 | Check | Y/Y | Rock Solid HVAC | | $6,000.00 |
| 1/18/2021 | 3226 | Check | Y/Y | Richard Clark | 4369 Sunset - Clean up, trash removal, | $9,500.00 |
| 2/11/2020 | 3013 | Check | Y/Y | GRCDALLASHOMES LLC | | $5,000.00 |
| 4/7/2020 | 3056 | Check | Y/Y | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | $5,000.00 |
| 5/20/2020 | 3081 | Check | Y/Y | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | $5,000.00 |
| 6/10/2020 | 3083 | Check | Y/Y | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | $5,000.00 |
| 8/11/2020 | 3137 | Check | Y/Y | GRCDALLASHOMES LLC | petty cash, utilities, gas, expenses, etc | $7,000.00 |
| 10/12/2020 | 3181 | Check | Y/Y | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for | $5,000.00 |
| 12/3/2020 | 3200 | Check | Y/Y | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for | $5,000.00 |
| 1/18/2021 | 3216 | Check | Y/Y | GRCDALLASHOMES LLC | Gas, Water, Electric and Utility Bills for | $10,000.00 |
| 7/19/2021 | 3255 | Check | Y/Y | GRCDALLASHOMES LLC | For Properties: Electric, Gas, Water, Ce | $7,500.00 |
| | | | | | **TOTAL VENDORS** | **$278,395.78** |

**TAXES:**

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 3/11/2020 | 3035 | Check | Y/Y | Arlington Independent School Distr | GEO: 01521675; Taxpayer ID = 160194 | $1,520.60 |
| 2/11/2020 | 3016 | Check | Y/Y | Tarrant County | #01521675 and #00359378 | $8,391.54 |
| 3/11/2020 | 3038 | Check | Y/Y | The County of Denton, Texas | 2019 Taxes | $11,333.84 |
| 4/1/2020 | 3048 | Check | Y/Y | The County of Denton, Texas | 2018 Taxes | $675.95 |
| 3/17/2020 | 3039 | Check | Y/Y | Carrollton-Farmers Branch ISD | GEO Code: 000056233 | $2,432.41 |
| 4/1/2020 | 3049 | Check | Y/Y | Carrollton-Farmers Branch ISD | GEO Code: 000056233; 2017 & 2018 t | $5,877.70 |
| 3/17/2020 | 3042 | Check | Y/Y | City of Carrollton | POC 7-3; 56233 DEN | $1,002.95 |
| 4/6/2020 | 3055 | Check | Y/Y | City of Carrollton | POC 7-3; Interest Due | $30.10 |
| 3/17/2020 | 3040 | Check | Y/Y | City of Highland Village | GEO Code: 4712DEN | $1,273.67 |
| 3/17/2020 | 3041 | Check | Y/Y | Lewisville ISD | POC 8-3 Ad Valorem Taxes | $16,428.92 |
| | | | | | **TOTAL TAXES** | **$48,967.68** |

**MORTGAGES:**

| Date | Check # | Type | Y/Y | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 2/11/2020 | 3009 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX | $709.74 |
| 2/11/2020 | 3010 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX | $709.74 |

| Date | Check # | Type | Y/Y | Payee | Memo | Amount |
|---|---|---|---|---|---|---|
| 2/11/2020 | 3011 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX | $851.68 |
| 2/11/2020 | 3012 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX | $851.68 |
| 3/11/2020 | 3034 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX | $851.68 |
| 3/11/2020 | 3037 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX | $709.74 |
| 4/2/2020 | 3053 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX | $851.68 |
| 4/2/2020 | 3054 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX | $709.74 |
| 6/10/2020 | 3093 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Ma | $709.74 |
| 6/10/2020 | 3094 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Jur | $709.74 |
| 6/10/2020 | 3095 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  May 202( | $851.68 |
| 6/10/2020 | 3096 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  June 202( | $851.68 |
| 6/22/2020 | 3113 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Jul | $709.74 |
| 6/22/2020 | 3114 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  July 202( | $851.68 |
| 7/20/2020 | 3120 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX -  Co | $2,383.36 |
| 7/20/2020 | 3121 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  - Correct | $2,418.32 |
| 7/20/2020 | 3123 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Au | $897.01 |
| 7/20/2020 | 3124 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  August 2( | $1,021.67 |
| 8/19/2020 | 3142 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Sep | $897.01 |
| 8/19/2020 | 3143 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  Sept 202( | $1,021.67 |
| 8/19/2020 | 3144 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Au | $142.28 |
| 8/19/2020 | 3145 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  August 2( | $162.11 |
| 9/14/2020 | 3154 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Sep | $142.28 |
| 9/14/2020 | 3155 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  Sept 202( | $162.11 |
| 9/21/2020 | 3157 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Oc | $142.28 |
| 9/21/2020 | 3158 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  Oct 2020 | $162.11 |
| 9/21/2020 | 3159 | Check | Y/Y | Statebridge | 6012 Mayes Place, The Colony, TX - Oc | $897.01 |
| 9/21/2020 | 3160 | Check | Y/Y | Statebridge | 1005 Shady Lane, Keller, TX;  Oct 2020 | $1,021.67 |
| 10/18/2020 | 3182 | Check | Y/Y | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - No | $142.28 |
| 10/18/2020 | 3183 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  Nov 202( | $162.11 |
| 10/18/2020 | 3184 | Check | Y/Y | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - No | $897.01 |
| 1/18/2021 | 3219 | Check | Y/Y | Statebridge Company LLC | 6012 Mayes Place, The Colony, TX - De | $897.01 |
| 5/4/2021 | 3236 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  Dec 202( | $162.11 |
| 5/4/2021 | 3237 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  Jan 2021 | $162.11 |
| 5/4/2021 | 3238 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  Feb 2021 | $162.11 |
| 5/4/2021 | 3239 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX;  March 2( | $162.11 |

| Date | Check # | Type | Y/Y | Payee | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 5/4/2021 | 3240 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; April 2021 | $162.11 | |
| 5/4/2021 | 3241 | Check | Y/Y | Statebridge Company LLC | 1005 Shady Lane, Keller, TX; May 2021 | $162.11 | |
| 10/18/2020 | 3185 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Nov 2020 | $1,021.67 | |
| 1/18/2021 | 3220 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Dec 2020 | $1,021.67 | |
| 5/4/2021 | 3231 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Jan 2021 | $1,021.67 | |
| 5/4/2021 | 3232 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; Feb 2021 | $1,021.67 | |
| 5/4/2021 | 3233 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; March 2021 | $1,021.67 | |
| 5/4/2021 | 3234 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; April 2021 | $1,021.67 | |
| 5/4/2021 | 3235 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; May 2021 | $1,021.67 | |
| 8/18/2021 | 3259 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; June 2021 | $1,021.67 | |
| 8/18/2021 | 3260 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; July 2021 | $1,021.67 | |
| 8/18/2021 | 3261 | Check | Y/Y | Statebridge Company, LLC | 1005 Shady Lane, Keller, TX; August 2021 | $1,021.67 | |
| 2/11/2020 | 3007 | Check | Y/Y | Wells Fargo Bank NA | 2046 Greenstone Trail, Carrollton, TX | $730.71 | |
| 2/11/2020 | 3008 | Check | Y/Y | Wells Fargo Bank NA | 2046 Greenstone Trail, Carrollton, TX | $730.71 | |
| | | | | | **TOTAL MORTGAGES** | | **$37,150.02** |

**INTERIM DISTRIBUTIONS:**

| Date | Check # | Type | Y/Y | Payee | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 6/7/2021 | 3249 | Check | Y/Y | Robert Saldeen | 6/7/21 Order - Interim Distribution | $31,325.82 | |
| 7/24/2021 | 3256 | Check | Y/Y | Bryan Wing Cheung Poon | 6/7/21 Order - Interim Distribution | $91,699.95 | |

**OTHER:**

| Date | Check # | Type | Y/Y | Payee | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 6/10/2021 | 3252 | Check | Y/Y | QSLWM IOLTA | 8584.0000 GRCDALLAS - re: J. Caldwell | $108,646.05 | |
| 6/10/2021 | 3253 | Check | Y/Y | QSLWM IOLTA | 8584.0000 GRCDALLAS - re: Chase Credit | $13,176.61 | |
| 6/15/2021 | 3254 | Check | Y/Y | John Caldwell | 6/15/2021 Order - Admin Expense | $20,846.90 | |
| | | | | | **TOTAL INTERIM + OTHER** | | **$265,695.33** |
| 5/16/2022 | 5001 | Check | | **Rouz & Associates PPLC - Return of Funds Paid to Estate** | | **$ 10,000.00** | **$ 10,000.00** |
| | | | | **Total Disbursements to Date** | | **$ 1,165,654.07** | **$ 1,165,654.07** |
| | | | | Form 2 Disburements = $1,165,654.07 | | | |

**008**

checks reversed/stopped

| Date | check # | Type | C/P | Paid To/From | Description | Disbursement |
|---|---|---|---|---|---|---|
| 3/3/2020 | 3003 | Void Check | Y/N | VOID: Julio Lopez | STALE DATED CHECK - STOP PAYMT; Ka | ($5,000.00) |
| 3/3/2020 | 3004 | Void Check | Y/N | VOID: Julio Lopez | | ($5,000.00) |
| 3/3/2020 | 3005 | Void Check | Y/N | VOID: Julio Lopez | | ($5,000.00) |
| 3/11/2020 | 3015 | Void Check | Y/N | VOID: Dallas County | | ($7,544.21) |
| 3/5/2020 | 3025 | Void Check | Y/N | VOID: Dallas County | VOID- Laurie Spindler (Attny for Dallas | ($150.88) |
| 3/5/2020 | 3026 | Void Check | Y/N | VOID: Tarrant County | Void - Trustee was told the interest wa | ($167.83) |
| 3/18/2020 | 3027 | Stop Paym | Y/N | STOP PAYMENT: Joyce W. Lindauer | Attorney's Fees - Final Payment;  STOP | ($12,525.67) |
| 3/18/2020 | 3031 | Stop Paym | Y/N | STOP PAYMENT: Handyman Service | 6012 Mayes, The Colony, TX - - STOP P | ($3,000.00) |
| 6/23/2020 | 3036 | Stop Paym | Y/N | STOP PAYMENT: Department of Tre | EIN  46-5738815; Check held for the fil | ($1,070.00) |
| 4/6/2020 | 3046 | Void Check | Y/N | VOID: City of Carrollton | POC 7-3;  109376 DEN; 2019 Taxes;  VC | ($1,445.43) |
| 5/27/2020 | 3047 | Void Check | Y/N | VOID: Lewisville ISD | VOID;  Laurie Spindler, Esq confirmed t | ($1,503.48) |
| 4/23/2020 | 3050 | Void Check | Y/N | VOID: City of Highland Village | VOID: 4/08/2020 Letter from Perdue I | ($1,308.40) |
| 4/23/2020 | 3051 | Void Check | Y/N | VOID: Arlington Independent Schoc | VOID: 4/08/2020 Letter from Perdue I | ($1,562.07) |
| 5/20/2020 | 3058 | Void Check | Y/N | VOID: Rock Solid HVAC | VOID requested by Kaz Daneshmandi | ($5,000.00) |
| 5/20/2020 | 3063 | Void Check | Y/N | VOID: Jose Armando Varges | VOID requested by Kaz Daneshmandi | ($2,000.00) |
| 8/3/2020 | 3074 | Stop Paym | Y/N | STOP PAYMENT: Jose Armando Var | 7629 Lakeview | ($1,000.00) |
| 9/29/2020 | 3098 | Stop Paym | Y/N | STOP PAYMENT: Ecovolt | 6012 Mayes;  Stop Payment on Stale D | ($1,000.00) |
| 8/26/2020 | 3099 | Stop Paym | Y/N | STOP PAYMENT: Julio Lopez | 7629 Lakeview | ($2,500.00) |
| 8/26/2020 | 3100 | Stop Paym | Y/N | STOP PAYMENT: Julio Lopez | 6012  Mayes | ($2,500.00) |
| 7/29/2020 | 3107 | Stop Paym | Y/N | STOP PAYMENT: Construction Cons | 6012 Mayes St., The Colony, TX - STOP | ($25,000.00) |
| 7/29/2020 | 3108 | Stop Paym | Y/N | STOP PAYMENT: Construction Cons | 6012 Mayes St., The Colony, TX - STOP | ($25,000.00) |
| 7/29/2020 | 3110 | Stop Paym | Y/N | STOP PAYMENT: Construction Cons | 203 Oak St., Highland Village, TX - STOI | ($25,000.00) |
| 7/29/2020 | 3112 | Stop Paym | Y/N | STOP PAYMENT: Construction Cons | 7629 Lakeview St., The Colony, TX - ST( | ($25,000.00) |
| 8/11/2020 | 3117 | Stop Paym | Y/N | STOP PAYMENT: Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYN | ($500.00) |
| 8/11/2020 | 3118 | Stop Paym | Y/N | STOP PAYMENT: Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYN | ($500.00) |
| 7/20/2020 | 3122 | Void Check | Y/N | VOID: Statebridge | VOID - Check Not Mailed | ($709.74) |
| 11/20/2020 | 3170 | Stop Paym | Y/N | STOP PAYMENT: Clarks Contacts LL | 1005 Shady Ln- rough in;  STOP PAYME | ($6,000.00) |
| 11/20/2020 | 3172 | Stop Paym | Y/N | STOP PAYMENT: Vtd Foundation Da | 1005 Shady Lane STOP PAYMENT - Kaz | ($4,000.00) |
| 11/20/2020 | 3176 | Stop Paym | Y/N | STOP PAYMENT: Destines Remodel | 1005 Shady Ln - material roof  STOP P/ | ($3,655.00) |
| 11/20/2020 | 3178 | Stop Paym | Y/N | STOP PAYMENT: Destines Remodel | 7629 Lakeview- material roof;  STOP P. | ($2,565.00) |
| 3/23/2021 | 3191 | Stop Paym | Y/N | STOP PAYMENT: Kristina Akerman | Assistant - Dec. 2020;  STOP PYMT - ST | ($2,500.00) |
| 3/23/2021 | 3202 | Stop Paym | Y/N | STOP PAYMENT: Vtd Foundation Da | 2505 Oak Grove Parkway;  STOP PYMT | ($2,800.00) |

**009**

| Date | Check # | Type | Y/N | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 3/23/2021 | 3203 | Stop Paymt | Y/N | STOP PAYMENT: Vtd Foundation D | 2505 Oak Grove Parkway; STOP PYMT | ($5,250.00) |
| 3/23/2021 | 3204 | Stop Paymt | Y/N | STOP PAYMENT: Vtd Foundation D | 2505 Oak Grove Parkway; STOP PYMT | ($1,800.00) |
| 12/3/2020 | 3205 | Void Check | Y/N | VOID: The Mitchell Law Firm, L.P. | | ($2,822.00) |
| 12/3/2020 | 3206 | Void Check | Y/N | VOID: Chad Ruback | | ($4,410.00) |
| 1/18/2021 | 3223 | Void Check | Y/N | VOID: Clarks Contacts LLC | | ($9,500.00) |
| 7/19/2021 | 3250 | Stop Paymt | Y/N | STOP PAYMENT: Bryan Wing Cheur | 6/7/21 Order - Interim Distribution; St | ($91,699.95) |
| | | | | | | **($297,989.66)** |

original checks which were reversed

| Date | Check # | Type | Y/N | Payee | Description | Amount |
|---|---|---|---|---|---|---|
| 2/11/2020 | 3003 | Check | Y/Y | Julio Lopez | Payee was unable to cash check due to | $5,000.00 |
| 2/11/2020 | 3004 | Check | Y/Y | Julio Lopez | Payee was unable to cash check due to | $5,000.00 |
| 2/11/2020 | 3005 | Check | Y/Y | Julio Lopez | Payee was unable to cash check due to | $5,000.00 |
| 2/11/2020 | 3015 | Check | Y/Y | Dallas County | # 24056500050140000; VOID- Laurie S | $7,544.21 |
| 3/5/2020 | 3025 | Check | Y/Y | Dallas County | # 24056500050140000 March interest | $150.88 |
| 3/5/2020 | 3026 | Check | Y/Y | Tarrant County | #01521675 and #00359378 March Int | $167.83 |
| 3/5/2020 | 3027 | Check | Y/Y | Joyce W. Lindauer | Attorney's Fees - Final Payment - STOF | $12,525.67 |
| 3/9/2020 | 3031 | Check | Y/Y | Handyman Services | 6012 Mayes, The Colony, TX - STOP PA | $3,000.00 |
| 3/11/2020 | 3036 | Check | Y/Y | Department of Treasury - Internal F | EIN 46-5738815; Check held for the fil | $1,070.00 |
| 4/1/2020 | 3046 | Check | Y/Y | City of Carrollton | POC 7-3; 109376 DEN; 2019 Taxes; VO | $1,445.43 |
| 4/1/2020 | 3047 | Check | Y/Y | Lewisville ISD | VOID; Laurie Spindler, Esq confirmed t | $1,503.48 |
| 4/1/2020 | 3050 | Check | Y/Y | City of Highland Village | GEO Code: 4712DEN; 2018 Taxes; VOI | $1,308.40 |
| 4/1/2020 | 3051 | Check | Y/Y | Arlington Independent School Distr | GEO: 01521675; Taxpayer ID = 160194 | $1,562.07 |
| 4/7/2020 | 3058 | Check | Y/Y | Rock Solid HVAC | 7629 Lakeview, The Colony - VOID requ | $5,000.00 |
| 4/7/2020 | 3063 | Check | Y/Y | Jose Armando Varges | 1005 N. Shady Ln, Keller - VOID reques | $2,000.00 |
| 4/15/2020 | 3074 | Check | Y/Y | Jose Armando Varges | 7629 Lakeview; STALE DATED CHECK - | $1,000.00 |
| 6/15/2020 | 3098 | Check | Y/Y | Ecovolt | 6012 Mayes; 6012 Mayes; Stop Payme | $1,000.00 |
| 6/15/2020 | 3099 | Check | Y/Y | Julio Lopez | 7629 Lakeview | $2,500.00 |
| 6/15/2020 | 3100 | Check | Y/Y | Julio Lopez | 6012 Mayes | $2,500.00 |
| 6/22/2020 | 3107 | Check | Y/Y | Construction Consultants | 6012 Mayes St., The Colony, TX - STOP | $25,000.00 |
| 6/22/2020 | 3108 | Check | Y/Y | Construction Consultants | 6012 Mayes St., The Colony, TX - STOP | $25,000.00 |
| 6/22/2020 | 3110 | Check | Y/Y | Construction Consultants | 203 Oak St., Highland Village, TX - STOI | $25,000.00 |
| 6/22/2020 | 3112 | Check | Y/Y | Construction Consultants | 7629 Lakeview St., The Colony, TX - ST( | $25,000.00 |
| 6/24/2020 | 3117 | Check | Y/Y | Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYN | $500.00 |
| 6/24/2020 | 3118 | Check | Y/Y | Ben Palatiere | Attny re: GRC vs Tim Autry; STOP PAYN | $500.00 |
| 7/20/2020 | 3122 | Check | Y/N | Statebridge | VOID - Check Not Mailed | $709.74 |

| Date | Check # | Type | Y/Y | Payee | Memo | Amount |
|---|---|---|---|---|---|---|
| 9/29/2020 | 3170 | Check | Y/Y | Clarks Contacts LLC | 1005 Shady Ln- rough in; STOP PAYME | $6,000.00 |
| 9/29/2020 | 3172 | Check | Y/Y | Vtd Foundation Dallas | 1005 Shady Lane STOP PAYMENT - Kaz | $4,000.00 |
| 9/29/2020 | 3176 | Check | Y/Y | Destines Remodeling | 1005 Shady Ln - material roof STOP P/ | $3,655.00 |
| 9/29/2020 | 3178 | Check | Y/Y | Destines Remodeling | 7629 Lakeview- material roof; STOP P/ | $2,565.00 |
| 11/17/2020 | 3191 | Check | Y/Y | Kristina Akerman | Assistant - Dec. 2020 | $2,500.00 |
| 12/3/2020 | 3202 | Check | Y/Y | Vtd Foundation Dallas | 2505 Oak Grove Parkway | $2,800.00 |
| 12/3/2020 | 3203 | Check | Y/Y | Vtd Foundation Dallas | 2505 Oak Grove Parkway | $5,250.00 |
| 12/3/2020 | 3204 | Check | Y/Y | Vtd Foundation Dallas | 2505 Oak Grove Parkway | $1,800.00 |
| 12/3/2020 | 3205 | Check | Y/N | The Mitchell Law Firm, L.P. | GRCDallas Homes LLC | $2,822.00 |
| 12/3/2020 | 3206 | Check | Y/N | Chad Ruback | GRC Dallas Homes LLC | $4,410.00 |
| 1/18/2021 | 3223 | Check | Y/Y | Clarks Contacts LLC | Reverse Check - in Error | $9,500.00 |
| 6/7/2021 | 3250 | Check | Y/Y | Bryan Wing Cheung Poon | 6/7/21 Order - Interim Distribution; St | $91,699.95 |
| | | | | | | $297,989.66 |

| Date | | Type | Y/N | Payer | Memo |
|---|---|---|---|---|---|
| 7/28/2020 | | Wire In | Y/N | Stewart Title Co -Wire Deposit | Sale Proceeds - 2408 Jewell |
| 12/1/2020 | | Wire In | Y/N | Title Company - Sale Proceeds | Sale Proceeds from 203 Oak St., Highland Village |
| 3/4/2020 | | Wire In | Y/N | Trinity Title - 2046 Greenstone Trai | Sale Proceeds |
| 3/4/2020 | | Wire In | Y/N | Trinity Title - 2046 Greenstone Trai | DUPLICATE POSTING |
| 6/4/2020 | | Wire In | Y/N | Wire Deposit | Sale Proceeds - Chatsworth |
| 3/8/2021 | | Wire In | Y/N | Wire Deposit | Sale Proceeds from Mayes Place |
| 3/8/2021 | | Wire In | Y/N | Wire Deposit | ERROR -REVERSE DEPOSIT -double posting |
| 2/6/2020 | | Deposit | Y/Y | Chase - Cashier's Check | Transfer of Funds held by Chase Bank to Chris Moser, Trustee |
| 6/16/2020 | | Deposit | Y/N | Denton County | 13220 Beach Club - Overpymt due to 3rd party paid taxes. |
| 6/16/2020 | | Deposit | Y/N | Denton County Tax Assessor/Colle | 2046 Greenstone - Overpymt due to 3rd party paid taxes. |
| 6/16/2020 | | Deposit | Y/N | Denton County Tax Assessor/Colle | 2046 Greenstone Trl - Overpymt due to 3rd party paid taxes. |
| 6/16/2020 | | Deposit | Y/N | Denton County Tax Assessor/Colle | 6900 Elliot Ct - Overpymt due to 3rd party paid taxes. |
| 7/9/2020 | | Deposit | Y/Y | Wendy Burgess, Tax Assessor Colle | Refund of Tarrant County Taxes for 2408 Jewell Dr. |
| 3/4/2020 | | Deposit Re | Y/N | DEP REVERSE: Trinity Title - 2046 G | DUPLICATE POSTING |
| 3/8/2021 | | Deposit Re | Y/N | DEP REVERSE: Wire Deposit | |