# General Warranty Deed

**Date:** April 14, 2022

**Grantor:** GRC DALLAS HOMES, LLC

**Grantor's Mailing Address:** 13220 Beach Club Rd., The Colony, Texas 75056

**Grantee:** Ryan Rouz

**Grantee's Mailing Address:** 1111 S. Akard St. #405
Dallas, TX 75215

**Consideration:** Paid off promissory note to Statebridge and paid off outstanding property taxes.

**Property (including any improvements):**

Lot 13, Block 2, BUCHANAN SUBDIVISION, an Addition to the City of Keller, Tarrant County, Texas, according to the map and or plat thereof recorded in Volume 388-10, Page 14, Plat Records of Tarrant County, Texas.

Known locally as: 1005 Shady Lane North, Keller, Texas 76248

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

None

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the

1

D222103006
04/21/2022 12:09 PM    Page: 1 of 2    Fees: $23.00    UST-23
DEED
SUBMITTER: ROUZ & ASSOCIATES PLLC    MARY LOUISE NICHOLSON
COUNTY CLERK

Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

_____
Kazem Daneshmandi
Principal of G2C Dallas Homes, LLC

FILED AS RECEIVED

STATE OF TEXAS )

COUNTY OF TARRANT )

This instrument was acknowledged before me on April 5th, 2022, by

Kazem Daneshmandi.
~~Keronna Henderson~~.



_____
Notary Public, State of Texas



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS OF
TARRANT COUNTY, TEXAS
04/21/2022 12:09 PM

D222103006
DEED
Pages: 2
Fees: $23.00

MARY LOUISE NICHOLSON
COUNTY CLERK