Ryan Rouz
Rouz Law, P.C.
Texas Bar No. 24093079
Email: ryan@rouzlaw.com
1111 S. Akard St. #405
Dallas, TX 75215
Tel. (469) 777-1451
Fax. (469) 666-9291
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| | § | **CASE NO. 19-41186-btr** |
| **GRCDALLASHOMES, LLC.** | § § | |
| | § | **Chapter 11** |
| *Debtor* | § | |

**REQUEST FOR SERVICE OF NOTICE
PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Rouz Law, P.C., proposed counsel for Debtor, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

<div style="text-align:center">

Ryan Rouz
Rouz Law, P.C.
Texas Bar No. 24093079
Email: ryan@rouzlaw.com
1111 S. Akard St. #405
Dallas, TX 75215
Tel. (469) 777-1451
Fax. (469) 666-9291

</div>

**DATED this 26th day of May, 2021.**

<div style="text-align:center; color:red">UST-24</div>

**REQUEST FOR SERVICE OF NOTICE – PAGE 1 OF 2**

Respectfully submitted,

**Rouz Law, P.C.**

**/s/ Ryan Rouz**
Ryan Rouz
Texas Bar No. 24093079
Email: ryan@rouzlaw.com
1111 S. Akard St. #405
Dallas, TX 75215
Tel. (469) 777-1451
Fax. (469) 666-9291

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 26th day of May, 2021, to all parties receiving notice via the court's ECF system

**/s/ Ryan Rouz**
Ryan Rouz

UST-24