Gregory W. Mitchell
FREEMAN LAW, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **GRCDALLAS HOMES, LLC** § | | Case No. 19-41186 |
| § | | |
| *Debtor* § | | Chapter 11 |

## CERTIFICATE OF NO OBJECTION

Freeman Law, PLLC ("**Counsel**") hereby files this *Certificate of No Objection* (the "**Certificate**") with respect to the *Motion to Withdraw as Counsel for Debtor* (the "**Motion**").

1. The Motion was filed on April 27, 2022.

2. The Motion provided parties in interest a full 21-day period in which to file a response.

3. The Motion was served via CM/ECF on all parties accepting such service and via regular mail on the parties described on the service list attached to the Motion, including the representative of the Debtor.

4. The time allowed to parties to file objections has expired, and no objections have been served on the Applicant.

5. Applicant requests that an order be entered granting the Motion.

WHEREFORE, Applicant respectfully requests that the Court enter an order authorizing Counsel's withdrawal from its representation of the Debtor in this matter.

**DATED this 19th day of May, 2022.**

Respectfully submitted,

**FREEMAN LAW, PLLC**

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
1412 Main Street, Suite 500
Dallas, TX 75202
(972) 463-8417 – Office
(972) 432-7540 – Facsimile
gmitchell@freemanlaw.com