APPEARING PRO SE
Kazem Daneshmandi, o/b/o GRCDallasHomes, LLC
13220 Beach Club Rd.
The Colony, Texas 75056
Tel. 214-766-4259
e-mail: cancunkaz@hotmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **GRCDALLAS HOMES, LLC** | § | Case No. 19-41186 |
| | § | |
| *Debtor* | § | Chapter 11 |

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS WITH PREJUDICE (DOCKET #338)

Witnesses:

1. Any witness designated or called by the Trustee, or any other party.

| Exhibit Identification | Exhibit | Offer | Admit |
|---|---|---|---|
| Unsworn declaration of Ryan Rouz | D0 | | |
| Mayes unfiled petition | D1 | | |
| Payoff requests to Statebridge for Mayes | D2 | | |
| Payoff statement for mayes | D3 | | |
| Mortgage payments to Statebridge | D4 | | |
| notice of intent to accelerate | D5 | | |
| Rouz email with Michael Burns | D6 | | |
| 1005 Shady Lane payoff request | D7 | | |
| Shady lane payoff statement | D8 | | |
| Text with greg | D9 | | |
| Transcript of hearing on motion for sanctions | D10 | | |
| Shady lane POP | D11 | | |
| Email to Kaz with mayes lawsuit | D12 | | |
| Email to kaz with shady lane lawsuit | D13 | | |
| Moser sharing confidentential information with nicoud | D14 | | |
| Warranty deed shady lane | D15 | | |
| Kaz email to chris re nicoud driving the bus | D16 | | |
| Email from moser disregarding kaz email | D17 | | |
| Letter from real estate agent lisa wright | D18 | | |
| Chris moser paying Robert nicoud | D19 | | |
| Plan agent motion for authority to pay administrative claim | D20 | | |
| Proof GRC communicates with moser | D21 | | |

Respectfully submitted,

**/s/     Kazem Daneshmandi**
Kazem Daneshmandi
13220 Beach Club Rd.
The Colony, Texas 75056
Tel. 214-766-4259
e-mail: cancunkaz@hotmail.com
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that on or before May 19, 2022, a true and correct copy of the foregoing will be served via ECF to all parties on the attached master mailing matrix.

/s/   **Kazem Daneshmandi**
Kazem Daneshmandi