

December 29, 2020

GRC DALLAS HOMES LLC  
13220 BEACH CLUB ROAD  
THE COLONY TX  75056

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID:  0000039726  
Loan Type: Commercial

GRC HOMES LLC  
KAZEM DANESHMANDI  
6012 MAYES PLACE  
THE COLONY, TX  75056

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date. All funds must be certified:  money order, wire, Western Union, or cashier's check.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| **Projected Payoff Date** | **12/31/2020** |
|---|---:|
| Principal Balance | $156,036.31 |
| Interest Thru 12/31/2020 (92 days $23.51/day) | $2,159.22 |
| Default Interest thru 12/31/2020 (31 days @ $13.00/day) | $403.00 |
| Fees | $69.50 |
| Prepayment Penalty | $0.00 |
| Release Fees | $69.00 |
| Funds owed by borrower (escrow advance) | $133.10 |
| Funds owed to borrower | ($775.00) |
| **Total Payoff** | **$158,095.13** |
| Per diem | $36.51 |

The next payment due is 11/1/2020. Payments are made by ACH on a Monthly basis. The current interest rate is 5.50000%.  The default rate is 3%.

**PLEASE CONTACT US TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Statebridge Company, LLC  
6061 S. Willow Drive  
Suite 300  
Greenwood Village, CO  80111  
(866) 466-3360  
(720) 600-7894   Fax  
payoff@statebridgecompany.com

Statebridge Company, LLC is a debt collector and is attempting to collect a debt.  Any information obtained may be used for that purpose.  If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    6061 S. Willow Drive, Suite 300    Greenwood Village, CO 80111    www.statebridgecompany.com    (866) 466-3360



## GRC HOMES LLC  -  Loan ID #0000039726

## FEE DETAILS

| Description | Amount |
|---|---|
| BPO | $70.00 |
| Inspections | ($0.50) |
|  | **$69.50** |

Statebridge Company, LLC is a debt collector and is attempting to collect a debt.  Any information obtained may be used for that purpose.  If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    6061 S. Willow Drive, Suite 300    Greenwood Village, CO 80111    www.statebridgecompany.com    (866) 466-3360



# BANK WIRE/ACH INSTRUCTIONS

Statebridge Company C Collections

Community Banks of Colorado,
a division of NBH
1111 Main Street, Suite 2800
Kansas City, MO 64105

ROUTING 102102013
ACCOUNT 2080151

BENEFICIARY: Statebridge Company

Please reference the loan # or account number in all ACH/Wires. Please be sure to include beneficiary name to ensure your wire is credited to your account.

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC    6061 S. Willow Drive, Suite 300    Greenwood Village, CO 80111    www.statebridgecompany.com    (866) 466-3360