

Check 3182 Amount 142.28 Date 10/29/2020

Check 3183 Amount 162.11 Date 10/29/2020

Check 3184 Amount 897.01 Date 10/29/2020

Check 3185 Amount 1021.67 Date 10/29/2020