P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 969 0024 8258 9453 1

**Mailed On:** 3/9/2022  **Order Number:** 0170190-01
**ClientID:** Padgett_000461 FC **Reference Number:** 19-005174

GRC D Home LLC
13220 Beach Club Road
The Colony, TX 75056

GenericAddressInsert.doc

Rev. 12/19/2018



The Padgett Law Group has been retained to enforce a security interest through foreclosure of your property. Although this firm may not be a "debt collector" as defined by section 1692a (6), and although this firm is merely enforcing a security interest, please be advised that to the extent that this is an attempt to collect a debt, any information obtained will be used for that purpose. If you are in bankruptcy or have been discharged in bankruptcy, this letter is for informational purposes only and is no intended as an attempt to collect a debt or as an act to collect or recovery all or any portion of the debt from you personally.

Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active-duty military service to the sender of this notice immediately.

March 9, 2022

Kazem Daneshmandi
13220 Beach Club Road
The Colony, TX 75056

Via certified mail return receipt requested and first-class mail.

RE: Property Address: 1005 Shady Lane North, Keller, TX 76248
Loan No.: 0000039786
Our File No.: 19-005174-5
Holder of Account: Statebridge Company, LLC

The Padgett Law Group has been retained to represent Statebridge Company, LLC, whose address is 6061 S Willow Drive, Suite 300, Greenwood Village, CO 80111 which, if it is not the current mortgagee, is acting as the mortgage servicer and representing the current mortgage pursuant to a mortgage servicing agreement concerning the note and Deed of Trust associated with the above referenced loan number.

We have been requested to pursue non-judicial foreclosure in accordance with the terms

FL • GA • TN • AR • TX • OH                             PADGETTLAWGROUP.COM



of the Note and Deed of Trust and applicable law. Consequently, the following notices are provided to you:

1. The maturity date of the Note is hereby accelerated, all sums secured by the Deed of Trust are declared to be immediately due and payable, and our firm will cause to be enforced the Power of Sale clause in the Deed of Trust, which provides for the sale of the above-referenced property, at a public foreclosure sale in the time and manner permitted by law.
2. The property has been scheduled for foreclosure sale on Tuesday, April 5, 2022, between the hours of 10:00 am - 1:00 pm at THE BASE OF THE COURTHOUSE STEPS ON THE EAST SIDE OF THE BUILDING, Tarrant County, Texas. If the preceding area is no longer the designated area, the place of sale will be at the area most recently designated by the County Commissioner's Court. This sale shall commence between 10:00 am - 1:00 pm or within three hours after. The property will be sold to the highest bidder for cash.

Attached for your review is a copy of the notice of acceleration and notice of trustee's sale which has been or will be filed with the Tarrant County clerk and posted at the courthouse door or other location designated by the County Commissioner's Court.

Written requests should be addressed to this law firm as follows: Timothy D. Padgett, P.A., 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312.

    Sincerely,

    Padgett Law Group
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    Telephone: (850) 422-2520

# NOTICE OF ACCELERATION AND NOTICE OF TRUSTEE'S SALE

Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.

## DEED OF TRUST INFORMATION:

| | |
|---|---|
| Date: | January 25, 2017 |
| Grantor(s): | GRCDALLASHOMES LLC |
| Original Mortgagee: | BLACK SQUARE REAL ESTATE, INC. |
| Original Principal: | 160,000.00 |
| Recording Information: | D217028144 |
| Property County: | Tarrant |
| Property: | LOT 13, BLOCK 2, BUCHANAN SUBDIVISION, AN ADDITION TO THE CITY OF KELLER, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 388-10, PAGE 14, PLAT RECORDS OF TARRANT COUNTY, TEXAS. |
| Property Address: | 1005 Shady Lane North<br>Keller, TX 76248 |

## MORTGAGE SERVICING INFORMATION:
The Mortgage Servicer, if not the Current Mortgagee, is representing the Current Mortgagee pursuant to a Mortgage Servicing Agreement.

| | |
|---|---|
| Current Mortgagee: | DB RR, LLC |
| Mortgage Servicer: | Statebridge Company, LLC |
| Mortgage Servicer Address: | 5680 Greenwood Plaza Blvd.<br>Suite 100S<br>Greenwood Village, CO 80111 |

## SALE INFORMATION:

| | |
|---|---|
| Date of Sale: | April 5, 2022 |
| Time of Sale: | 10:00 am or within three hours thereafter. |
| Place of Sale: | At the base of the Courthouse steps on the east side of the building or, if the preceding area is no longer the designated area, at the area most recently designated by the County Commissioner's Court. |
| Substitute Trustee: | David Stockman, Donna Stockman, Guy Wiggs, Brenda Wiggs, Janet Pinder, Kathy Arrington or Michelle Schwart, any to act |
| Substitute Trustee Address: | 5501 East LBJ Frwy, Ste. 925<br>Dallas, TX 75240 |

WHEREAS, the above-named Grantor previously conveyed the above described property in trust to secure payment of the Note set forth in the above-described Deed of Trust; and

PLG File Number: 19-005174-1

1



WHEREAS, a default under the Note and Deed of Trust was declared, such default was reported to not have been cured, and all sums secured by such Deed of Trust are declared immediately due and payable.

WHEREAS, the original Trustee and any previously appointed Substitute Trustee has been removed and David Stockman, Donna Stockman, Guy Wiggs, Brenda Wiggs, Janet Pinder, Kathy Arrington or Michelle Schwart, any to act, have been appointed as Substitute Trustees and authorized by the Mortgage Servicer to enforce the power of sale granted in the Deed of Trust; and

WHEREAS, the undersigned law firm has been requested to provide these notices on behalf of the Current Mortgagee, Mortgage Servicer and Substitute Trustees;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN of the foregoing matters and that:

1. The maturity of the Note is hereby accelerated, and all sums secured by the Deed of Trust are declared to be immediately due and payable.
2. David Stockman, Donna Stockman, Guy Wiggs, Brenda Wiggs, Janet Pinder, Kathy Arrington or Michelle Schwart, any to act, as Substitute Trustee will sell the Property to the highest bidder for cash on the date, at the place, and no earlier than the time set forth above in the Sale Information section of this notice. The sale will begin within three hours after that time.
3. This sale shall be subject to any legal impediments to the sale of the Property to any exceptions referenced in the Deed of Trust or appearing of record to the extent the same are still in effect and shall not cover any property that has been released from the lien imposed by the Deed of Trust.
4. No warranties, express or implied, including but not limited to the implied warranties of merchantability and fitness for the particular purpose shall be conveyed at the sale, save and except the Grantor's warranties specifically authorized by the Grantor in the Deed of Trust. The property shall be sold "AS-IS", purchaser's will buy the property "at the purchaser's own risk" and "at his peril" and no representation is made concerning the quality or nature of title to be acquired. Purchasers will receive whatever interest Grantor and Grantor's assigns have in the property, subject to any liens or interest of any kind that may survive the sale. Interested persons are encouraged to consult counsel of their choice prior to participating in the sale of the property.
5. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the funds paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, the Mortgagee's Attorney, or the duly appointed Substitute Trustee.

Padgett Law Group
6267 Old Water Oak Road
Suite 203
Tallahassee, FL 33213
(850) 422-2520

PLG File Number: 19-005174-1

2