# ROUZ LAW. P.C.



Ryan Rouz
1111 S. Akard St. #405
Dallas, TX 75215
T: 469.777.1451
F: 469.666.9291
ryan@rouzlaw.com

March 22, 2022

To:    Timothy D. Padgett, P.A.,
        6267 Old Water Oak Road, Ste. 203
        Tallahassee, Florida 32312

CC:    michael.burns@padgettlawgroup.com

Customer Name: GRC Dallas Homes, LLC
Loan Number: 0000039786.
Address: 1005 Shady Lane North, Keller, Texas 76248

Hi Mr. Padgett,

I represent GRC Dallas Homes, LLC. I am requesting the payoff amount through April 4, 2022.

Please email the payoff to the following email address: ryan@rouzlaw.com
Please fax the payoff to the following fax number: 469-666-9291.
Please mail a hard copy to the following address: 1111 S. Akard St. #405 Dallas, TX 75215.

Thank you.

Ryan Rouz

With Permission:

Kazem Daneshmandi