

March 31, 2022

Kazem Daneshmandi
GRC D Home LLC
c/o Rouz Law, P.C.
Attn: Ryan Rouz
1111 S. Akard St. #405
Dallas, TX 75215
*via email ryan@rouzlaw.com*

RE: Our File No.: 19-005174
Property Address: 1005 Shady Lane North, Keller, TX 76248

Dear Mr. Daneshmandi:

This is being provided to you at your request and is for informational purposes only and has been based on information provided by your servicer. The amount to pay off the above referenced mortgage loan, which includes, but may not be limited to, payments, late fees, principal and interest and any other applicable advances, good through April 5th, 2022, is $190,720.52. Funds received after that date or funds that cannot be posted due to missing or incorrect information and funds that cannot be clearly identified will be returned, and additional fees, costs, and disbursements will continue to accrue. This amount consists of the following:

| | |
|---|---|
| Principal Balance | $175,607.27 |
| Interest calculated from August 1, 2021 | $6,626.74 |
| Escrow | $1,925.36 |
| Attorneys Fees | $2,902.50 |
| Attorneys Cost | $427.46 |
| Default Interest calculated from October 1, 2021 | $2,721.91 |
| Fees | $658.50 |
| Release Fees | $58.00 |
| Suspense Funds | $-207.22 |

**Total Payoff Amount**: $190,720.52

Please be advised that the amount listed above does not include additional fees and/or costs that may be incurred between the date of this letter and April 5th, 2022.

This information is provided at the request of the borrower for borrower's benefit and for informational purposes only, and there are no intended third-party beneficiaries

If your personal liability for this debt has been modified or extinguished by a discharge in bankruptcy, this is NOT a demand for payment and is being provided by our office for informational purposes only. We do not suspend the account or foreclosure action pending funds and any funds received must be certified funds, sufficient to cover all items quoted above. **ALL FUNDS AND PAYOFF ARE SUBJECT TO FINAL APPROVAL BY THE LENDER.**

Please submit your payoff **via wire transfer or via certified funds made payable to STATEBRIDGE**

**COMPANY, LLC AS ATTORNEY IN FACT FOR DB RR, LLC. Personal checks will not be accepted. CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY 12:00 P.M. (EST) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE PROCESSED THAT DAY.**

Funds must be remitted via wire transfer or cashier's check only. Any proceeds received that are not in the form of a cashier's check or wire will be returned to the sender, and additional fees, costs, disbursements, and interest may continue to accrue on the loan until adequate funds are received, verified, and accepted by Statebridge Company, LLC.

Mail Certified Funds to:
Statebridge Company, LLC
ATTN: Cashiering Department
6061S. Willow Drive, Suite 300
Greenwood Village, CO 80111

Wire instructions are as follows:
Bank: Community Banks of Colorado,a division of NBH, 1111Main Street, Suite 2800, Kansas City, MO 64105
Beneficiary: Statebridge Company, LLC - Payoffs
ABA: 102102013
Account Number: 2578665290

Reference Information: 0000039786, Kazem Daneshmandi and GRC D Home LLC, 1005 Shady Lane North, Keller, TX 76248

*Note: an additional $26 fee is required to handle each wire transfer and must be added to the amount submitted.*

Failure to include the above information on the wire advice may cause a delay in posting the funds. Padgett Law Group will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received.

If you have any questions or require additional information regarding the loan, please contact Statebridge Company, LLC at 866-466-3360. Thank you for your courtesies in this regard.

**WE RESERVE THE RIGHT TO CORRECT ANY PORTION OF THIS STATEMENT AT ANY TIME. THE FIGURES PROVIDED HEREIN ARE BASED UPON INFORMATION AVAILABLE AT THE TIME OF ISSUANCE. ALL BALANCES ARE SUBJECT TO CHANGE AS A RESULT OF ANY TRANSACTIONS THAT OCCUR AFTER THE ABOVE-WRITTEN STATEMENT DATE AND PRIOR TO THE APPLICATION OF PAYOFF FUNDS.**

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE HEREBY ADVISED THAT THIS OFFICE MAY BE DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOUR PERSONAL LIABILITY FOR THIS DEBT HAS BEEN MODIFIED OR EXTINGUISHED BY A DISCHARGE IN BANKRUPTCY, THIS IS NOT A DEMAND FOR PAYMENT AND IS BEING PROVIDED BY OUR OFFICE FOR INFORMATIONAL PURPOSES ONLY.**

Sincerely,

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
attorney@padgettlawgroup.com