To: Greg Mitchell Bk Cell

> We talked to their atty please do your research on the case law and statue and email to me and Ryan only. Until we see if this Asshole aggressive. But please do so today

> He said he will get us a payoff and he will talk to his client and see if he can sell the note that way we don't have to go in front of judge Rhodes

Thu, Mar 31, 6:38 PM

> I forwarded you the payoff when your free ring me please

> I'll call you tomorrow when I'm in a better mood and you're not being a dick to me.

> I'm not being a dick to you I'm calling my attorney asking for advice and your advice back to me as I don't remember I don't recall I don't have anything in front of me how is that being a dick to you you work for me not the other way around

Read

iMessage