NO. _____

| | | |
|---|---|---|
| **GRCDALLASHOMES, LLC** § | IN THE DISTRICT COURT |
| Plaintiff, § | |
| § | |
| V. § | _____ JUDICIAL DISTRICT |
| § | |
| **STATEBRIDGE COMPANY, LLC AND** § | |
| **DB RR, LLC** § | |
| Defendants. § | OF DENTON COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** GRCDallasHomes, LLC, hereinafter called Plaintiff, complaining of and about Statebridge Company, LLC and DB RR, LLC, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

    1.    Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

    2.    Plaintiff, GRCDallasHomes, LLC, is a Limited Liability Company whose address is 13220 Beach Club Road, The Colony, Texas 75056.

    3.    Defendant Statebridge Company, LLC, a Nonresident Limited Liability Company, may be served with process by serving the registered agent of said company, InCorp Services, Inc., at 36 South 18th Avenure, Suite D, Brighton, CO, 80601, its registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

    4.    Defendant DB RR, LLC, a Nonresident Limited Liability Company, may be served with process by serving the registered agent of said company, THE CORPORATION TRUST COMPANY, at 1209 ORANGE ST, WILMINGTON, New Castle, DE, 19801, its

registered office. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks:

    a. only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney fees and costs.

7. This court has jurisdiction over Defendant Statebridge Company, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Statebridge Company, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

8. Furthermore, Plaintiff would show that Defendant Statebridge Company, LLC engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas resident and performance of the agreement in whole or in part thereof was to occur in Texas.

9. This court has jurisdiction over Defendant DB RR, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over DB RR, LLC will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

10. Venue in Denton County is proper in this cause under Section 15.011 of the Texas

Civil Practice and Remedies Code because this action involves real property as provided by said Section, and this county is where all or part of the real property is located.

## FACTS

11. Statebridge issued loans to GRC for a property located at 6012 Mayes Place, The Colony, Texas 75056. DB RR, LLC purchased the loans from Statebridge. Statebridge remained the servicer of the loans. GRC filed for Bankruptcy on May 3, 2019.

12. On March 9, 2022 Statebridge sent GRC a Notice of Accelleration and Notice of Trustee's Sale. Shortly after receiving this notice, GRC requested a payoff statement from Statebridge. GRC submitted the payoff request to Statebridge on March 22, 2022. Statebridge's counsel responded,

> "Hi Ryan, received. GRC has no ability or basis to convert to Chapter 7. Any attempt to do so is pretextual. Regardless, and with the facts before us, a conversion to Chapter 7 (even if allowed) would not reimpose the 362 stay. DB RR, LLC intends to proceed with foreclosure as scheduled. Since GRC has no good faith intent to pay off the lien (as is made apparent in this message) DB RR, LLC will not be providing payoff information. For conference purposes, DB RR, LLC opposes any motion to convert on the grounds that such action is dilatory and there is no fact or law to support it."

13. On March 31, 2022 Statebridge sent Plaintiff a payoff statement. The amount of the total payoff was $190,720.52. Plaintiff contends that the amount of the payoff is incorrect.

## BREACH OF CONTRACT

14. Plaintiff incorporates by reference paragraphs 11-14 herein,

15. A valid contract existed between the Parties.

16. Defendants had a duty to provide an accurate payoff statement by the eighth business day after the date the request is received, pursuant to Title 7, Section 155.3 of the Texas Administrative Code.

17. Plaintiff performed or tendered performance under the contract.

3

18. Defendant breached the contract.

19. Plaintiff was damaged because of the breach.

## FRAUD

20. Plaintiff incorporates by reference paragraphs 11-14 herein,

21. Defendant made a representation to the Plaintiff.

22. The representation was material.

23. The representation was false.

24. Defendant made the representation knowingly or recklessly

25. Defendant made the representation with the intent that the Plaintiff act on it.

26. Plaintiff relied on the representation.

27. The representation caused the Plaintiff injury.

## DAMAGES FOR PLAINTIFF, GRCDALLASHOMES, LLC

28. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, GRCDallasHomes, LLC, was caused to suffer economic losses of $8,336.51 and attorney fees.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, GRCDallasHomes, LLC, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: /s/ Ryan Rouz
Ryan Rouz
Texas Bar No. 24093079
Email: ryan@rouzlaw.com
1111 S. Akard St. #405
Dallas, TX 75215
Tel. (469) 777-1451
Fax. (469) 666-9291
Attorney for Plaintiff

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**