## shady lane pop

ryan rouz <ryan@rouzlaw.com>
Thu 4/7/2022 8:34 PM
To: kaz danesh <cancunkaz@hotmail.com>

Rouz Law P.C.
Attorney Ryan Rouz
1111 S. Akard St. Ste. 405
Dallas, TX 75215
Phone: 469-777-1451
Fax: 469-666-9291
www.sandersrouz.com



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.