**Sent:** Friday, June 4, 2021 1:38 PM
**To:** Chris Moser <cmoser@qslwm.com>; Gregory Mitchell <gmitchell@freemanlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; ryan rouz <ryan@rouzlaw.com>
**Cc:** Robert Nicoud <rmnicoud@dallas-law.com>
**Subject:** Re: Order and payment

Chris,
I'm trying to do what's best for all creditors and for all creditors the best thing is to keep GRC afloat and continued moving so both Greg and Rod the attorney's for GRC have agreed to the order.
Let's get this order done per your approved motion and like I said we can deal with Nicoud after we jointly look at what we have for expenses coming up which is what is best for the allowed Creditors
This order should be a straightforward order the judge said go ahead and pay and make your disbursements per your motion and upload the order. That was yesterday at 1o'clock 24 hours ago and now all we're doing is eating away at more attorney bills.
Judge Rhodes decision like she's done in the past saying hey here's my decision please make an order or do as she says, and then next thing we know I have you saying Nicoud will agree IF..... and it's something unrelated to the motion on the table
The Judge is giving you a decision and action I don't understand why Mr. Nicoud is completely going against what the judge points out. Actually I do.
The truth of the matter and you know this is yet again Caldwell is buying time to try to get another writ of garnishment so that he can single-handedly sabotage GRC's for his emotional self centered benefit NOT the benifit of all creditors and by doing so destroying all the other creditors chance of recouping the most they can in the bankruptcy plan as confirmed. And I feel your on board with these stalling efforts. This is not in the best interest of allowed creditors
I've pointed out to you multiple times please pay the creditors now

OC as proven time and time again have done multiple motions for writ of garnishments which have had you hold the money and not distribute which I agree with while a pending solution comes from the state judge then he just withdraws his motion and files it again and he's forced GRC's and Myself to now over the last six months have to do a special circumstance hearing and battle for wages and salary to not get garnished in a NON GARNISHING state.

You're supposed to be a neutral party that does what is best for all creditors as well helps the debtor to maximize profits per the plan I feel as though you've been letting Robert Nicoud control the company none of the other creditors and none of the other attorneys have ever made any disagreements of anything they've all supported GRC and that is why we have over 350k waiting to go out.
You continue to let Nicoud and Caldwell destroy GRC' and by doing so destroy all creditors best interest.
We have been trying to get thru with Covid-19 please stop allowing Caldwell-19 to drive the bus.

Sent from my iPhone

> On Jun 4, 2021, at 1:06 PM, Gregory Mitchell <gmitchell@freemanlaw.com> wrote:
>
> My client cannot agree to something that the Court did not order. The Court's order did not include any contingencies.
>
> Greg Mitchell
>
> **From:** Robert Nicoud <rmnicoud@dallas-law.com>
> **Sent:** Friday, June 4, 2021 12:52 PM
> **To:** Christopher Moser <cmoser@qslwm.com>; Gregory Mitchell <gmitchell@freemanlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
> **Cc:** John Caldwell <johndcaldwell@yahoo.com>
> **Subject:** RE: Order and payment
>
> Chris:
>
> You may upload the order noting my approval as to form only if AND ONLY IF John Caldwell's admin claim is to be paid at the same time as the distribution.

*Robert M. Nicoud, Jr.*
(214) 540-7542

---

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Friday, June 4, 2021 12:39 PM
**To:** Robert Nicoud <rmnicoud@dallas-law.com>; Gregory Mitchell <gmitchell@freemanlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
**Subject:** Order and payment

Please confirm:

1. I can upload the attached order; and
2. There is no objection to me paying Mr. Caldwell's administrative expense when I cut the checks for the interim distribution.

**Chris**

*Christopher J. Moser* |Chapter 7 Trustee |Attorney
Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law
Texas Board of Legal Specialization
Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com