## Fw: [EXTERNAL] - RE: Order and payment

kaz danesh <cancunkaz@hotmail.com>
Thu 5/19/2022 10:38 PM
To: ryan rouz <ryan@rouzlaw.com>

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Friday, June 4, 2021 2:54 PM
**To:** Gregory Mitchell <gmitchell@freemanlaw.com>; Robert Nicoud <rmnicoud@dallas-law.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
**Cc:** John Caldwell <johndcaldwell@yahoo.com>
**Subject:** RE: [EXTERNAL] - RE: Order and payment

I'll upload the order and once entered I'll make all the payments in the order. I will also pay Mr. Caldwell per his court order and per the direction of the plan.

**Chris**

*Christopher J. Moser* |Chapter 7 Trustee |Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com

**From:** Gregory Mitchell <gmitchell@freemanlaw.com>
**Sent:** Friday, June 4, 2021 1:06 PM
**To:** Robert Nicoud <rmnicoud@dallas-law.com>; Christopher Moser <cmoser@qslwm.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
**Cc:** John Caldwell <johndcaldwell@yahoo.com>
**Subject:** [EXTERNAL] - RE: Order and payment

My client cannot agree to something that the Court did not order. The Court's order did not include any contingencies.

Greg Mitchell

**From:** Robert Nicoud <rmnicoud@dallas-law.com>
**Sent:** Friday, June 4, 2021 12:52 PM
**To:** Christopher Moser <cmoser@qslwm.com>; Gregory Mitchell <gmitchell@freemanlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
**Cc:** John Caldwell <johndcaldwell@yahoo.com>
**Subject:** RE: Order and payment

Chris:

You may upload the order noting my approval as to form only if AND ONLY IF John Caldwell's admin claim is to be paid at the same time as the distribution.

*Robert M. Nicoud, Jr.*
(214) 540-7542

**From:** Christopher Moser <cmoser@qslwm.com>
**Sent:** Friday, June 4, 2021 12:39 PM
**To:** Robert Nicoud <rmnicoud@dallas-law.com>; Gregory Mitchell <gmitchell@freemanlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh (cancunkaz@hotmail.com) <cancunkaz@hotmail.com>
**Subject:** Order and payment

Please confirm:

1. I can upload the attached order; and

2. There is no objection to me paying Mr. Caldwell's administrative expense when I cut the checks for the interim distribution.

**Chris**

*Christopher J. Moser* |Chapter 7 Trustee |Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
**Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email:** cmoser@qslwm.com