# RE: [EXTERNAL] - GRC - Payment of Caldwell claim

**Christopher Moser** <cmoser@qslwm.com>
Tue 11/9/2021 1:21 PM

To: kaz danesh <cancunkaz@hotmail.com>
Cc: Kimberly Hill <kimhill@qslwm.com>;ryan rouz <ryan@rouzlaw.com>;Rod Khavari <rodk@dfwlawgroup.com>;Gregory Mitchell <gmitchell@freemanlaw.com>

Kaz,

I think the clear language of Section 4.10 of the plan requires me to pay Caldwell since his claim has been allowed and the 14 day appeal period has run. I can hold up paying him until tomorrow if you want to get a motion on file. If you file a motion I'll hold up paying him.

Chris

*Christopher J. Moser* |Chapter 7 Trustee |Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
**Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email:** cmoser@qslwm.com

---

**From:** kaz danesh <cancunkaz@hotmail.com>
**Sent:** Tuesday, November 9, 2021 1:13 PM
**To:** Christopher Moser <cmoser@qslwm.com>
**Cc:** Kimberly Hill <kimhill@qslwm.com>; ryan rouz <ryan@rouzlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; Gregory Mitchell <gmitchell@freemanlaw.com>
**Subject:** Re: [EXTERNAL] - GRC - Payment of Caldwell claim

Chris, I am not asking you not to pay him. I am asking you to wait a few days to hear from me before doing so since GRC is on the brink of chapter 7. There are other provisions in section 4 that money should be paid to statebridge, trustee, bills, attorneys and to run the company that should take precedence before paying a unsecured creditor until my team puts forth a plan  GRC needs money to take action.

Sent from my iPhone

> On Nov 9, 2021, at 8:45 AM, Christopher Moser <cmoser@qslwm.com> wrote:
>
> Kaz,
>
> Caldwell asked to come by to pick up the check. How would you suggest that I justify not paying him as required by the plan?
>
> Chris
>
> *Christopher J. Moser* |Chapter 7 Trustee |Attorney
> **Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
> **Texas Board of Legal Specialization**
> Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
> **Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email:** cmoser@qslwm.com
>
> ---
>
> **From:** kaz danesh <cancunkaz@hotmail.com>
> **Sent:** Monday, November 8, 2021 11:46 PM
> **To:** Christopher Moser <cmoser@qslwm.com>; Kimberly Hill <kimhill@qslwm.com>; ryan rouz <ryan@rouzlaw.com>; Rod Khavari <rodk@dfwlawgroup.com>; Gregory Mitchell <gmitchell@freemanlaw.com>
> **Subject:** Re: [EXTERNAL] - GRC - Payment of Caldwell claim
>
> Chris, can you please hold off on this payment till hearing from me on Thursday afternoon
> I'm working on a motion to sell and will incorporate disbursements into the motion.
> Thanks
>
> Sent from my iPhone

On Nov 8, 2021, at 10:12 PM, kaz danesh <cancunkaz@hotmail.com> wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** Christopher Moser <cmoser@qslwm.com>
> **Date:** November 8, 2021 at 9:36:16 AM CST
> **To:** Gregory Mitchell <gmitchell@freemanlaw.com>, "kaz danesh (cancunkaz@hotmail.com)" <cancunkaz@hotmail.com>, Rod Khavari <rodk@dfwlawgroup.com>
> **Cc:** Kimberly Hill <kimhill@qslwm.com>
> **Subject: FW: [EXTERNAL] - GRC - Payment of Caldwell claim**
>
> See below. Caldwell wants to be paid. I think Section 4.04.2 of the Plan obligates me to pay Caldwell's allowed claim. Let me know if you agree.
>
> **Chris**
>
> *Christopher J. Moser* |Chapter 7 Trustee |Attorney
> Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law
> Texas Board of Legal Specialization
> Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
> Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com
>
> ---
>
> **From:** Robert Nicoud <rmnicoud@dallas-law.com>
> **Sent:** Monday, November 8, 2021 8:20 AM
> **To:** Christopher Moser <cmoser@qslwm.com>
> **Cc:** John Caldwell <johndcaldwell@yahoo.com>
> **Subject:** [EXTERNAL] - GRC - Payment of Caldwell claim
>
> Chris:
>
> The order allowing the claim of John Caldwell [Doc. 326] is now final. Please forward the reserved amount in your escrow account to:
>
> John D. Caldwell
> 1500 Pine Hills Lane
> Corinth, TX 76210.
>
> Please call or email with any questions.
>
> *Robert M. Nicoud, Jr.*
>
> **Nicoud Law**
> 10440 N. Central Expwy
> Suite 800
> Dallas, TX 75231
> (214) 540-7542
> (214) 265-6501 fax
>
>
> Business Bankruptcy Law
> Consumer Bankruptcy Law
>
> <image001.gif>

<image002.png>
<Plan Second Amended (confirmed plan).pdf>