## RE: [EXTERNAL] - GRC

Christopher Moser <cmoser@qslwm.com>
Thu 4/28/2022 7:19 AM
To: ryan rouz <ryan@rouzlaw.com>
Cc: Rod Khavari <rodk@dfwlawgroup.com>;kaz danesh <cancunkaz@hotmail.com>

Sounds good. Thanks for the update.

**Chris**

*Christopher J. Moser* |Chapter 7 Trustee |Attorney
**Board Certified Business Bankruptcy Law and Consumer Bankruptcy Law**
**Texas Board of Legal Specialization**
Quilling, Selander, Lownds, Winslett & Moser, P.C. | 2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1805 | Fax: (214) 871-2111 | Email: cmoser@qslwm.com

**From:** ryan rouz <ryan@rouzlaw.com>
**Sent:** Wednesday, April 27, 2022 5:23 PM
**To:** Christopher Moser <cmoser@qslwm.com>
**Cc:** Rod Khavari <rodk@dfwlawgroup.com>; kaz danesh <cancunkaz@hotmail.com>
**Subject:** [EXTERNAL] - GRC

Hi Chris,

Just confirming you received Mr. Daneshmandi's email from earlier today. The purchaser withdrew his offer because of a defect of the title/tax suit at the Sunset property. For that reason, the motion to sell is a moot point.

Mr. Daneshmandi told me that Lakeview will be done in 60-90 days and should bring in $300k - $320k. I will submit my bill at the time that property closes, since I have not been paid in around a year.

Thank you.