# United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| **GRCDallasHomes LLC,** | Case No. 19-41186 |
| **Debtor(s)** | Chapter 11 |
| | **Judge Brenda T. Rhoades** |

## Notice of Appearance and Demand for Papers

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007, and 9010(b) of Federal Rules of Bankruptcy Procedure, the law firm of Norred Law PLLC, through its undersigned member, Clayton L. Everett, files this Notice of Appearance as counsel for GRCDALLASHOMES LLC, and respectfully requests that all notices given or required to be given and all papers served or required to be served in these proceedings, be served upon the undersigned at the contact information below:

**NORRED LAW PLLC**
Clayton L. Everett
515 E. Border Street
Arlington, TX 76010
Email: clayton@norredlaw.com
Telephone: (817) 778-9975

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Papers is without prejudice to GRCDALLASHOMES LLC's rights, remedies, claims, actions, defenses, in law or equity, against any other entities in this case, and any objection which may be made to the jurisdiction of the Court is expressly reserved and jurisdiction of the Court shall not be deemed or construed.

Dated: May 20, 2022.  Respectfully submitted:

    /s/ *Clayton L. Everett*
Clayton L. Everett, Texas Bar No. 24065212
**NORRED LAW PLLC**
515 E. Border Street
Arlington, TX 76010
clayton@norredlaw.com
Telephone: (817) 778-9975
Attorney for GRCDALLASHOMES LLC

## **Certificate of Service**

I hereby certify that on May 20, 2022, a true and correct copy of the above notice has been served via electronic means to all those receiving notice thereof.

    /s/ *Clayton L. Everett*