

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re: **GRCDALLAS HOMES, LLC** | § | Case No. 19-41186 |
| | § | |
| *Debtor* | § | Chapter 11 |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the *Motion to Withdraw as Counsel for Debtor* filed by Gregory Mitchell and Freeman Law, PLLC ("**Counsel**"). The Court finds that the Motion is well founded and should be granted. It is therefore

**ORDERED** that Gregory Mitchell and Freeman Law, PLLC, are authorized to withdraw as counsel effective as of entry of this order.                                                                 .

Signed on 05/23/2022

*Brenda T. Rhoades*  SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Order prepared and submitted by:**

Gregory W. Mitchell
Freeman Law, PLLC
1412 Main Street, Suite 500
Dallas, Texas  75202
(972)463-8417 – Office
(972)432-7540 – Facsimile
gmitchell@freemanlaw.com – E-mail

State Bar ID: 00791285