IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDALLASHOMES, LLC | § | Case No. 19-41186 |
| | § | |
| | § | |
| | § | |
| Debtor. | § | |

Contested matter

Date of hearing and nature of proceeding:
November 1, 2022 at 9:30 a.m.

Hearing on Motion to Approve Settlement [372]

## WITNESS AND EXHIBIT LIST OF JOHN CALDWELL

NOW COMES John Caldwell and submits the following Witness and Exhibit List in connection with the above referenced proceeding:

### WITNESSES

1. Christopher Moser, Plan Agent
2. Kazem Daneshmandi
3. Any witness listed by any other party.
4. Any witness necessary for rebuttal.

### EXHIBITS

1. General Warranty Deed dated February 23, 2022 for 4354 Sunset Circle, The Colony, Texas;
2. General Warranty Deed dated February 23, 2022 for 4358 Sunset Circle, The Colony, Texas;
3. General Warranty Deed dated April 14, 2022 for 1005 Shady Lane, Keller, Texas;
4. Residential Lease dated February 15, 2022 for 2505 Oak Grove, Little Elm, Texas:
5. Any exhibit proposed by any other party;
6. Any exhibit necessary for rebuttal.

**WITNESS AND EXHIBIT LIST OF JOHN CALDWELL**
**(Motion to Compromise)** Page 1 of 2

Respectfully submitted,

*/s/ Robert M Nicoud, Jr.*
Robert M. Nicoud, Jr.
SBN 15017900
Nicoud Law
10440 N. Central Expressway
Suite 800
Dallas, Texas 75231
(214) 540-7542
(214) 265-6501 fax
rmnicoud@dallas-law.com

ATTORNEYS FOR JOHN CALDWELL

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served upon:

**Attorney for Debtor:**

Clayton L. Everett
515 E. Border Street
Arlington, TX 76010

Christopher J. Moser, Plan Agent
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240

via electronic means or by U.S. First Class Mail, on the 28th day of October, 2022.

*/s/ Robert M Nicoud, Jr.*