

*VG-202-2022-39709*

# Denton County
## Juli Luke
### County Clerk

Caldwell Ex. 2

**Instrument Number:** 39709

Real Property Recordings

DEED

Recorded On: March 16, 2022 12:45 PM       Number of Pages: 3

**" Examined and Charged as Follows: "**

Total Recording: $34.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| File Information: | | Record and Return To: |
|---|---|---|
| Document Number: | 39709 | BROOMFIELD PROPERTIES |
| Receipt Number: | 20220316000491 | 13220 BEACH CLUB RD |
| Recorded Date/Time: | March 16, 2022 12:45 PM | |
| User: | Diana P | THE COLONY TX 75056 |
| Station: | Station 37 | |



STATE OF TEXAS
COUNTY OF DENTON

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX

# General Warranty Deed

**Date:** February 23, 2022

**Grantor:** GRC Dallas Homes, LLC

**Grantor's Mailing Address:** 13220 Beach Club Rd., The Colony, Texas 75056

**Grantee:** Broomfield Properties, LLC

**Grantee's Mailing Address:** 13220 Beach Club Rd., The Colony, Texas 75056

**Consideration:** Cash and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged.

**Property (including any improvements):**

BEING LOT 31, OF HAVEN HILLS MOBILE HOME ESTATES, a sub-division in the County of Denton, Texas, as shown by plat thereof recorded in Volume 7, Page 51, of Plat Records of Denton County, Texas; and known locally as: 4358 Sunset Circle, The Colony, TX 75056

**Reservations from Conveyance:**

None

**Exceptions to Conveyance and Warranty:**

None

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the

1

Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

When the context requires, singular nouns and pronouns include the plural.

_____
Kazem Daneshmandi

STATE OF TEXAS )

COUNTY OF DENTON )

This instrument was acknowledged before me on ___Feb. 25th___, 2022, by

___Keronna Henderson___.



_____
Notary Public, State of Texas
My commission expires: __12/13/22__

Return to Brownfield Property
13220 Beach Club Dr
The Colony TX 75056

2