# United States Bankruptcy Court
Eastern District of Texas
Sherman Division

| | |
|---|---|
| In Re<br><br>GRCDallasHomes, LLC,<br><br>Debtor. | Bankruptcy Case No. 19-41186<br><br>Chapter 11<br><br>Chief Judge Brenda T. Rhoades |

### ORDER ON MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

On this day, Norred Law, PLLC's Motion to Withdraw as Attorney in Charge (the "Motion") was filed by Clayton L. Everett (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Attorney in Charge filed by Clayton L. Everett on November 2, 2022 is hereby GRANTED and Clayton L. Everett and Norred Law, PLLC are authorized to withdraw from representing GRCDallasHomes, LLC in these proceedings.