IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRCDALLASHOMES LLC , | § | CASE NO. 19-41186 |
| | § | (Chapter 7) |
| DEBTOR | § | |

**ORDER AUTHORIZING TRUSTEE TO
REFUND EARNEST MONEY TO PURCHASER**

On this day came on for consideration the Motion to Refund Earnest Money to Purchaser ("Motion") filed by Christopher J. Moser, Trustee ("Trustee"). For cause shown, the Court grants the Motion. **IT IS THEREFORE,**

**ORDERED** that Trustee is authorized to pay $5,000.00 to Jammie Harris as a return of her earnest money deposit relating to her purchase of real property located at 7629 Lakeview Dr., The Colony, Texas.