Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 19–41186
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

GRCDallasHomes LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, November 5, 2024*

at

*09:30 AM*

to consider and act upon document 582 – Motion for Authority to Pay Allowed Chapter 11 Administrative Expense Claims Filed by Christopher Moser (Attachments: # 1 Proposed Order # 2 Service List) (Moser, Christopher) filed as document number 582 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Friday, October 18, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court